RUSS AUGUST & KABAT
Brian Ledahl (CA SB No. 186579)
Neil A. Rubin (CA SB No. 250761)
Jacob Buczko (CA SB No. 269408)
Timothy T. Hsieh (CA SB No. 255953)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: bledahl@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: jbuczko@raklaw.com
E-mail: thsieh@raklaw.com

*Attorneys for Plaintiff*
Document Security Systems. Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> NICHIA CORPORATION; and NICHIA AMERICA CORPORATION, <br><br> *Defendants.* | Case No. 2:17-cv-08849-JVS-JCG <br><br> **AGREED *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Complaint served: December 11, 2017 <br> Current response date: January 2, 2018 <br> New response date: March 2, 2018 |

RUSS, AUGUST & KABAT

AGREED *EX PARTE* APPLICATION TO EXTEND TIME TO ANSWER

WHEREAS, Defendant Nichia America Corp. was served with the Complaint in this matter on December 11, 2017 and its response to the Complaint is currently due on January 2, 2018;

WHEREAS, Defendant Nichia Corporation is a Japanese entity;

WHEREAS, Nichia Corporation has agreed to accept service via its counsel; and

WHEREAS, the parties have agreed that to provide time for Nichia Corporation to prepare a response to the Complaint and to align the time to respond for both Defendants, the time for Nichia America Corp. to respond to the Complaint may be extended to March 2, 2018, and the time for Nichia Corp. to respond to the Complaint shall also be March 2, 2018.

NOW THEREFORE, Plaintiff, by and through its counsel, hereby moves and avers as follows:

1. Defendants are in the process of retaining local counsel to represent them in this matter;
2. Counsel for Plaintiff, Brian Ledahl of Russ August & Kabat, and counsel for Defendants, Thomas Makin of Shearman & Sterling LLP, have conferred and agreed on the content of this filing;
3. The time for Defendant Nichia America Corp. to respond to the Complaint in this matter shall be extended to March 2, 2018;
4. Counsel for Defendants, Thomas Makin, accepts service of the Complaint on behalf of Defendant Nichia Corporation;
5. The time for Defendant Nichia Corporation to respond to the Complaint in this matter shall be set for March 2, 2018.

Respectfully submitted,

DATED: December 22, 2017          **RUSS AUGUST & KABAT**

By:   */s/ Brian Ledahl*
      Brian Ledahl
      Neil A. Rubin
      Jacob Buczko
      Timothy Hsieh

*Attorneys for Plaintiff*
Document Security Systems, Inc.

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-3.1, I hereby declare that I caused to be served on this 22nd day of December 2017, the foregoing Agreed *EX PARTE* Application to Extend Time to Respond to Complaint and a copy of the Complaint as-filed via electronic mail and first-class mail on counsel for defendants:

Thomas R. Makin
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
email: thomas.makin@shearman.com

DATED: December 22, 2017            */s/ Brian Ledahl*
                                    Brian Ledahl