Brian D. Ledahl (SBN 186579)
Neil A. Rubin (SBN 250761)
Jacob R. Buczko (SBN 269408)
Paul A. Kroeger (SBN 229074)
Minna Y. Chan (SBN 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
Telephone: 310.826.7474
Fax: 310.826.6991
bledahl@raklaw.com
nrubin@raklaw.com
jbuczko@raklaw.com
pkroeger@raklaw.com
mchan@raklaw.com

*Attorneys for plaintiff
Document Security Systems, Inc.*

William S O'Hare, Jr. (SBN 082562)
Elizabeth M. Weldon (SBN 223452)
SNELL & WILMER LLP
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: 714.427.7000
Fax: 714.427.7799
Email: wohare@swlaw.com
eweldon@swlaw.com

Matthew G. Berkowitz (SBN 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.644.0318
Email: matt.berkowitz@shearman.com

Thomas R. Makin (*pro hac vice*)
Patrick R. Colsher (*pro hac vice*)
Eric S. Lucas (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4000
Email: thomas.makin@shearman.com
patrick.colsher@shearman.com
eric.lucas@shearman.com

*Attorneys for defendants Nichia
Corporation and Nichia America
Corporation*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEMx) <br><br> UPDATED JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW |

Pursuant to the Court's Order Granting Defendants' Motion to Stay Action Pending *Inter Partes* Review Proceedings (Doc. No. 61-1), Plaintiff Document Security Systems, Inc. ("DSS") and Defendants Nichia Corporation ("Nichia Corp.") and Nichia American Corporation ("Nichia America") (collectively, "Nichia"), through their respective counsel, respectfully notify the Court of the current status of the *Inter Partes* Reviews filed by Nichia Corp., as follows:

| IPR Case No. | Patent No. | Date Filed | Institution Decisions | Final Written Decision |
|---|---|---|---|---|
| IPR2018-00965 | 7,919,787 | 5/10/18 | Instituted | Issued 9/17/19 – all claims (1–14) found unpatentable |
| IPR2018-00966 | 7,652,297 | 5/11/18 | Instituted | Issued 10/30/19 – all claims (1–17) found unpatentable |
| IPR2018-01165 | 7,524,087 | 5/25/18 | Instituted | Issued 12/10/19 – claims 1, 6–8 found unpatentable; claims 2–5, 9–19 found not unpatentable |
| IPR2018-01166 | 7,256,486 | 5/30/18 | Instituted | Issued 11/19/2019 – claims 1–5 found unpatentable; claim 6 found not unpatentable |
| IPR2018-01167 | 6,949,771 | 5/29/18 | Denied | N/A |
| IPR2019-00397 | 6,949,771 | 12/10/18 | Denied | N/A |
| IPR2019-00398 | 6,949,771 | 12/10/18 | Denied | N/A |

Additionally, DSS and Nichia previously notified the Court that:

i. DSS elected not to appeal the decision in IPR Case No. IPR2018-00965 within the statutorily allotted time, and thus the Director of the United States Patent & Trademark Office will issue and publish a certificate canceling the challenged claims, per 35 U.S.C. § 318.

ii. On April 18, 2019, the Patent Trial and Appeal Board ("PTAB")

|   |      |                                                                                                                                                                                                                                                                                                                                                                                                                                            |
|---|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |      | issued a Final Written Decision finding unpatentable the challenged claims (claims 1–9) of U.S. Patent No. 6,949,771 in an *Inter Partes* Review proceeding brought by Seoul Semiconductor Co., Ltd. ("Seoul"), IPR Case No. IPR2018-00265. DSS elected not to appeal this decision within the statutorily allotted time, and thus the Director of the United States Patent & Trademark Office will issue and publish a certificate canceling the challenged claims, per 35 U.S.C. § 318. |
|   | iii. | On June 10, 2019, the PTAB issued a Final Written Decision finding unpatentable the challenged claims (claims 1–3) of U.S. Patent No. 7,256,486 in an *Inter Partes* Review proceeding brought by Seoul, IPR Case No. IPR2018-00333. DSS filed on August 12, 2019, a Notice of Appeal. |
|   | iv.  | On July 22, 2019, the PTAB issued a Final Written Decision finding unpatentable the challenged claims (claims 1, 6, 7, 8, 15, and 17) of U.S. Patent No. 7,524,087 in an *Inter Partes* Review proceeding brought by Seoul, IPR Case No. IPR2018-00522. DSS filed on September 23, 2019, a Notice of Appeal. |

Dated: December 16, 2019

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By: */s/ Paul A. Kroeger*

*Attorneys for plaintiff*
*Document Security Systems, Inc.*

| | | |
|---|---|---|
| Dated: December 17, 2019 | | SNELL & WILMER LLP<br>William S O'Hare, Jr.<br>Elizabeth M. Weldon |

SHEARMAN & STERLING LLP
Thomas R. Makin (*pro hac vice*)
Matthew G. Berkowitz
Patrick R. Colsher (*pro hac vice*)
Eric S. Lucas (*pro hac vice*)

By:  */s/ Elizabeth M. Weldon*

*Attorneys for defendants Nichia Corporation and Nichia America Corporation*

### SIGNATURE CERTIFICATION (Local Rule 5-4.3.4)

I, Elizabeth M. Weldon, certify that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 17, 2019          Respectfully submitted,

SNELL & WILMER LLP

By:  */s/ Elizabeth M. Weldon*
        Elizabeth M. Weldon
*Attorneys for defendants Nichia Corporation and Nichia America Corporation*