Brian D. Ledahl (SBN 186579)
Neil A. Rubin (SBN 250761)
Jacob R. Buczko (SBN 269408)
Paul A. Kroeger (SBN 229074)
Minna Y. Chan (SBN 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
Telephone: 310.826.7474
Fax: 310.826.6991
bledahl@raklaw.com
nrubin@raklaw.com
jbuczko@raklaw.com
pkroeger@raklaw.com
mchan@raklaw.com

*Attorneys for plaintiff*
*Document Security Systems, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEMx) <br><br> PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR TWO-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY |

<u>**NOTICE OF EX PARTE APPLICATION**</u>

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 7-19, Plaintiff Document Security Systems, Inc. ("DSS") brings this *ex parte* application respectfully requesting a two-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay. The basis for this request is that DSS's current attorneys at Russ August & Kabat are in the process of being substituted out for different counsel. The additional time is necessary for DSS's new counsel to file their appearance, confer with DSS, and file the Joint Status Report. DSS brings this motion on an *ex parte* basis as there is insufficient time to request the extension by way of noticed motion.

Counsel for DSS met and conferred with counsel for Defendants by telephone and email on June 9. Defendants' counsel advised that while they would not stipulate or join in the requested relief, they would not oppose the instant application.


Dated:  June 12, 2023

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By:   */s/ Paul A. Kroeger*

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Document Security Systems, Inc. ("DSS") brings this *ex parte* application respectfully requesting a two-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay. The basis for this request is that DSS's current attorneys at Russ August & Kabat are in the process of being substituted out for different counsel. The additional time is necessary for DSS's new counsel to file their appearance, confer with DSS and with counsel for Defendant, and file the Joint Status Report.

If the motion is granted, the deadline for filing the Joint Status Report will be continued from June 13, 2023 to June 27, 2023. DSS brings this motion on an *ex parte* basis as there is insufficient time to request the extension by way of notice motion.

Counsel for DSS met and conferred with counsel for Defendants by telephone and email on June 9. Defendants' counsel advised that while they would not stipulate or join in the requested relief, they would not oppose the instant application.

Per Local Rule 7-19 Defendants' Counsel in this action are:

William S. O'Hare, Jr. (SBN 082562)
Elizabeth M. Weldon (SBN 223452)
SNELL & WILMER LLP
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: 714.427.7000
Fax: 714.427.7799
Email: wohare@swlaw.com
eweldon@swlaw.com

Thomas R. Makin (*pro hac vice*)
Eric S. Lucas (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4000
Email: thomas.makin@shearman.com
eric.lucas@shearman.com

Dated:  June 12, 2023

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By:  */s/ Paul A. Kroeger*

EX PARTE APPLICATION
CASE NO. 2:17-CV-08849-JVS (JEMx)