**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NICHIA CORPORATION; and NICHIA AMERICA CORPORATION,<br><br>    *Defendants*. | Case No. 2:17-cv-08849- JVS (JEMx)<br><br>**[PROPOSED] ORDER TO PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR TWO-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY** |

The Court, having read and considered Plaintiff's Unopposed Ex Parte Application, and good cause appearing, orders that a two-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay to and including June 27, 2023.

**IT IS SO ORDERED.**

DATED:

                                              Hon. James V. Selna
                                              UNITED STATES DISTRICT JUDGE