# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NICHIA CORPORATION; and NICHIA AMERICA CORPORATION, <br><br> *Defendants*. | Case No. 2:17-cv-08849- JVS (JEMx) <br><br> **ORDER TO PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR TWO-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY [112]** |

The Court, having read and considered Plaintiff's Unopposed Ex Parte Application, and good cause appearing, orders that a two-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay to and including June 27, 2023.

**IT IS SO ORDERED.**

DATED: June 13, 2023

_____
Hon. James V. Selna
UNITED STATES DISTRICT JUDGE

FOR TWO-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY