Brian D. Ledahl (SBN 186579)
Neil A. Rubin (SBN 250761)
Jacob R. Buczko (SBN 269408)
Paul A. Kroeger (SBN 229074)
Minna Y. Chan (SBN 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
Telephone: 310.826.7474
Fax: 310.826.6991
bledahl@raklaw.com
nrubin@raklaw.com
jbuczko@raklaw.com
pkroeger@raklaw.com
mchan@raklaw.com

*Attorneys for plaintiff*
*Document Security Systems, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEMx) <br><br> PLAINTIFF'S OPPOSED *EX PARTE* APPLICATION FOR A FURTHER FOUR-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY |

# NOTICE OF EX PARTE APPLICATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 7-19, Plaintiff Document Security Systems, Inc. ("DSS") brings this *ex parte* application respectfully requesting a further four-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay as extended by two weeks pursuant to the Court's Order dated June 13, 2023. The basis for this request is that DSS's current attorneys at Russ August & Kabat are in the process of being substituted out for different counsel. Since the date of the last order, DSS has located substitute counsel who are based in Washington D.C. The additional time is necessary for DSS's new counsel to finalize the terms of their retainer, file their appearance, locate local counsel with an office in this district, confer with DSS and Defendants, and file the Joint Status Report. DSS brings this motion on an *ex parte* basis as there is insufficient time to request the extension by way of noticed motion.

Counsel for DSS met and conferred with counsel for Defendants by email on June 23. Defendants' counsel oppose the instant application.

Dated: June 26, 2023

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By: */s/ Paul A. Kroeger*

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Document Security Systems, Inc. ("DSS") brings this *ex parte* application respectfully requesting a a further four-week extension of the deadline to file a joint status report set by the May 30, 2023 Order Regarding Stay as extended by two weeks pursuant to the Court's Order dated June 13, 2023. The basis for this request is that DSS's current attorneys at Russ August & Kabat ("RAK") are in the process of being substituted out for different counsel.[1] Since the date of the Court's last Order, DSS has located replacement counsel: Christopher B. Mead, Esq., Schertler Onorato Mead & Sears, LLP, 555 13th Street, N.W., Suite 500 West, Washington, D.C. 20004.

The additional extension is necessary for Mr. Mead to finalize the terms of retention with DSS, file his appearance, confer with DSS and with counsel for Defendants, and file the Joint Status Report. Further, as Mr. Mead does not have an office in this District (although a member of his firm is admitted in this District), he will also need to locate and retain new local counsel before he can appear. The extension is sought in order to allow DSS to be adequately represented in matters concerning the case schedule. It is not sought for delay.

If the motion is granted, the deadline for filing the Joint Status Report will be continued from June 27, 2023 to July 2, 2023. DSS brings this motion on an *ex parte* basis as there is insufficient time to request the extension by way of notice motion.

Counsel for DSS met and conferred with counsel for Defendants by email on June 23. Defendants' counsel oppose the instant application.

Per Local Rule 7-19 Defendants' Counsel in this action are:

---

[1] There has been in a breakdown in the attorney-client relationship such that RAK may no longer act as counsel for DSS. RAK has remained as counsel while DSS looks for a substitute, and has been able to engage in ministerial acts, such as filing prior status reports concerning the status of the case. However, RAK cannot continue as counsel for DSS on substantive matters, including advising on a case schedule. Should the need arise, RAK may be required to file a motion to withdraw.

2   EX PARTE APPLICATION
CASE NO. 2:17-CV-08849-JVS (JEMx)

| | |
|---|---|
| 1 | William S. O'Hare, Jr. (SBN 082562) |
| | Elizabeth M. Weldon (SBN 223452) |
| 2 | SNELL & WILMER LLP |
| | 600 Anton Boulevard |
| 3 | Costa Mesa, CA 92626 |
| | Telephone: 714.427.7000 |
| 4 | Fax: 714.427.7799 |
| | Email: wohare@swlaw.com |
| 5 | eweldon@swlaw.com |
| 6 | Thomas R. Makin (*pro hac vice*) |
| | Eric S. Lucas (*pro hac vice*) |
| 7 | SHEARMAN & STERLING LLP |
| | 599 Lexington Avenue |
| 8 | New York, NY 10022 |
| | Telephone: 212.848.4000 |
| 9 | Fax: 646.848.4000 |
| | Email: thomas.makin@shearman.com |
| 10 | eric.lucas@shearman.com |

Dated: June 26, 2023

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By:  */s/ Paul A. Kroeger*