UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>NICHIA CORPORATION; and NICHIA AMERICA CORPORATION,<br><br>*Defendants*. | Case No. 2:17-cv-08849- JVS (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR FOUR-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY** |

The Court, having read and considered Plaintiff's Ex Parte Application, and good cause appearing, orders a further four-week extension of the deadline to file a joint status report set by the Court's June 13, 2023 to and including July 25, 2023.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. James V. Selna
UNITED STATES DISTRICT JUDGE

FOR TWO-WEEK ExTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY