# EXHIBIT 1

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert speciific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court)<br>Estimated length: ___5___ days | 8:30 a.m. (Tuesdays) | | | 11/12/24 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | | N/A | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | | 10/28/24 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | | 10/21/24 | |
| Last day for hand-serving Motions in Limine | | -6 | | 09/30/24 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | | 09/23/24 | |
| Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | | 08/26/24 | |
| Non-expert Discovery cut-off | | -15 | | 07/29/24 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:  (1) CT/USMJ  (2) Atty  (3) Outside ADR

| Matter | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | | 08/26/24 | |
| Rebuttal Expert Witness Disclosure | | | | 07/29/24 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | | 06/24/24 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

# EXHIBIT A

Revised 1-6-10

# ATTACHMENT B
# JUDGE JAMES V. SELNA
# SCHEDULE OF PRETRIAL DATES

| Event | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|
| Plaintiff Identifies Product Samples to be Produced by Defendants | | 07/07/23 | |
| Defendants Produce Identified Product Samples (Subject to the Parties' potential Agreement Regarding Representative Products) | | 08/11/23 | |
| Plaintiff's Infringement Contentions under Patent Rules 3-1 and 3-2 | | 09/29/23 | |
| Defendants' Invalidity Contentions under Patent Rules 3-3 and 3-4 | | 10/27/23 | |
| Exchange of Proposed Terms for Construction under Patent Rule 4-1 | | 11/10/23 | |
| Exchange of Preliminary Claim Constructions under Patent Rule 4-2 | | 11/22/23 | |
| Joint Claim Construction and Prehearing Statement under Patent Rule 4-3 | | 12/08/23 | |
| Completion of Claim Construction Discovery under Patent Rule 4-4 | | 12/22/23 | |
| Concurrent Opening Claim Construction Briefs under Patent Rule 4-5 | | 01/19/24 | |
| Concurrent Reply Claim Construction Briefs under Patent Rule 4-5 | | 02/16/24 | |
| Claim Construction Hearing under Patent Rule 4-6 | | 03/06/24 (or such other date as the court selects) | |