1  William S. O'Hare, Jr. (SBN 082562)
   Elizabeth M. Weldon (SBN 223452)
2  SNELL & WILMER LLP
   600 Anton Boulevard
3  Costa Mesa, CA 92626
   Telephone: 714.427.7000
4  Fax: 714.427.7799
   Email: wohare@swlaw.com
5  eweldon@swlaw.com

6  Thomas R. Makin (*pro hac vice*)
   Eric S. Lucas (*pro hac vice*)
7  SHEARMAN & STERLING LLP
   599 Lexington Avenue
8  New York, NY 10022
   Telephone: 212.848.4000
9  Fax: 646.848.4000
   Email: thomas.makin@shearman.com
10 eric.lucas@shearman.com

11 *Attorneys for defendants Nichia Corporation
   and Nichia America Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849- JVS (JEMx) <br><br> Hon. James V. Selna <br> Mag. Judge: John E. McDermott <br><br> **DECLARATION OF ERIC S. LUCAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO *EX PARTE* REQUEST FOR FOUR WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE: LIFTING STAY** |

I, Eric S. Lucas, declare as follows,

1. I am an attorney at the law firm of SHEARMAN & STERLING LLP, and am counsel for defendants Nichia America Corp. and Nichia Corp. ("Nichia") in the above-named matter. I am a member in good standing of the Bar of the State of New York. I have been admitted *pro hac vice* to this Court in connection with this matter. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants' Opposition to *Ex Parte* Request for Four Week Extension of Time to File Joint Status Report Re: Lifting Stay.

2. Attached hereto as Exhibit A is a true and correct copy of an email chain from June 2022, between Paul Kroeger of the Russ August & Kabat ("RAK") law firm, counsel for plaintiff Document Security Systems, Inc. ("DSS"), and counsel for Nichia, copying counsel from the Laurence & Phillips law firm.

3. Attached hereto as Exhibit B is a true and correct copy of an email chain from June 2022 between counsel from the Laurence & Phillips law firm, counsel for Nichia, and DSS's counsel from the RAK law firm. According to the best of my recollection and my review of email records, after receiving Matthew Phillips' email, dated June 20, 2022, counsel for Nichia received no further communications from the Laurence & Phillips law firm.

4. Attached hereto as Exhibit C is a true and correct copy of an email chain from August 2022 between counsel for Nichia and counsel from the Remenick PLLC ("Remenick") law firm.

5. Attached hereto as Exhibit D is a true and correct copy of a letter, dated August 18, 2022, from Thomas Makin, counsel for Nichia, to Matthew Smith of the Remenick law firm, which was attached to the first email in Exhibit C, dated August 18, 2022 (3:02 PM).

|     |     |
| --- | --- |
| 1   | 6.  Attached hereto as Exhibit E is a true and correct copy of a letter, dated November 19, 2021, from Mr. Makin, counsel for Nichia, to Brian Ledahl of the RAK law firm, counsel for DSS. |
| 4   | 7.  Attached hereto as Exhibit F is a true and correct copy of an email chain from September 29, 2022, between counsel for Nichia and counsel from the Remenick law firm, and counsel for DSS from the RAK law firm. |
| 7   | 8.  Attached hereto as Exhibit G is a true and correct copy of an email chain, from June 2023, between counsel for Nichia and counsel for DSS from the RAK law firm. |
| 10  | 9.  Attached hereto as Exhibit H is a true and correct copy of a PDF printout from the U.S. Patent & Trademark Office's website regarding maintenance fees for U.S. Patent No. 7,524,087, which the undersigned generated on June 26, 2023, and which is available at https://fees.uspto.gov/MaintenanceFees/fees/details?patentNumber=7,524,087&applicationNumber=11%2F941,406&caresActSelected=. |
| 16  | 10. After having received no response from the RAK law firm to my June 6, 2023 email (included in Exhibit G), I spoke on the phone with Mr. Kroeger of the RAK law firm on June 8. According to the best of my recollection, he informed me that the RAK law firm was in the process of withdrawing as counsel for DSS and that DSS intended to file a request to extend the June 13 deadline to file the joint status report. |
| 21  | 11. Attached hereto as Exhibit I is a true and correct copy of an email chain, from June 2023, between counsel for Nichia and the RAK law firm, counsel for DSS. |
| 23  | 12. Attached hereto as Exhibit J is a true and correct copy of an email chain from June 2023, including communications between counsel for Nichia, the RAK law firm, and the law firm of Schertler Onorato Mead & Sears, LLP ("Schertler"). |
| 26  | 13. Attached hereto as Exhibit K is a true and correct copy of a PDF printout of an agreement entitled "Proceeds Investment Agreement," dated November 14, 2016, which the undersigned printed to PDF on June 26, 2023, and which is available at |

https://www.sec.gov/Archives/edgar/data/771999/000149315217002906/ex10-30.htm.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of June, 2023, in New York, New York.

*/s/ Eric S. Lucas*
Eric S. Lucas