# EXHIBIT A

| | |
|---|---|
| **From:** | Paul Kroeger |
| **To:** | Patrick Colsher |
| **Cc:** | Brian Ledahl; dss@raklaw.com; Thomas Makin; Eric Lucas; Nichia-DSS; mphillips@lpiplaw.com; klaurence@lpiplaw.com |
| **Subject:** | Re: Remand of Case No. 20-2261 |
| **Date:** | Friday, June 17, 2022 2:17:41 PM |

Patrick,

I am adding to this email new counsel for DSS who are in the process of appearing in this case. We are open next week for a conference call. How is 10:00 PT on June 21?

Thanks,

Paul A. Kroeger
Russ August & Kabat
Attorney
(310) 979-8263 Work
(310) 826-7474 Work
(213) 864-5532 Mobile
pkroeger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
www.raklaw.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jun 15, 2022, at 11:55 AM, Patrick Colsher <Patrick.Colsher@Shearman.com> wrote:
>
> Paul,
>
> I write regarding the Federal Circuit's remand to the Board for findings regarding claims 16–19 of U.S. Patent No. 7,524,087 (Case No. 20-2261). Pursuant to the Board's Consolidated Trial Practice Guide (at pages 87–88), please let us know your availability June 21–24 to meet and confer regarding the procedure on remand.
>
> Patrick

Patrick Colsher

_____

**Shearman & Sterling LLP**

D +1.650.838.3728


This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.