# EXHIBIT B

| | |
|---|---|
| **From:** | Matthew Phillips |
| **To:** | Patrick Colsher; Paul Kroeger; Kevin Laurence |
| **Cc:** | dss@raklaw.com; Nichia-DSS; Brian Ledahl |
| **Subject:** | RE: Nichia v. DSS: discussion re remand of Case No. 20-2261 |
| **Date:** | Monday, June 20, 2022 8:09:19 PM |
| **Attachments:** | image001.png |

I'm sorry for the late response but Kevin Laurence and I have a conflict at this time due to an oral argument in another PTAB matter.  Please proceed without us.

--Matt



  

-----Original Appointment-----
**From:** Patrick Colsher <Patrick.Colsher@Shearman.com>
**Sent:** Friday, June 17, 2022 3:24 PM
**To:** Paul Kroeger; mphillips@lpiplaw.com; klaurence@lpiplaw.com
**Cc:** dss@raklaw.com; Nichia-DSS; Brian Ledahl
**Subject:** Nichia v. DSS: discussion re remand of Case No. 20-2261
**When:** Wednesday, June 22, 2022 11:30 AM-12:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://shearman.zoom.us/j/83724663971?pwd=cFE4dTcvZ1R1SjZ6UDlFZDFmVlRkZz09


Patrick Colsher is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://shearman.zoom.us/j/83724663971?pwd=cFE4dTcvZ1R1SjZ6UDlFZDFmVlRkZz09

Meeting ID: 837 2466 3971
Passcode: 91011741
One tap mobile
+16699006833,,83724663971#,,,,*91011741# US (San Jose)
+13462487799,,83724663971#,,,,*91011741# US (Houston)

Dial by your location

        +1 669 900 6833 US (San Jose)
        +1 346 248 7799 US (Houston)
        +1 253 215 8782 US (Tacoma)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 301 715 8592 US (Washington DC)
        888 788 0099 US Toll-free
        877 853 5247 US Toll-free

Meeting ID: 837 2466 3971
Passcode: 91011741
Find your local number: https://shearman.zoom.us/u/kcRJ0WkP3Z

Join by SIP
83724663971@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 837 2466 3971
Passcode: 91011741

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.