# EXHIBIT C

| | |
|---|---|
| **From:** | Thomas Makin |
| **To:** | Matthew Smith |
| **Cc:** | Matt Berkowitz; David Cooperberg; Eric Lucas; Jim Remenick; Mikki Safro; Patrick Colsher; Thomas Makin |
| **Subject:** | RE: Nichia v. DSS - Extension of Time |
| **Date:** | Thursday, August 18, 2022 3:02:30 PM |
| **Attachments:** | 2022-08-18 Letter to DSS Counsel M. Smith re DSS v. Nichia.pdf |

Matt,

Please see the attached correspondence.

Best regards,

Tom


Thomas Makin
New York Litigation

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
T + 1.212.848.7698 | F + 1.646.848.7698
Thomas.makin@shearman.com | www.shearman.com


**From:** Matthew Smith <msmith@remenicklaw.com>
**Sent:** Wednesday, August 17, 2022 12:06 PM
**To:** Thomas Makin <Thomas.Makin@Shearman.com>
**Cc:** Matt Berkowitz <matt.berkowitz@shearman.com>; David Cooperberg <David.Cooperberg@Shearman.com>; Eric Lucas <Eric.Lucas@Shearman.com>; Jim Remenick <jremenick@remenicklaw.com>; Mikki Safro <msafro@remenicklaw.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>
**Subject:** Re: Nichia v. DSS - Extension of Time


Tom,

It is nice to meet you as well and thank you for not opposing. We will indicate that it is unopposed and request 40 days.

Yes, we are currently representing DSS in all of the DSS/Nichia matters.

Best regards,
Matt

On 8/17/2022 7:50 AM, Thomas Makin wrote:

> Dear Matt,
> Thank you for your email.
> So long as you indicate in your request that you are seeking the 40 days, and that we

do not oppose (versus a joint request for that time), we are fine.
By the way, it is nice to meet you. Are you (or will you be) representing DSS in the various other matters adverse to Nichia?
Best regards,
Tom

Thomas Makin
New York Litigation

---

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
T + 1.212.848.7698 | F + 1.646.848.7698
Thomas.makin@shearman.com | www.shearman.com

**From:** Matthew Smith <msmith@remenicklaw.com>
**Sent:** Tuesday, August 16, 2022 5:34 PM
**To:** Thomas Makin <Thomas.Makin@Shearman.com>
**Cc:** Matt Berkowitz <matt.berkowitz@shearman.com>; David Cooperberg <David.Cooperberg@Shearman.com>; Eric Lucas <Eric.Lucas@Shearman.com>; Jim Remenick <jremenick@remenicklaw.com>; Mikki Safro <msafro@remenicklaw.com>; Patrick Colsher <Patrick.Colsher@Shearman.com>
**Subject:** Nichia v. DSS - Extension of Time

Dear Mr. Makin,

We are counsel for DSS in Nichia v. DSS, Appeal No. 2022-1704, and will be submitting a motion requesting a 40 day extension of time to submit our brief. If acceptable, we will submit the motion as an unopposed motion.

If you intend to oppose, we will submit the request on behalf of our client only.

Please let me know at your earliest convenience.

Best regards,
Matt

--

**Matthew J. Smith**

REMENICK PLLC

**Dir Tel: 202-570-7379**
**Cell: 202-450-0175**

Exhibit C,[2] page 12

Email: msmith@remenicklaw.com

**ATTORNEY/CLIENT PRIVILEGED**
**Confidential and Proprietary Communication**

| Washington Office: | Houston Office: |
|---|---|
| 1025 Thomas Jefferson Street, NW | 730 N. Post Oak Road |
| Suite 175 | Suite 202 |
| Washington, DC 20007 | Houston, TX 77024 |
| Tel: 202.570.7380 | Tel: 713.957.3727 |
| Fax: 888.570.7381 | Fax: 888.570.7381 |

Confidentiality Notice: This email and any attachments contain information from the law firm of Remenick PLLC, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or in any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

**Matthew J. Smith**

REMENICK PLLC

**Dir Tel: 202-570-7379**
**Cell: 202-450-0175**
Email: msmith@remenicklaw.com

**ATTORNEY/CLIENT PRIVILEGED**
**Confidential and Proprietary Communication**

| Washington Office: | Houston Office: |
|---|---|
| 1025 Thomas Jefferson Street, NW | 730 N. Post Oak Road |

Exhibit C[3], page 13

Suite 175  
Washington, DC  20007  
Tel:  202.570.7380  
Fax:  888.570.7381

Suite 202  
Houston, TX  77024  
Tel:  713.957.3727  
Fax:  888.570.7381

Confidentiality Notice:  This email and any attachments contain information from the law firm of Remenick PLLC, which may be confidential and/or privileged.  The information is intended to be for the use of the individual or entity named on this email.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.  If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

IRS CIRCULAR 230 Disclosure:  Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or in any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

Exhibit C[4], page 14