# EXHIBIT F

| | |
|---|---|
| **From:** | Matthew Smith |
| **To:** | Patrick Colsher |
| **Cc:** | Paul Kroeger; Thomas Makin; Eric Lucas; Nichia-DSS; dss@raklaw.com; jremenick@remenicklaw.com |
| **Subject:** | Re: DSS v. Nichia Case No. 2:17-cv-08849: Dismissal of Action and Status Report due 9/30 |
| **Date:** | Thursday, September 29, 2022 7:09:33 PM |

Thank you Patrick,

However, we do not represent DSS in these matters, nor have we entered an appearance in CA. We will let you know if and when we find out who will be representing DSS.

Best regards,
Matt

On Thu, Sep 29, 2022 at 11:58 AM Patrick Colsher <Patrick.Colsher@shearman.com> wrote:

> Dear Paul and Matt,
>
> It is our understanding that you are relevant counsel for DSS. Please let us know if that is no longer true.
>
> It is currently our view that (i) all of the IPR proceedings relating to the patents asserted in Case No. 2:17-cv-08849 are now over, (ii) all of the claims that DSS has ever asserted against anyone from the patents asserted in that case are now permanently cancelled or abandoned, and (iii) Case No. 2:17-cv-08849 should be dismissed.
>
> We bring this to your attention for two reasons.
>
> First, we have edited the attached (redlined) status report (due this Friday) in accordance with these views. Let us know if we have your permission to file. Alternatively, we are happy to draft the papers for permanent dismissal of the case and file those.
>
> Second, your refusal to respond to our letters dated November 19, 2021, and August 18, 2022, regarding the lack of any remaining merit to the case, has forced Nichia to expend attorneys' and expert's fees in preparing to move for an early disposition of the remaining (unasserted) claims in the patents asserted in that case, to the extent that you intend to attempt to bring those unasserted claims into the case after the stay is lifted. Please let us know immediately if we should cease our efforts in this regard.
>
> Patrick
>
> Patrick Colsher
>
> ---
>
> **Shearman & Sterling LLP**
>
> D +1.650.838.3728

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

--
Matthew Smith

ATTORNEY/CLIENT PRIVILEGED
Confidential and Proprietary Communication

REMENICK PLLC
Washington Office:
1025 Thomas Jefferson Street, NW
Suite 175
Washington, DC 20007
Direct: 202.570.7379
Cell: 202.450.0175
msmith@remenicklaw.com

www.remenicklaw.com

Confidentiality Notice: This email and any attachments contain information from the law firm of Remenick PLLC, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or in any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.