# EXHIBIT G

| | |
|---|---|
| **From:** | Eric Lucas |
| **To:** | Brian Ledahl; Paul Kroeger |
| **Cc:** | nrubin@raklaw.com; Jacob Buczko; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS; Weldon, Elizabeth; O"Hare, Bill |
| **Subject:** | RE: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry |
| **Date:** | Thursday, June 8, 2023 6:18:56 PM |
| **Attachments:** | image001.png |

Dear Paul:

Thank you for the call earlier. Regarding your request for an extension of time to respond to the Court's order, Nichia is disinclined to stipulate to move the date, but may consider agreeing not to oppose a motion by DSS to move the date. Please send us in writing by close of business tomorrow (June 9, 2023), the text of DSS's proposed motion, including the basis for DSS's requested extension, so that we may further consult with our client.

Thanks, and best regards,
E.S.L.

**Eric S. Lucas**

**Shearman & Sterling LLP**
599 Lexington Avenue, New York, New York 10022-6069
D +1.212.848.4955  I  M +1.410.302.8411
eric.lucas@shearman.com  I  shearman.com



**SHEARMAN & STERLING**

**From:** Eric Lucas <Eric.Lucas@Shearman.com>
**Sent:** Tuesday, June 6, 2023 12:04 PM
**To:** Brian Ledahl <bledahl@raklaw.com>; Paul Kroeger <pkroeger@raklaw.com>
**Cc:** nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; O'Hare, Bill <wohare@swlaw.com>
**Subject:** FW: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry

Dear Brian and Paul:

In view of (i) the IPR results; (ii) DSS's lack of interest to date in seeking a lift-stay, (iii) the prior discussions between the parties (including regarding Nichia's prior invalidating sales of the NECM325C and NESM026A), and (iv) the fact that the '087 patent has been long expired for failure to pay maintenance fees, we believe that the parties should respond to the Court's May 30 Order (Dkt. No. 111) by informing the Court that the case should be dismissed with prejudice.

Please let us know if you disagree. We are glad to handle the filing.

Best regards,
E.S.L.

Eric S. Lucas

**Shearman & Sterling LLP**
599 Lexington Avenue, New York, New York 10022-6069
D +1.212.848.4955 | M +1.410.302.8411
eric.lucas@shearman.com | shearman.com



**SHEARMAN
&STERLING**

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, May 30, 2023 12:16 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 5/30/2023 at 9:16 AM PDT and filed on 5/30/2023
**Case Name:**     Document Security Systems, Inc. v. Nichia Corporation et al
**Case Number:**   2:17-cv-08849-JVS-JEM
**Filer:**
**WARNING: CASE CLOSED on 07/24/2018**
**Document Number:** 111

**Docket Text:**
**[IN CHAMBERS] ORDER REGARDING STAY: The Court has reviewed the**

**Updated Joint Status Report Regarding Inter Partes Review. Dkt. 110. Based on that review, the Court orders the parties to file a Joint Status Report concerning whether the stay should be lifted, with the case proceeding as to U.S. Patent No. 7,524,087, where Claims 25 and 914 were not found unpatentable. If the parties agree that the stay should be lifted, they shall propose case management dates for the remainder of the case. The Joint Status Report is due within 14 days of this order. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (eva) TEXT ONLY ENTRY**

**2:17-cv-08849-JVS-JEM Notice has been electronically mailed to:**

Neil Alan Rubin   nrubin@raklaw.com, nrubin@recap.email, ksanderlin@raklaw.com

Elizabeth M Weldon   eweldon@swlaw.com, dmwilliams@swlaw.com

Brian D Ledahl   earambula@raklaw.com, bledahl@raklaw.com, rak_docketing@raklaw.com, mballesteros@raklaw.com, 2983093420@filings.docketbird.com

Eric S Lucas   courtalert@shearman.com, eric.lucas@shearman.com, managing-attorney-5081@ecf.pacerpro.com, manattyoffice@shearman.com

Jacob Robert Buczko   aloew@raklaw.com, rak_docketing@raklaw.com, jbuczko@raklaw.com

William S O'Hare   rmckay@swlaw.com, wohare@swlaw.com

Minna Y. Chan   ksanderlin@raklaw.com, mchan@raklaw.com

Thomas R Makin   thomas.makin@shearman.com

Paul A Kroeger   cmcgowens@raklaw.com, pkroeger@raklaw.com

**2:17-cv-08849-JVS-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**