# EXHIBIT H

**United States Patent and Trademark Office**

*Office of the Commissioner for Patents*

# OPTICAL DEVICE

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7524087 | 11941406 | 11/16/2007 | 04/28/2009 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 11.5 Year | Closed | Unpaid |

**Patent expired on 04/28/2021 due to non-payment of maintenance fee.**

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 04/28/2012 | 11/01/2012 | 04/29/2013 | Closed | Paid |
| 7.5 Year | 04/28/2016 | 10/29/2016 | 04/28/2017 | Closed | Paid |
| 11.5 Year | 04/28/2020 | 10/29/2020 | 04/28/2021 | Closed | Unpaid |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 87164 |
| **Entity Status** | UNDISCOUNTED |
| **Phone Number** | 2489187161 |
| **Address** | Seng Min Cha<br>1231 Kirts Blvd. C<br>Troy, MI 48084<br>UNITED STATES |