# EXHIBIT I

| | |
|---|---|
| **From:** | Paul Kroeger |
| **To:** | Thomas Makin |
| **Cc:** | O"Hare, Bill; Eric Lucas; Brian Ledahl; nrubin@raklaw.com; Jacob Buczko; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS; Weldon, Elizabeth; DR_COMLIT_OC |
| **Subject:** | Re: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry |
| **Date:** | Tuesday, June 20, 2023 2:56:47 PM |

Thomas,

Our expectation is that DSS's new counsel will participate in the joint report.

Paul A. Kroeger
Russ August & Kabat
Attorney
(310) 979-8263 Work
(310) 826-7474 Work
(213) 864-5532 Mobile
pkroeger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
www.raklaw.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
-------------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jun 20, 2023, at 11:41 AM, Thomas Makin <Thomas.Makin@Shearman.com> wrote:
>
> Dear Paul,
>
> Unless you have additional explanation, we intend to oppose your proposed motion, both because it will delay proceeding with the litigation and because it improperly would leave your corporate client without counsel.
>
> To be clear, we have no opposition to your client's substitution of new counsel.
>
> In the meantime, please confirm whether DSS will participate in the preparation and submission of the joint status report that is due next Tuesday.
>
> Best regards,
>
> Tom
>
> Thomas Makin
> New York Litigation
>
> Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, NY 10022
> T + 1.212.848.7698 | F + 1.646.848.7698
> Thomas.makin@shearman.com | www.shearman.com
>
> <image002.png>
>
> **From:** O'Hare, Bill <wohare@swlaw.com>
> **Sent:** Monday, June 19, 2023 1:58 PM
> **To:** Paul Kroeger <pkroeger@raklaw.com>; Eric Lucas <Eric.Lucas@Shearman.com>
> **Cc:** Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; DR_COMLIT_OC <DR_COMLIT_OC@swlaw.com>
> **Subject:** RE: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry
>
> Paul –
>
>> Please advise whether you intend to participate in the submission of the joint status report that is due next Tuesday.

- Bill

**William S. O'Hare**
office: 714.427.7013 | mobile: 949.463.2713
wohare@swlaw.com
Snell & Wilmer
swlaw.com | disclaimer

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Monday, June 19, 2023 10:47 AM
**To:** Eric Lucas <Eric.Lucas@shearman.com>
**Cc:** O'Hare, Bill <wohare@swlaw.com>; Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; DR_COMLIT_OC <DR_COMLIT_OC@swlaw.com>
**Subject:** Re: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry

**[EXTERNAL]** pkroeger@raklaw.com

Counsel,

The basis for the motion is that there has been breakdown in the attorney-client privilege. The answers to the remainder of your questions are governed by the attorney-client privilege.

We do not know what DSS intends to do about the joint report, other than that our understanding is that they intend to retain new counsel.

Thanks,

<image003.jpg>

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

-------------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jun 19, 2023, at 9:12 AM, Eric Lucas <Eric.Lucas@shearman.com> wrote:
>
> Counsel:
>
> In order to respond to your question, please let us know both the reasons for RAK's withdrawal and why RAK waited almost nine months after informing the Court in the parties' joint status report that "[DSS] is ready to proceed in litigation" (DI 104) before telling us and the Court about this situation. In addition, if DSS does not get new counsel by June 27, 2023, please tell us what you anticipate DSS's next steps will be. For example, does DSS plan to use the withdrawal to further delay submission of a joint status report, lifting the stay and establishing a trial and pretrial schedule?
>
> Best regards,
> E.S.L.
>
> **Eric S. Lucas**
>
> **Shearman & Sterling LLP**
> 599 Lexington Avenue, New York, New York 10022-6069
> D +1.212.848.4955 | M +1.410.302.8411
> eric.lucas@shearman.com | shearman.com
>
> <image001.png>
>
> **From:** Paul Kroeger <pkroeger@raklaw.com>
> **Sent:** Friday, June 16, 2023 7:14 PM

**To:** O'Hare, Bill <wohare@swlaw.com>
**Cc:** Eric Lucas <Eric.Lucas@Shearman.com>; Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; DR_COMLIT_OC <DR_COMLIT_OC@swlaw.com>
**Subject:** Re: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry

Counsel,

Absent a substitution of counsel filed sometime next week, RAK intends to file a motion to withdraw as counsel for DSS. Can you please confirm you do not oppose?

Let us know if you would like to arrange for a call to discuss.

Thanks.

Sent from my iPhone

> On Jun 12, 2023, at 12:10 PM, O'Hare, Bill <wohare@swlaw.com> wrote:
>
> Paul –
>
> We will not oppose the ex parte request. I suggest you file it ASAP so that there's a chance the request might be granted before tomorrow's deadline to file a joint status report.
>
> 1. Bill
>
> **William S. O'Hare**
> office: 714.427.7013 | mobile: 949.463.2713
> wohare@swlaw.com
> Snell & Wilmer
> swlaw.com | disclaimer
>
> **From:** Paul Kroeger <pkroeger@raklaw.com>
> **Sent:** Monday, June 12, 2023 11:13 AM
> **To:** Eric Lucas <Eric.Lucas@Shearman.com>
> **Cc:** Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; O'Hare, Bill <wohare@swlaw.com>
> **Subject:** Re: Activity in Case 2:17-cv-08849-JVS-JEM Document Security Systems, Inc. v. Nichia Corporation et al Generic Text Only Entry
>
> **[EXTERNAL]** pkroeger@raklaw.com
>
> Eric,
>
> Please see the attached draft ex parte application that we intend to file by the end of the day today seeking a two-week extension of the deadline. Please advise by 2:00 PT if you will oppose.
>
> Thanks,

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments. For further regulatory information please refer to our Legal Notice. For information about how Shearman & Sterling processes personal data please refer to thisPrivacy Notice.