# EXHIBIT J

| | |
|---|---|
| **From:** | Paul Kroeger |
| **To:** | O'Hare, Bill |
| **Cc:** | Christopher Mead; Brian Ledahl; nrubin@raklaw.com; Jacob Buczko; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS; Weldon, Elizabeth; Eric Lucas; Thomas Makin; DR_COMLIT_OC |
| **Subject:** | Re: Nichia (DDS) - Pretrial Schedule |
| **Date:** | Friday, June 23, 2023 6:45:20 PM |

Bill,

We have already explained as much of the situation to you as permitted by the bounds of the attorney-client relationship.

Your email indicates you are opposed to the ex parte.

We will proceed to file on Monday.

Thanks.

[Signature image: Paul A. Kroeger, Russ August & Kabat, Attorney, (310) 979-8263 Work, (310) 826-7474 Work, (213) 864-5532 Mobile, pkroeger@raklaw.com, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025, www.raklaw.com]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jun 23, 2023, at 3:22 PM, O'Hare, Bill <wohare@swlaw.com> wrote:
>
> Paul –
>
> We'll pass this request along to our client and let you know our response.
>
> In the meantime, it would be helpful to know (1) what exactly has occurred that prevented the timely engagement of new counsel within two weeks as previously represented by DSS when the last extension was obtained? and (2) Has in fact Mr. Mead been retained (your email suggests he has not) – if he has, what prevents you and he from working together to meet the Tuesday deadline?  If he hasn't, are you assuring us that if another extension is granted, DSS will meet this extended deadline regardless whether new counsel is engaged and you will not instead follow with a motion to withdraw and seek further delay?
>
> Once we have your reply, we'll forward all of this to our client.  Please keep in mind that your Friday request lands on Saturday in Japan.
>
> - Bill
>
> **William S. O'Hare**
> office: 714.427.7013 | mobile: 949.463.2713
> wohare@swlaw.com
>
> Snell & Wilmer
> swlaw.com | disclaimer
>
> **From:** Paul Kroeger <pkroeger@raklaw.com>
> **Sent:** Friday, June 23, 2023 10:57 AM
> **To:** O'Hare, Bill <wohare@swlaw.com>; Christopher Mead <cmead@schertlerlaw.com>
> **Cc:** Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; Eric Lucas <Eric.Lucas@Shearman.com>; Thomas Makin <Thomas.Makin@Shearman.com>; DR_COMLIT_OC <DR_COMLIT_OC@swlaw.com>
> **Subject:** Re: Nichia (DDS) - Pretrial Schedule
>
> **[EXTERNAL]** pkroeger@raklaw.com

Counsel,

Copied on this email is Christopher Mead. He is presently in the process of being retained by DSS to substitute in as counsel in place of RAK. In order to allow Mr. Mead and DSS to finalize the terms of his retention, and obtain local counsel with an office in this District, DSS intends to move ex parte for a further extension of the Joint Report deadline of four weeks.

Please advise if you will oppose the application.

Thanks,
<image001.jpg>

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jun 23, 2023, at 10:47 AM, O'Hare, Bill <wohare@swlaw.com> wrote:

Paul –

 Following up to confirm whether you will participate with us in the submission next Tuesday of a joint status report and proposed schedule.

- Bill

**William S. O'Hare**
office: 714.427.7013 | mobile: 949.463.2713
wohare@swlaw.com
Snell & Wilmer
swlaw.com | disclaimer

**From:** O'Hare, Bill
**Sent:** Wednesday, June 21, 2023 12:05 PM
**To:** 'Paul Kroeger' <pkroeger@raklaw.com>
**Cc:** Brian Ledahl <bledahl@raklaw.com>; nrubin@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; mchan@raklaw.com; dss@raklaw.com; Nichia-DSS <nichia-dss@shearman.com>; Weldon, Elizabeth <eweldon@swlaw.com>; 'Eric Lucas' <Eric.Lucas@Shearman.com>; Thomas Makin <Thomas.Makin@Shearman.com>; DR_COMLIT_OC <DR_COMLIT_OC@swlaw.com>
**Subject:** Nichia (DDS) - Pretrial Schedule

Paul –

Attached is Nichia's proposed schedule of pretrial dates.  Please let us know whether you will participate with us in the submission of the joint status report and proposed schedule that is due next Tuesday, June 27.  If you are, please fill in any different dates or information you wish to propose on the attached schedules, along with your portion of a proposed joint report by this Friday (June 23) so we have time to add anything from our side and assemble the joint report in time for filing on Tuesday.

Thanks,

Bill

**William S. O'Hare**
office: 714.427.7013 | mobile: 949.463.2713
wohare@swlaw.com
Snell & Wilmer
swlaw.com | disclaimer