Brian D. Ledahl (SBN 186579)
Neil A. Rubin (SBN 250761)
Jacob R. Buczko (SBN 269408)
Paul A. Kroeger (SBN 229074)
Minna Y. Chan (SBN 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
Telephone: 310.826.7474
Fax: 310.826.6991
bledahl@raklaw.com
nrubin@raklaw.com
jbuczko@raklaw.com
pkroeger@raklaw.com
mchan@raklaw.com

*Attorneys for plaintiff*
*Document Security Systems, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEMx) <br><br><br> PLAINTIFF'S STATUS REPORT |

# PLAINTIFF'S STATUS REPORT

The Court directed the parties to file a joint status report by June 27, 2023 (Order, ECF No. 113). On June 26, 2023, Plaintiff Document Security Systems, Inc. ("DSS") filed an *ex parte* application for a further four-week extension of the deadline to file the joint status report. (Application, ECF No. 114). Defendants objected to the extension request and submitted a proposed case schedule. (ECF No. 115).

DSS has now retained substitute counsel in Washington, D.C. Substitute counsel is in the process of locating local counsel with an office in this district and preparing applications to appear *pro hac vice*. Substitute counsel anticipates that the requested four-week extension will provide adequate time to locate local counsel and appear on behalf of DSS. Substitute counsel further conferred with counsel for Defendants by email on June 27, 2023 to propose a case schedule that adopts Defendants' proposed case schedule (ECF No. 115-1) with each date extended by one month (See Exhibit 1, Plaintiff's Proposed Schedule), and including a deadline for substitute counsel to enter appearances within four weeks. Counsel for Defendants had not responded to that proposal at the time of filing this Status Report.

Dated:  June 27, 2023

RUSS AUGUST & KABAT
Brian D. Ledahl
Neil A. Rubin
Jacob R. Buczko
Paul A. Kroeger
Minna Y. Chan

By:  */s/ Paul A. Kroeger*