# Exhibit 1

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert speciific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury)** ~~(court)~~ **Estimated length:** \_\_\_\_5\_\_\_\_ days | 8:30 a.m. (Tuesdays) | | 12/17/2024 | 11/12/24 | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | -1 | N/A | N/A | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | 11:00 a.m. (Mondays) | -2 | 12/2/2024 | 10/28/24 | |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | -3 | 11/25/2024 | 10/21/24 | |
| **Last day for hand-serving Motions in Limine** | | -6 | 11/4/2024 | 09/30/24 | |
| **Last day for hearing motions** | 1:30 p.m. (Mondays) | -7 | 10/28/2024 | 09/23/24 | |
| **Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c).** | | -11 | 9/30/2024 | 08/26/24 | |
| **Non-expert Discovery cut-off** | | -15 | 8/26/2024 | 07/29/24 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:   (1) CT/USMJ    (2) Atty    (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| **Expert discovery cut-off** | | | 9/23/2024 | 08/26/24 | |
| **Rebuttal Expert Witness Disclosure** | | | 8/26/2024 | 07/29/24 | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | | 7/22/2024 | 06/24/24 | |
| **Last day to conduct Settlement Conference** | | | ▓▓▓ | ▓▓▓ | |
| **Last day to amend pleadings or add parties** | | | ▓▓▓ | ▓▓▓ | |

# EXHIBIT A

Revised 1-6-10

# ATTACHMENT B
# JUDGE JAMES V. SELNA
# SCHEDULE OF PRETRIAL DATES

| Event | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|
| Plaintiff Identifies Product Samples to be Produced by Defendants | 8/7/2023 | 07/07/23 | |
| Defendants Produce Identified Product Samples (Subject to the Parties' potential Agreement Regarding Representative Products) | 9/8/2023 | 08/11/23 | |
| Plaintiff's Infringement Contentions under Patent Rules 3-1 and 3-2 | 10/27/2023 | 09/29/23 | |
| Defendants' Invalidity Contentions under Patent Rules 3-3 and 3-4 | 11/24/2023 | 10/27/23 | |
| Exchange of Proposed Terms for Construction under Patent Rule 4-1 | 12/8/2023 | 11/10/23 | |
| Exchange of Preliminary Claim Constructions under Patent Rule 4-2 | 12/20/2023 | 11/22/23 | |
| Joint Claim Construction and Prehearing Statement under Patent Rule 4-3 | 1/5/2024 | 12/08/23 | |
| Completion of Claim Construction Discovery under Patent Rule 4-4 | 1/19/2024 | 12/22/23 | |
| Concurrent Opening Claim Construction Briefs under Patent Rule 4-5 | 2/16/2024 | 01/19/24 | |
| Concurrent Reply Claim Construction Briefs under Patent Rule 4-5 | 3/15/2024 | 02/16/24 | |
| Claim Construction Hearing under Patent Rule 4-6 | 4/3/2024 (or such other date as the court selects) | 03/06/24 (or such other date as the court selects) | |