Name and address:
Karin G. Pagnanelli (SBN 174763), kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> NICHIA CORP. AND NICHIA AMERICA CORP. <br><br> Defendant(s). | CASE NUMBER <br> 2:17-cv-08849-JVS-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

MEAD, CHRISTOPHER B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-628-4199     202-628-4177
*Telephone Number*    *Fax Number*

cmead@schertlerlaw.com
*E-Mail Address*

of

Schertler Onorato Mead & Sears
555 - 13th Street, N.W., Suite 500 West
Washington, DC  20004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DSS, Inc.

*Name(s) of Party(ies) Represented*       ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**

Karin G. Pagnanelli
*Designee's Name (Last Name, First Name & Middle Initial)*

174763      310-312-3746      310-231-8346
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

kgp@msk.com
*E-Mail Address*

of

Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated ____

U.S. District Judge/U.S. Magistrate Judge