Name and address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC., <br><br> Plaintiff(s) <br> v. <br><br> NICHIA CORP. AND NICHIA AMERICA CORP. <br><br> Defendant(s). | CASE NUMBER <br> 2:17-cv-08849-JVS(JEMx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HAC VICE* [119] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

MEAD, CHRISTOPHER B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Schertler Onorato Mead & Sears
555 - 13th Street, N.W., Suite 500 West
Washington, DC 20004
*Firm/Agency Name & Address*

202-628-4199     202-628-4177
*Telephone Number*   *Fax Number*

cmead@schertlerlaw.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

DSS, Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Karin G. Pagnanelli
*Designee's Name (Last Name, First Name & Middle Initial)*

of Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
*Firm/Agency Name & Address*

174763     310-312-3746     310-231-8346
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kgp@msk.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated 7/12/2023

*U.S. District Judge*