Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOCUMENT SECURITY SYSTEM, INC., | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:17-cv-08849-JVS(JEMx) |
| v. | |
| NICHIA CORP. AND NICHIA AMERICA CORP. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [120] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

TIGHE, TARA N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-628-4199     202-628-4177
*Telephone Number*     *Fax Number*

ttighe@schertlerlaw.com
*E-Mail Address*

of  Schertler Onorato Mead & Sears
555 - 13th Street, N.W., Suite 500 West
Washington, DC  20004
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

DSS, Inc.

*Name(s) of Party(ies) Represented*        ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Karin G. Pagnanelli
*Designee's Name (Last Name, First Name & Middle Initial)*

174763     310-312-3746     310-231-8346
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

kgp@msk.com
*E-Mail Address*

of  Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  7/12/2023

*/s/ James V. Selna*
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1