Christopher B. Mead (*pro hac vice*)
Tara N. Tighe (*pro hac vice*)
Schertler Onorato Mead & Sears
555 13th Street NW Suite 500 West
Washington, DC 20004
Telephone: 202.628.4199
Fax: 202.628.4177
cmead@schertlerlaw.com
ttighe@schertlerlaw.com

Karin G. Pagnanelli (SBN 174763)
Mitchell Silberberg and Knupp LLP
2049 Century Park East 18th Floor
Los Angeles, CA 90067
Telephone: 310.312.2000
Fax: 310.312.3100
kgp@msk.com

*Attorneys for Plaintiff*
*Document Security Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEM) <br><br> STIPULATION TO UPDATE BUSINESS NAME OF PLAINTIFF |

## STIPULATION TO UPDATE BUSINESS NAME OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 17, an action must be prosecuted in the name of the real party in interest. Following a merger, the official business name of Plaintiff Document Security Systems, Inc. became DSS, Inc. Accordingly, the parties hereby stipulate and agree that the caption, docket, and all future pleadings in this case should be updated to reflect Plaintiff's correct business name, DSS, Inc.

Dated: July 18, 2023

SCHERTLER ONORATO MEAD & SEARS
Tara N. Tighe
Christopher B. Mead

MITCHELL SILBERBERG AND KNUPP LLP
Karin G. Pagnanelli

*Attorneys for Plaintiff*
By:  /s/ Tara N. Tighe

SNELL & WILMER L.L.P.
William S. O'Hare
Elizabeth M. Weldon

SHEARMAN & STERLING LLP
Thomas R. Makin (Pro Hac Vice)
Eris S. Lucas (Pro Hac Vice)

*Attorneys for Defendants Nichia Corporation and Nichia America Corporation*
By:  /s/ Thomas R. Makin

## Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)

I, Karin G. Pagnanelli, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 18, 2023

    /s/ Karin G. Pagnanelli
    Karin G. Pagnanelli