UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849-JVS (JEM) <br><br> ORDER TO UPDATE BUSINESS NAME OF PLAINTIFF [123] |

The Court, having read and considered the parties' Stipulation to Update the Business Name of Plaintiff, hereby orders that the name of the Plaintiff in this matter shall be updated from Document Security Systems, Inc. to DSS, Inc.

The Clerk of the Court is directed to update the caption and docket in this matter to reflect the correct business name for the Plaintiff as DSS, Inc.

The parties are directed that all future pleadings in this matter shall bear the correct business name of the Plaintiff.

**IT IS SO ORDERED.**

DATED: July 19, 2023

                                                 Hon. James V. Selna
                                                 United States District Judge