# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NICHIA CORPORATION; and NICHIA AMERICA CORPORATION, <br><br> *Defendants*. | Case No. 2:17-cv-08849- JVS (JEMx) <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR FOUR-WEEK EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY [114]** |

The Court, having read and considered Plaintiff's Ex Parte Application, and good cause appearing, orders a further four-week extension of the deadline to file a joint status report set by the Court's June 13, 2023 to and including July 25, 2023. **NO FURTHER EXTENSIONS.**

**IT IS SO ORDERED.**

DATED: July 19, 2023

_____
Hon. James V. Selna
UNITED STATES DISTRICT JUDGE

FOR TWO-WEEK ExTENSION OF TIME TO FILE JOINT STATUS REPORT RE LIFTING STAY

Russ, August & Kabat