1   William S. O'Hare, Jr. (SBN 082562)
    Elizabeth M. Weldon (SBN 223452)
2   SNELL & WILMER LLP
    600 Anton Boulevard
3   Costa Mesa, CA 92626
    Telephone: 714.427.7000
4   Fax: 714.427.7799
    Email: wohare@swlaw.com
5   eweldon@swlaw.com

6   Thomas R. Makin (*pro hac vice*)
    Eric S. Lucas (*pro hac vice*)
7   SHEARMAN & STERLING LLP
    599 Lexington Avenue
8   New York, NY 10022
    Telephone: 212.848.4000
9   Fax: 646.848.4000
    Email: thomas.makin@shearman.com
10  eric.lucas@shearman.com

11  *Attorneys for defendants Nichia Corporation
    and Nichia America Corporation*

12

13                 UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16   DOCUMENT SECURITY SYSTEMS, | No. 2:17-CV-08849- JVS (JEMx)
     INC.,
17                                            | Hon. James V. Selna
                    Plaintiff,                | Mag. Judge: John E. McDermott
18
                    v.                        | **DECLARATION OF ERIC S.
19                                            | LUCAS IN SUPPORT OF
     NICHIA CORPORATION; AND                  | NICHIA'S POSITION IN JOINT
20   NICHIA AMERICA CORPORATION,              | STATUS REPORT**

21                  Defendants.

22

23

24

25

26

27

28
                                    DECLARATION OF ERIC S. LUCAS IN SUPPORT
                                            OF NICHIA'S POSITION IN
                                              JOINT STATUS REPORT
                                          CASE NO. 2:17-CV-08849-JVS(JEMx)

I, Eric S. Lucas, declare as follows,

1.     I am an attorney at the law firm of Shearman & Sterling LLP, and am counsel for defendants Nichia America Corp. and Nichia Corp. ("Nichia") in the above-named matter. I am a member in good standing of the Bar of the State of New York. I have been admitted *pro hac vice* to this Court in connection with this matter. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Nichia's Position in the parties' Joint Status Report.

2.     Attached hereto as Exhibit A is a true and correct copy of a Petition to Accept Unintentionally Delayed Payment of Maintenance Fee in an Expired Patent, dated July 14, 2023, signed by Matthew Smith, that I downloaded from the USPTO's Patent Center website on July 24, 2023.

3.     Attached hereto as Exhibit B is a true and correct copy of an email chain from April – May 2018, between counsel for DSS and counsel for Nichia.

4.     Attached hereto as Exhibit C is a true and correct copy of a letter, dated June 5, 2018, from counsel for Nichia to counsel for DSS regarding Nichia's production of sample products.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of July, 2023, in New York, New York.

Eric S. Lucas

DECLARATION OF ERIC S. LUCAS IN SUPPORT
OF NICHIA'S POSITION IN
JOINT STATUS REPORT
CASE NO. 2:17-CV-08849-JVS(JEMx)

# EXHIBIT A

PTO/SB/66 (11-21)
Approved for use through 11/30/2024. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(b)) Page 1 of 4 | Docket Number (Optional) 4076.029 |
|---|---|

Mail to: **Mail Stop Petition**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450
Fax:  (571) 273-8300

NOTE:  If information or assistance is needed in completing this form, please contact the Office of Petitions at (571) 272-3282.

Patent No. 7,524,087

Application Number 11/941,406

Issue Date 04/28/2009

Filing Date 11/16/2007

CAUTION:  Maintenance fee payment must correctly identify:  (1) the patent number (or reissue patent number, if a reissue) and (2) the application number of the actual U.S. application (or reissue application) leading to issuance of that patent to ensure the fee(s) is/are associated with the correct patent. 37 CFR 1.366(c) and (d).

**Also complete the following information, if applicable.**

The above-identified patent

☐  is a reissue of original Patent No. _____  original issue date _____

original application number _____

original filing date _____.

☐  resulted from the entry into the U.S. under 35 U.S.C. 371 of international application _____

filed on _____.

NOTE: A grantable petition requires the following items:

(1)   Petition fee;
(2)   Maintenance fee; and
(3)   Statement that the delay in payment of the maintenance fee was unintentional.

---

### CERTIFICATE OF MAILING OR TRANSMISSION (37 CFR 1.8(a))

I hereby certify that this paper (* along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Mail Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, or being transmitted to the U.S. Patent and Trademark Office by EFS-Web, or by facsimile to (571) 273-8300, on the date shown below.

_____
Date

_____
Signature

_____
Typed or Printed Name of Person Signing Certificate

[page 1 of 3]

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0016. Public burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/66 (11-21)
Approved for use through 11/30/2024. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(b))

Page 2 of 4

**1. SMALL ENTITY**

☐ Patentee asserts, or has previously asserted, small entity status. See 37 CFR 1.27.

**2. LOSS OF ENTITLEMENT TO SMALL ENTITY STATUS**

☐ Patentee is no longer entitled to small entity status. See 37 CFR 1.27(g).

**3. MICRO ENTITY**

☐ Patentee certifies, or has previously certified, micro entity status. See 37 CFR 1.29
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

**4. LOSS OF ENTITLEMENT TO MICRO ENTITY STATUS**

☐ Patentee is no longer entitled to micro entity status. See 37 CFR 1.29(i).

**5. MAINTENANCE FEE (37 CFR 1.20(e)-(g))**

The appropriate maintenance fee must be submitted with this petition, unless it was paid earlier.

| Undiscounted | | | Small Entity | | | Micro Entity | | |
|---|---|---|---|---|---|---|---|---|
| Amount | Fee | (Code) | Amount | Fee | (Code) | Amount | Fee | (Code) |
| ☐ $ _____ | 3½ yr fee | (1551) | ☐ $ _____ | 3½ yr fee | (2551) | ☐ $ _____ | 3½ yr fee | (3551) |
| ☐ $ _____ | 7½ yr fee | (1552) | ☐ $ _____ | 7½ yr fee | (2552) | ☐ $ _____ | 7½ yr fee | (3552) |
| ☑ $ 7700 | 11½ yr fee | (1553) | ☐ $ _____ | 11½ yr fee | (2553) | ☐ $ _____ | 11½ yr fee | (3553) |

MAINTENANCE FEE BEING SUBMITTED $ 7700

**6. PETITION FEE**

The petition fee required by 37 CFR 1.17(m) of:

$ 2100 _____ Undiscounted (Fee Code 1558); or

$ _____ Small Entity (Fee Code 2558); or

$ _____ Micro Entity (Fee Code 3558);

must be paid as a condition of accepting an unintentionally delayed payment of a maintenance fee.

PETITION FEE BEING SUBMITTED $ _____

**7. MANNER OF PAYMENT**

☐ Enclosed is a check for the sum of $ _____

☑ Please charge Deposit Account No. 505044 the sum of $ 9800

☐ Payment by credit card. Form PTO-2038 is attached.

☐ Payment made via EFS-Web.

**8. AUTHORIZATION TO CHARGE ANY FEE DEFICIENCY**

☑ The Director is hereby authorized to charge any maintenance fee or petition deficiency to Deposit Account No. 505044

PTO/SB/66 (11-21)
Approved for use through 11/30/2024. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT
## OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(b))
### Page 3 of 4

**9. OVERPAYMENT**

As to any overpayment made, please

[✔] Credit to Deposit Account No. 505044

**OR**

[ ] Send refund check

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information, such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form (PTO-2038) submitted for payment purposes), is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioner/applicant should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms (PTO-2038) submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**10. STATEMENT**

The delay in payment of the maintenance fee for this patent was unintentional.

Petitioner is reminded that a delay resulting from a deliberately chosen course of action or a change in circumstance is not an unintentional delay.

Petitioner is further reminded that a person seeking reinstatement of an expired patent should not make a statement that the delay in payment of the maintenance fee was unintentional unless the entire delay was unintentional, including the period from discovery that the maintenance fee was not timely paid until payment of the maintenance fee. For example, a statement that the delay in payment of the maintenance fee was unintentional would not be proper when the patentee becomes aware of an unintentional failure to timely pay the maintenance fee and then intentionally delays filing a petition for reinstatement of the patent under 37 CFR 1.378. See MPEP 2590.

NOTE:  Where the petition under 37 CFR 1.378 is filed more than two years after the date the patent expired for nonpayment of the maintenance fee, the United States Patent and Trademark Office requires an additional explanation of the circumstances surrounding the delay that establishes the entire delay was unintentional. This requirement is in addition to the requirement to provide a statement that the entire delay was unintentional. See *Clarification of the Practice for Requiring Additional Information in Petitions Filed in Patent Applications and Patents Based on Unintentional Delay*, 85 FR 12222 (March 2, 2020). See MPEP 711.03(c)(II)(C)-(F) for additional guidance on the information required to establish that the entire delay was unintentional.

[ ] Because this petition under 37 CFR 1.378 is being filed more than two years after the date the patent expired for nonpayment of the maintenance fee, additional explanation of the circumstances surrounding the delay that establishes the entire delay was unintentional is enclosed herewith.

PTO/SB/66 (11-21)
Approved for use through 11/30/2024. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION TO ACCEPT UNINTENTIONALLY DELAYED PAYMENT
## OF MAINTENANCE FEE IN AN EXPIRED PATENT (37 CFR 1.378(b))
### Page 4 of 4

**11. PETITIONER REQUESTS THAT THE DELAYED PAYMENT OF THE MAINTENANCE FEE BE ACCEPTED AND THE PATENT BE REINSTATED.**

07/14/2023

_____
Date

/Matthew Smith/

_____
Signature(s) of Petitioner

62545

_____
Registration Number, if applicable

Matthew Smith

_____
Typed or Printed Name

202-570-7380

_____
Telephone Number

1025 Thomas Jefferson St., NW, Suite 175

_____
Address

Washington, DC 20007

_____
Address

37 CFR 1.378(c) states: "Any petition under this section must be signed in compliance with § 1.33(b)."

**12. ENCLOSURES**

- [✔] Maintenance Fee Payment
- [✔] Petition fee under 37 CFR 1.17(m) (fee for filing the maintenance fee petition)
- [ ] Additional sheet(s) containing statement establishing unintentional delay
- [ ] Other: _____

_____

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects this information under authority of 5 CFR 1.290. The information in this system of records is used to manage all records of applicant including name, citizenship, residence, post office address and other information with respect to inventors and their legal representatives pertaining to the applicant's activities in connection with the invention for which a patent is sought. This information is protected from disclosure to third parties in accordance with the Privacy Act.

However, routine uses of this information may include disclosure to the following: to law enforcement and investigation in the event that the system of records indicates a violation or potential violation of law; to a Federal, state, local, or international agency, in response to its request; to an agency, organization, or individual for the purpose of performing audit or oversight operations as authorized by law; to non-federal personnel under contract to the agency; to a court for adjudication and litigation; to the Department of Justice for Freedom of Information Act (FOIA) assistance; to members of congress working on behalf of an individual; to the Office of Personnel Management (OPM) for personnel research purposes; to National Archives and Records Administration for inspection of records; and to the Office of Management and Budget (OMB) for legislative coordination and clearance. Failure to provide any part of the requested information may result in an inability to process requests for access and information. The applicable Privacy Act System of Records Notice for this information is COMMERCE/PAT-TM-7 Patent Application Files, available at Federal Register / Vol. 78, No. 61 / Friday, March 29, 2013 /Notices 19243. https://www.govinfo.gov/content/pkg/FR-2013-03-29pdf/2013-07341.pdf

# EXHIBIT B

| From: | Jacob Buczko |
|---|---|
| To: | Thomas Makin |
| Cc: | Patrick Colsher; Brian Ledahl; dss@raklaw.com; Nichia-DSS |
| Subject: | DSS v. Nichia; Product Samples |
| Date: | Monday, May 7, 2018 10:11:29 PM |

Tom,

Further to my email below and the scheduling order in this case, DSS requests samples of the following products listed below. Nichia released some new products and a new product catalog after the complaint so there are a few more products listed than we anticipated. This list includes what DSS contends are representative models, as described below. For example, to minimize burden, we didn't include each and every different color or size of each product series in the sample set.

Regards,

Jacob

| Product |
|---|
| NF2W385AR-V2 |
| NESL064A |
| NSSB063A-N3 |
| NHSB146A-ND |
| NSSL088A |
| NSSB129-N3 |
| NJSW170C |
| NC2A170C |
| NCSA131C |
| NC3W121A |
| NJ2W270A-Y7 |
| NC4W093A |
| NVSU333A |
| NVSU233B |
| NCSU033C |
| NCSU275 |
| NE2R757G-P6 |
| NSSM032A |
| NESM026D |
| NSSMV01A |
| NVSU233A-D1 |
| NV4W144AR |
| NVSW229A |
| NVSW309A |
| NVSW319A |
| NVSW119C |
| NVSW219C |
| NJ2W270A-Y7 |

| |
|---|
| NCSU276AT |
| NV9W149AM |
| NSSW063A |
| NSSW064A |
| NSSW146A |
| NSSR146A |
| NHSW046 |
| NHSB046 |
| NSSM313A |
| NSSM124D |
| NSSM240A |
| NESM180A |
| NSSW703B-HG |

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Apr 18, 2018, at 12:01 PM, Jacob Buczko <jbuczko@raklaw.com> wrote:

Tom,

To answer your questions:

1. We need 10 samples of each accused product named in the complaint plus about 5-10 additional products. As we mentioned in our proposal, the parties can likely agree on representative products to at least some extent. For example, for a given product series that may include models that differ only in the color of the LED die, we wouldn't need every color. And some products may differ from other similar products in dimensions (length, width) but in no other manner

relevant to the case. I expect this will keep the numbers at 10 samples each for under 30 products, if we come to reasonable agreement regarding representative products.

2. We are not currently representing an inventor. The only plan on deposing them is that we expect the defendants in the leading cases to consolidate inventor depositions, to the extent they may occur. We would be happy to loop in Nichia on any deposition scheduling in that regard.

Thanks,

Jacob


Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.


On Apr 17, 2018, at 7:51 AM, Thomas Makin
<Thomas.Makin@Shearman.com> wrote:

Brian & Jacob,
Thanks very much for your draft.
We have a couple quick questions, as we discuss with our client:
1. Approximately how many product samples will you be requesting?
2. Are you representing the inventors, and is there a plan for deposing them?
Best regards,
Tom
Thomas Makin

New York Litigation

_____

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
T +212.848.7698 | F + 1.646.848.7698
Thomas.makin@shearman.com | www.shearman.com

**From:** Jacob Buczko [mailto:jbuczko@raklaw.com]
**Sent:** Monday, April 16, 2018 12:00 PM
**To:** Patrick Colsher
**Cc:** Brian Ledahl; dss@raklaw.com; Thomas Makin; Nichia-DSS
**Subject:** Re: DSS v. Nichia: 26(f)
Patrick,
Attached is DSS's proposal. Note our proposal re: deposition locations. We are open to discuss this week.
Thanks,
Jacob

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Apr 13, 2018, at 3:16 PM, Patrick Colsher <Patrick.Colsher@Shearman.com> wrote:
Thanks, Jacob. Have a good weekend.
Patrick R. Colsher

_____

Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
D +1.212.848.7708 | F +1.646.848.7708
patrick.colsher@shearman.com | www.shearman.com

**From:** Jacob Buczko [mailto:jbuczko@raklaw.com]
**Sent:** Friday, April 13, 2018 6:13 PM
**To:** Patrick Colsher

4

**Cc:** Brian Ledahl; dss@raklaw.com; Thomas Makin; Nichia-DSS
**Subject:** Re: DSS v. Nichia: 26(f)

Patrick,

We should have a red-line to you no later than Monday morning.

Thanks,

Jacob

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Apr 12, 2018, at 4:36 PM, Patrick Colsher <Patrick.Colsher@Shearman.com> wrote:
>
> Jacob,
>
> It was good to speak on Monday. I wanted to quickly follow up to see when we might receive your redline to the draft Rule 26(f) report. Can you let us know?
>
> Thanks,
>
> Patrick
>
> Patrick R. Colsher
> _____
> Shearman & Sterling LLP
> 599 Lexington Ave
> New York, NY 10022

D +1.212.848.7708 | F +1.646.848.7708
patrick.colsher@shearman.com |
www.shearman.com

**From:** Patrick Colsher
**Sent:** Monday, April 09, 2018 12:38 PM
**To:** 'Jacob Buczko'
**Cc:** Brian Ledahl; dss@raklaw.com; Thomas Makin; Nichia-DSS
**Subject:** RE: DSS v. Nichia: 26(f)

Jacob,

As promised, attached is a working draft of the Rule 26(f) report. We look forward to speaking at 1 pm Pacific. We can use the following dial in:

US Toll free 1-877-492-3950

Passcode 2128487708

Best,

Patrick

Patrick R. Colsher

—————————————————————

Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
D +1.212.848.7708 | F +1.646.848.7708
patrick.colsher@shearman.com |
www.shearman.com

**From:** Patrick Colsher
**Sent:** Friday, April 06, 2018 5:57 PM
**To:** 'Jacob Buczko'
**Cc:** Brian Ledahl; dss@raklaw.com; Thomas Makin; Nichia-DSS
**Subject:** RE: DSS v. Nichia: 26(f)

Jacob,

That time works.

Best,

Patrick

Patrick R. Colsher

—————————————————————

Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
D +1.212.848.7708 | F +1.646.848.7708
patrick.colsher@shearman.com |
www.shearman.com

**From:** Jacob Buczko
[mailto:jbuczko@raklaw.com]
**Sent:** Friday, April 06, 2018 4:49 PM
**To:** Patrick Colsher
**Cc:** Brian Ledahl; dss@raklaw.com; Thomas Makin; Nichia-DSS
**Subject:** Re: DSS v. Nichia: 26(f)

Patrick,

Does 1 PT/4ET Monday work?

Thanks,

Jacob

Exhibit B   Pg. 14

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Apr 6, 2018, at 9:39 AM, Patrick Colsher <Patrick.Colsher@Shearman.com> wrote:
> Dear Brian and Jacob,
> Pursuant to the Court's December 18, 2017 Order setting the Rule 26(f) Conference (Dkt. No. 18), can you please let us know your availability for a call on Monday? We are available after 12 pm (Pacific).
>
> We will send you a draft of our opening views before the call.
>
> Best regards,

7

Patrick
Patrick R. Colsher

_____

Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
D +1.212.848.7708 | F +1.646.848.7708
patrick.colsher@shearman.com | www.shearman.com

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

# EXHIBIT C

Exhibit C   Pg. 17

## SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

Patrick.Colsher@Shearman.com
212.848.7708

**Via FedEx (Overnight)**

June 5, 2018

Brian Ledahl
Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025

Re: *Document Security Systems, Inc., v. Nichia Corp.*, No. 2:17-cv-08849-JVS-JCG (C.D. Cal.)

Dear Brian:

Pursuant to the Court's scheduling order (Dkt. No. 50) in the above-referenced case, enclosed please find the following sample products requested by DSS in the listed quantities:

| | Bates Range | Type | Quantity |
|---|---|---|---|
| 1 | NICHIA000001A-NICHIA000001J | NC2A170C | 10 |
| 2 | NICHIA000002A-NICHIA000002D & NICHIA000002E-NICHIA000002J[1] | NC3W121A | 10 |
| 3 | NICHIA000003A-NICHIA000003J | NC4W093A | 10 |
| 4 | NICHIA000004A-NICHIA000004J | NCSA131C | 10 |
| 5 | NICHIA000005A-NICHIA000005J | NCSU033C | 10 |
| 6 | NICHIA000006A-NICHIA000006J | NCSU275 | 10 |

---

[1] These product samples are provided in two packages.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Exhibit C   Pg. 18

June 5, 2018

|  | Bates Range | Type | Quantity |
|---|---|---|---|
| 7 | NICHIA000007A-NICHIA000007J | NCSU276AT | 10 |
| 8 | NICHIA000008A-NICHIA000008K | NESL064A | 11 |
| 9 | NICHIA000009A-NICHIA000009J | NESM026D | 10 |
| 10 | NICHIA000010A-NICHIA000010J | NESM180A | 10 |
| 11 | NICHIA000011A-NICHIA000011J | NF2W385AR-V2 | 10 |
| 12 | NICHIA000012A-NICHIA000012AS | NHSB046 | 45 |
| 13 | NICHIA000013A-NICHIA000013AB | NHSB146A-ND | 28 |
| 14 | NICHIA000014A-NICHIA000014K | NHSW046 | 11 |
| 15 | NICHIA000015A-NICHIA000015J | NJ2W270A-Y7 | 10 |
| 16 | NICHIA000016A-NICHIA000016J | NJSW170C | 10 |
| 17 | NICHIA000017A-NICHIA000017N | NSSB063A-N3 | 14 |
| 18 | NICHIA000018A-NICHIA000018J | NSSB129-N3 | 10 |
| 19 | NICHIA000019A-NICHIA000019N | NSSL088A | 14 |
| 20 | NICHIA000020A-NICHIA000020J | NSSM032A | 10 |
| 21 | NICHIA000021A-NICHIA000021J | NSSM124D | 10 |
| 22 | NICHIA000022A-NICHIA000022M | NSSM313A | 13 |

Exhibit C   Pg. 19

June 5, 2018

| | Bates Range | Type | Quantity |
|---|---|---|---|
| 23 | NICHIA000023A-NICHIA000023AAA | NSSR146A | 53 |
| 24 | NICHIA000024A-NICHIA000024K | NSSW063A | 11 |
| 25 | NICHIA000025A-NICHIA000025K | NSSW064A | 11 |
| 26 | NICHIA000026A-NICHIA000026K | NSSW146A | 11 |
| 27 | NICHIA000027A-NICHIA000027J | NSSW703B-HG | 10 |
| 28 | NICHIA000028A-NICHIA000028J | NV4W144AR | 10 |
| 29 | NICHIA000029A-NICHIA000029J | NV9W149AM | 10 |
| 30 | NICHIA000030A-NICHIA000030J | NVSU233A-D1 | 10 |
| 31 | NICHIA000031A-NICHIA000031J | NVSU233B | 10 |
| 32 | NICHIA000032A-NICHIA000032J | NVSU333A | 10 |
| 33 | NICHIA000033A-NICHIA000033J | NVSW119C | 10 |
| 34 | NICHIA000034A-NICHIA000034J | NVSW219C | 10 |
| 35 | NICHIA000035A-NICHIA000035J | NVSW309A | 10 |
| 36 | NICHIA000036A-NICHIA000036J | NVSW319A | 10 |

Exhibit C   Pg. 20

June 5, 2018

As we previously indicated, we were unable to secure sample products for the following four products requested by DSS:

|  | Type |
|---|---|
| 1. | NE2R757G-P6 |
| 2. | NSSMV01A |
| 3. | NVSW229A |
| 4. | NSSM240A |

Nichia does not agree that the above-identified products requested by DSS are representative of any other products not specifically named.  We note, for example, that DSS has not specified any other products for which DSS contends the requested products are representative of.

Should you have any questions, please let us know.

Very truly yours,

**Patrick R. Colsher**

Enclosures