JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-08849-JVS(JEMx) | Date | July 25, 2023 |
| Title | Document Security Systems, Inc. v. Nichia Corporation et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS]

Having reviewed the parties' Joint Status Report (Docket No. 126), the Court now takes the following actions:

1. The stay of proceedings shall be lifted as October 27, 2023.

2. The matter shall proceed only as to Patent No. 7,524,087. The Court adopts the schedule proposed by the parties in Exs. A and B, except the provisions to request and provide samples on August 7, 2023 and September 8, 2023, respectively. (<u>See</u> Exhibits attached hereto.)

3. In light of the disposition of the various IPR proceedings, all claims with respect to the remaining patents are dismissed.

:   0

Initials of Preparer   eva

# EXHIBIT A

Exhibit A, pg. 14

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert speciific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: 5 days | 8:30 a.m. (Tuesdays) | | 12/17/2024 | 12/17/2024 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | N/A | N/A | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 12/2/2024 | 12/2/2024 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 11/25/2024 | 11/25/2024 | |
| Last day for hand-serving Motions in Limine | | -6 | 11/4/2024 | 11/4/2024 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 10/28/2024 | 10/28/2024 | |
| Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | 9/30/2024 | 09/30/2024 | |
| Non-expert Discovery cut-off | | -15 | 8/26/2024 | 08/26/2024 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:   (1) CT/USMJ    (2) Atty    (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | 9/23/2024 | 09/23/2024 | |
| Rebuttal Expert Witness Disclosure | | | 08/26/2024 | 08/26/2024 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 07/22/2024 | 07/22/2024 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

# EXHIBIT A

Revised 1-6-10

# EXHIBIT B

# ATTACHMENT B
# JUDGE JAMES V. SELNA
# SCHEDULE OF PRETRIAL DATES

| Event | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|
| Plaintiff Identifies Product Samples to be Produced by Defendants | 8/7/2023 | N/A (completed on May 7, 2018, per Dkt. 49; see Lucas Decl., Ex. B) | |
| Defendants Produce Identified Product Samples (Subject to the Parties' potential Agreement Regarding Representative Products) | 9/8/2023 | N/A (completed on June 5, 2018, per Dkt. 49, see Lucas Decl., Ex. C) | |
| Plaintiff's Infringement Contentions under Patent Rules 3-1 and 3-2 | 10/27/2023 | 10/27/2023 | |
| Defendants' Invalidity Contentions under Patent Rules 3-3 and 3-4 | 11/24/2023 | 11/24/2023 | |
| Exchange of Proposed Terms for Construction under Patent Rule 4-1 | 12/8/2023 | 12/8/2023 | |
| Exchange of Preliminary Claim Constructions under Patent Rule 4-2 | 12/20/2023 | 12/20/2023 | |
| Joint Claim Construction and Prehearing Statement under Patent Rule 4-3 | 1/5/2024 | 1/5/2024 | |
| Completion of Claim Construction Discovery under Patent Rule 4-4 | 1/19/2024 | 1/19/2024 | |
| Concurrent Opening Claim Construction Briefs under Patent Rule 4-5 | 2/16//2024 | 2/16/2024 | |
| Concurrent Reply Claim Construction Briefs under Patent Rule 4-5 | 3/15/2024 | 3/15/2024 | |
| Claim Construction Hearing under Patent Rule 4-6 | 4/3/2024 (or such other date as the court selects) | 4/3/2024 (or such other date as the court selects) | |