1   CHRISTOPHER B. MEAD (*pro hac vice*)
      cmead@schertlerlaw.com
2   TARA N. TIGHE (*pro hac vice*)
      ttighe@schertlerlaw.com
3   SCHERTLER ONORATO MEAD & SEARS
    555 13th Street NW Suite 500 West
4   Washington, DC 20004
    Telephone: 202.628.4199
5   Fax: 202.628.4177

6   KARIN G. PAGNANELLI (SBN 174763)
      kgp@msk.com
7   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
8   Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
9   Facsimile: (310) 312-3100

10  *Attorneys for Plaintiff DSS, Inc.*

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 DSS, INC.,<br><br>15      Plaintiff,<br><br>16      v.<br><br>17 NICHIA CORPORATION; and<br>18 NICHIA AMERICA CORPORATION,<br><br>19      Defendant. | CASE NO. 2:17-cv-08849-JVS (*JEMx*)<br><br>Hon. James V. Selna<br><br>**DECLARATION OF CHRISTOPHER B. MEAD IN SUPPORT OF OPPOSED MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND COMPLAINT**<br><br>[Motion for Reconsideration and for Leave to Amend Complaint and Proposed Order filed concurrently herewith]<br><br>Date:     September 18, 2023<br>Time:     1:30 pm<br>Location:   Dept 10C |

20

21

22

23

24

25

26

27

**DECLARATION OF CHRISTOPHER B MEAD**

I, Christopher B. Mead, declare as follows:

1.    I am an attorney-at-law, duly licensed to practice law in Washington, D.C., Maryland, and Virginia. I am a partner with the law firm of Schertler Onorato Mead & Sears, counsel of record for Plaintiff DSS, Inc. ("DSS") in this action. I make this Declaration in support of DSS' Motion for Reconsideration and for Leave to Amend Complaint. I have personal knowledge of the following facts, except for those stated on information and belief, and, if called as a witness, could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the [Proposed] First Amended Complaint.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a redlined version of the [Proposed] First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2023 at Washington, DC.

_____
Christopher B. Mead

Mitchell
Silberberg &
Knupp LLP

15687238.1

2

**DECLARATION OF CHRISTOPHER B MEAD**

# EXHIBIT 1

**Exhibit 1**
**Page 3**

CHRISTOPHER B. MEAD (*pro hac vice*)
  cmead@schertlerlaw.com
TARA N. TIGHE (*pro hac vice*)
  ttighe@schertlerlaw.com
SCHERTLER ONORATO MEAD & SEARS
555 13th Street NW Suite 500 West
Washington, DC 20004
Telephone: 202.628.4199
Fax: 202.628.4177

KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
DSS, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NICHIA CORPORATION; and NICHIA AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 2:17-cv-08849-JVS (JEMx)<br><br>Hon. James V. Selna<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Mitchell
Silberberg &
Knupp LLP

15690990.1

**Exhibit 1**
**Page 4**

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.* in which Document Security Systems, Inc. ("DSS" or "Plaintiff") makes the following allegations against Defendants NICHIA CORPORATION ("Nichia") and NICHIA AMERICA CORPORATION ("Nichia America") (collectively "Defendants").

## **PARTIES**

1.      DSS, Inc. is a publicly-traded New York corporation.  Founded in 1984, DSS is a global leader in brand protection, digital security solutions and anti-counterfeiting technologies.

2.      In November 2016, DSS acquired a portfolio of patents covering technologies used in Light-Emitting Diode ("LED") lighting products, including the patents-in-suit.  The patents in this portfolio were originally assigned to Agilent Technologies, Inc. and/or the successors of its LED business.  Since its recent acquisition of these patents, DSS has worked to expand its business efforts regarding LED technology.  DSS is pursuing both licensing and commercialization of this technology acquisition.

3.      On information and belief, Nichia Corporation ("Nichia") is a foreign corporation under the laws of Japan with a principal place of business located at 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima 774-8601, Japan. Upon information and belief, Nichia manufactures light-emitting diode ("LED") products and, through its subsidiaries, Defendant Nichia America Corporation ("Nichia America"), has sales offices in the United States.  On information and belief, Nichia may be served via officer or director at the above address.

4.      On information and belief, Nichia America is a Michigan corporation, having its principal place of business at 48561 Alpha Drive, Ste. 100, Wixom, MI 48393 and a sales office at 3625 Del Amo Blvd. Suite 325, Torrance, CA 90503. Upon information and belief, Nichia America is a subsidiary of Nichia and sells

1  and/or offers for sale in the United States LED products manufactured by it and/or

2  Nichia, including in the State of California and in this judicial district.

3  ## JURISDICTION AND VENUE

4  5.  This action arises under the patent laws of the United States, Title 35

5  of the United States Code.  Accordingly, this Court has subject matter jurisdiction

6  under 28 U.S.C. §§ 1331 and 1338(a).

7  6.  This Court has personal jurisdiction over Defendants in this action

8  because, among other reasons, Defendants have committed acts within the Central

9  District of California giving rise to this action and have established minimum

10  contacts with the forum state of California.  Defendants directly and/or through

11  subsidiaries or intermediaries (including distributors, retailers, and others), have

12  committed and continue to commit acts of infringement in this District by, among

13  other things, making, using, importing, offering for sale, and/or selling products

14  and/or services that infringe the patents-in-suit.  Defendants have, both jointly and

15  individually, placed infringing products into the stream of commerce, leading to

16  substantial sales of infringing products in California in this judicial District and the

17  State of California. Thus, Defendants have purposefully availed themselves of the

18  benefits of doing business in the State of California and the exercise of jurisdiction

19  over Defendants would not offend traditional notions of fair play and substantial

20  justice.

21  7.  Venue is proper in this District under 28 U.S.C. §§ 1391 (b)-(c) and

22  1400(b) because Defendants have a regular and established place of business in this

23  District and have committed acts of patent infringement in this District.

24  Defendants, for example, have a regular and established place of business in this

25  District at 3625 Del Amo Blvd. Suite 325, Torrance, CA 90503.

26  ## BACKGROUND

27  8.  DSS is the owner by assignment of United States Patent No.

28  6,949,771 ("the'771 Patent") entitled "Light Source."  The '771 Patent was duly

Mitchell
Silberberg &
Knupp LLP

15690990.1

1   and legally issued by the United States Patent and Trademark Office on September

2   27, 2005.  A true and correct copy of the '771 Patent is included as Exhibit A.

3         9.      The '771 Patent was the subject of seven *Inter Parte* Reviews

4   ("IPRs").  The outcome of the IPRs was that claims 1-9 of the '771 Patent were

5   found to be invalid while claims 10-11 were not found to be invalid.

6         10.     DSS is the owner by assignment of United States Patent No.

7   7,524,087 ("the '087 Patent") entitled "Optical Device."  The '087 Patent was duly

8   and legally issued by the United States Patent and Trademark Office on April 28,

9   2009.  A true and correct copy of the '087 Patent is included as Exhibit B.

10        11.     The '087 Patent was the subject of four IPRs.  The outcome of the

11   IPRs was that claims 1, 6-8, and 15-19 of the '087 Patent were found to be invalid

12   while claims 2-5 and 9-14 were not found to be invalid.

13        12.     DSS is the owner by assignment of United States Patent No. 7,256,486

14   ("the '486 Patent") entitled "Packing Device for Semiconductor Die,

15   Semiconductor Device Incorporating Same and Method of Making Same."  The

16   '486 Patent was duly and legally issued by the United States Patent and Trademark

17   Office on August 14, 2007.  A true and correct copy of the '486 Patent is included

18   as Exhibit C.

19        13.     The '486 Patent was the subject of six IPRs.  The outcome of the IPRs

20   was that claims 1-5 of the '486 Patent were found to be invalid while claim 6 was

21   not found to be invalid.

22        14.     DSS owns all rights, title, and interest in and to the '771, '087, and

23   '486 Patents (collectively, "asserted patents" or "patents-in-suit"), including all

24   rights to sue and recover for past and future infringement.

25        15.     DSS has obtained sample specimens of the Accused Instrumentalities

26   described herein and has confirmed infringement as alleged.  DSS has sought to

27   purchase additional representative product samples, but cannot reasonably obtain

28   these products because Defendants and their distributors impose minimum ordering

Mitchell
Silberberg &
Knupp LLP

15690990.1

4

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**Exhibit 1
Page 7**

quantities of many thousand products.  Upon information and belief, Defendants' current, previous and future LED product line offerings include additional products that infringe on more patent-in-suit, as described below.

<u>COUNT I</u>

<u>INFRINGEMENT OF THE '771 PATENT</u>

16.    DSS references and incorporates by reference paragraphs 1 through 15 of this Complaint.

17.    Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe various claims of the '771 Patent, and continues to do so. By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of their NVSU333A Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product.  Defendants' infringing products are collectively referred to hereinafter as "'771 Accused Instrumentalities."

18.    Defendants have directly infringed and continue to directly infringe the '771 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '771 Accused Instrumentalities.  Such products and/or services are covered by one or more claims of the '771 Patent's including at least claims 10 and 11 because they contain each element of those claims.

19.    As an illustrative example, Defendants import, sell and offer to sell their NVSU333A products.  Defendant's NVSU333A infringes, for example, claim 10 of the '771 Patent as detailed in the Claim Chart attached as Exhibit D.

20.    By making, using, offering for sale, selling, and/or importing the '771 Accused Instrumentalities infringing the '771 Patent, Defendants have injured DSS and are liable to DSS for infringement of the '771 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

21.     In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities and related products, to directly infringe each and every claim limitation, including without limitation claims 10 and 11 of the '771 Patent, in violation of 35 U.S.C. § 271(b). Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claims 10 and 11 of the '771 Patent.  Defendants have had actual knowledge of the '771 Patent at least as of service of the original Complaint. Defendants are knowingly inducing their customers and/or end users to directly infringe the '771 Patent, with the specific intent to encourage such infringement, and knowing that the induced acts constitute patent infringement.  Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the'771 Patent. The '771 Accused Instrumentalities are designed in such a way that when they are used for their intended purpose, the user infringes the '771 Patent. Defendants know and intend that customers that purchase the '771 Accused Instrumentalities will use those products for their intended purpose.  Defendants also specifically intend its customers infringe the '771 Patent through use of the '771 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides.  For example, Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '771 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing products in the United States in order to serve and develop the United States market for Defendants' infringing products.

22.     Defendants have been aware of the '771 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)…"  This letter informed Defendants of the existence of the '771 Patent and described that Defendants may infringe the '771 Patent.  On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '771 patent.  Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '771 Accused Instrumentalities with knowledge that these acts constitute infringement of the '771 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

23.     As a result of Defendants' infringement of the '771 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT II

## INFRINGEMENT OF THE '087 PATENT

24.     DSS references and incorporates by reference paragraphs 1 through 23 of this Complaint. On information and belief, Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe and/or induce others to infringe various claims of the '087 Patent, and continues to do so. By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of their NSSM032A, NESM026D, and NSSMV01A packages. Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures

Mitchell
Silberberg &
Knupp LLP

15690990.1

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Exhibit 1
Page 10

that contain at least one infringing LED product.  Defendants' infringing products are collectively referred to hereinafter as "'087 Accused Instrumentalities."

25.     On information and belief, Defendants have directly and/or indirectly infringed and continue to directly and/or indirectly infringe the'087 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '087 Accused Instrumentalities.  Such products and/or services are covered by one or more claims of the '087 Patent's including at least claim 9 because they contain each element of that claim.

26.     As an illustrative example, Defendants import, sell and offer to sell its NSSM032A products.  Defendants' NSSM032A induces purchasers to infringe for example, Claim 9 of the '087 patent because the device is intended for use in a display:



**NICHIA NSSM032: The True Outdoor SMD**

**Raising the Bar for Outdoor Displays**

Tokushima, Japan, June 15, 2012 – Nichia Corporation, the world leader in LED technology, announces the release of a new surface mount LED device (SMD) for outdoor full color display applications. Nichia part number "NSSM032", this product provides for a new class of LED screen image quality and waterproof capability.

https://www.nichia.co.jp/specification/newsroom/press/2012_061501-E.pdf



Mitchell
Silberberg &
Knupp LLP

15690990.1

**Exhibit 1
Page 11**

8

27.     Defendants' NSSM032A also includes a reflector housing formed around the lead frame, the reflector housing having a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face, the reflector housing having a cavity in the first end face, said peripheral sidewall having a plurality of lead receiving compartments formed therein:



28.     Defendants' NSSM032A also includes at least one LED die mounted in the cavity of the reflector housing and a light transmitting encapsulant disposed in the cavity and encapsulating the at least one LED die:



29.     By making, using, offering for sale, selling, and/or importing the '087 Accused Instrumentalities infringing the '087 Patent, Defendants have injured DSS and are liable to DSS for infringement of the '087 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

30.     In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities, services based thereupon, and related products and/or processes, to directly infringe each and every claim

Mitchell
Silberberg &
Knupp LLP

15690990.1

9

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Exhibit 1
Page 12

limitation, including without limitation claim 1 of the '087 Patent, in violation of

35 U.S.C. § 271(b).  Defendants' customers and/or end users have directly

infringed and are directly infringing each and every claim limitation, including

without limitation claim 9 of the '087 Patent.  Defendants have had actual

knowledge of the '087 Patent at least as of service of this Complaint.  Defendants

are knowingly inducing their customers and/or end users to directly infringe the

'087 Patent, with the specific intent to encourage such infringement, and knowing

that the induced acts constitute patent infringement.  Defendants' inducement

includes, for example, providing technical guides, product data sheets,

demonstrations, software and hardware specifications, installation guides, and other

forms of support that induce their customers and/or end users to directly infringe

the '087 Patent.  The '087 Accused Instrumentalities are designed in such a way

that when they are used for their intended purpose, the user infringes the '087

Patent.  Defendants know and intend that customers that purchase the '087

Accused Instrumentalities will use those products for their intended purpose.

Defendants also specifically intend its customers infringe the '087 Patent through

use of the '087 Accused Instrumentalities through trade show presentations,

customer visits, direct customer contacts and application guides.  For example,

Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs

customers to use '087 Accused Instrumentalities in numerous "Applications." In

addition, Defendants specifically intend that their customers, such as United States

distributors, retailers and consumer product companies, will import, use and sell

infringing products in the United States in order to serve and develop the United

States market for Defendants' infringing products.  Defendants also give customers

specific instruction to infringe e.g., claim 9 of the '087 patent, by assembling

products into an infringing display.  *See, e.g.*,

http://www.nichia.co.jp/specification/products/led_spec/NSSM032AT-E(3207B)WxGxR8.pdf, "Directions for Use" and

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

http://www.nichia.co.jp/en/product/led.html, describing LED "Application" is a display.

31.     Defendants have been aware of the 087 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)…"  This letter informed Defendants of the existence of the '087 Patent and described that Defendants may infringe the '087 Patent.  On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '087 patent.  Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '087 Accused Instrumentalities with knowledge that these acts constitute infringement of the '087 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

32.     As a result of Defendants' infringement of the '087 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## <u>COUNT III</u>

## <u>INFRINGEMENT OF THE '486 PATENT</u>

33.     DSS references and incorporates by reference paragraphs 1 through 32 of this Complaint.

34.     On information and belief, Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe various claims of the '486 Patent, and continues to do so.  By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of at least NCSWE17AT,

Mitchell
Silberberg &
Knupp LLP

15690990.1

Exhibit 1
Page 14

and NCSWE21AT, Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product. Defendants' infringing products are collectively referred to hereinafter as "'486 Accused Instrumentalities."

35.     On information and belief, Defendants have directly infringed and continues to directly infringe the '486 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '486 Accused Instrumentalities.  On information and belief, such products are covered by one or more claims of the '486 Patent including at least claim 6 because they contain each element of that claim.

36.     As an illustrative example, Defendants import, sell and offer to sell its NCSWE17AT and NCSWE21AT products.  Defendants' NCSWE17AT and NCSWE21AT products infringes, for example, claim 6 of the '486 patent as detailed in the Claim Charts attached as Exhibits E and F, respectively.

37.     By making, using, offering for sale, selling, and/or importing the '486 Accused Instrumentalities infringing the '486 Patent, Defendants have injured DSS and is liable to DSS for infringement of the '486 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

38.     In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities, services based thereupon, and related products and/or processes, to directly infringe each and every claim limitation, including without limitation claim 6 of the '486 Patent, in violation of 35 U.S.C. § 271(b).  Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claim 6 of the '486 Patent.  Defendants have had actual knowledge of the '486 Patent at least as of service of this Complaint.  Defendants are knowingly inducing their customers and/or end users to directly infringe the '486 Patent, with the specific intent to encourage such infringement, and knowing

that the induced acts constitute patent infringement.  Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the '486 Patent.  The '486 Accused Instrumentalities are designed in such a way that when they are used for their intended purpose, the user infringes the '486 Patent.  Defendants know and intend that customers that purchase the '486 Accused Instrumentalities will use those products for their intended purpose. Defendants also specifically intend its customers infringe the '486 Patent through use of the '486 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides.  For example, Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '486 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing products in the United States in order to serve and develop the United States market for Defendants' infringing products.

39.     Defendants have been aware of the '486 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)…"  This letter informed Defendants of the existence of the '486 Patent and described that Defendants may infringe the '486 Patent.  On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '486 patent.  Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '486 Accused Instrumentalities with knowledge that these acts constitute infringement of the '486 Patent, with the purpose of, *inter alia*, developing and serving the United States market for

1  Defendants' LED products and consumer devices that include Defendants'
2  products.

3       40.    As a result of Defendants' infringement of the '486 Patent, DSS has
4  suffered monetary damages in an amount adequate to compensate for Defendants'
5  infringement, but in no event less than a reasonable royalty for the use made of the
6  invention by Defendants, together with interest and costs as fixed by the Court.

7                          **PRAYER FOR RELIEF**

8       Plaintiff respectfully requests the following relief from this Court:

9       A.     A judgment that Defendants have infringed one or more claims of
10  the'771, '087, and '486Patents;

11      B.     A judgment and order requiring Defendants to pay DSS its damages,
12  costs, expenses, and prejudgment and post-judgment interest for Defendants' acts
13  of infringement in accordance with 35 U.S.C. § 284;

14      C.     A judgment and order requiring Defendants to provide accountings
15  and to pay supplemental damages to DSS, including, without limitation,
16  prejudgment and post-judgment interest;

17      D.     A judgment and order finding that this is an exceptional case within
18  the meaning of 35 U.S.C. § 285 and awarding to DSS its reasonable attorneys' fees
19  against Defendants; and

20      E.     Any and all other relief to which DSS may show itself to be entitled.

21  DATED: AUGUST 9, 2023          SCHERTLER ONORATO MEAD & SEARS
22                                 Christopher B. Mead
                                   Tara N. Tighe
23
24                                 MITCHELL SILBERBERG & KNUPP LLP
                                   Karin G. Pagnanelli
25

26
27                       By: _____
                             Christopher B. Mead (*pro hac vice*)
28                           Attorneys for Plaintiff
                             DSS, Inc.

# **JURY TRIAL DEMANDED**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, DSS requests a trial by jury of any issues so triable by right.

DATED: AUGUST 9, 2023        SCHERTLER ONORATO MEAD & SEARS
Christopher B. Mead
Tara N. Tighe

MITCHELL SILBERBERG & KNUPP LLP
Karin G. Pagnanelli

By: _____
     Christopher B. Mead (*pro hac vice*)
     Attorneys for Plaintiff
     DSS, Inc.

# EXHIBIT A

**Exhibit 1**
**Page 19**

US006949771B2

(12) **United States Patent** (10) **Patent No.: US 6,949,771 B2**
Yoganandan et al. (45) **Date of Patent: Sep. 27, 2005**

(54) **LIGHT SOURCE**

(75) Inventors: **Sundar A/L Natarajan Yoganandan,**
Penang (MY); **Seong Choon Lim,**
Penang (MY)

(73) Assignee: **Agilent Technologies, Inc.,** Palo Alto,
CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 157 days.

(21) Appl. No.: **10/128,446**

(22) Filed: **Apr. 23, 2002**

(65) **Prior Publication Data**

US 2002/0163006 A1 Nov. 7, 2002

(30) **Foreign Application Priority Data**

Apr. 25, 2001 (MY) ..................................... PI 2001 1952

(51) **Int. Cl.[7]** ............................................... **H01L 33/00**
(52) **U.S. Cl.** ...................................................... **257/99**
(58) **Field of Search** ........................ 257/79, 81, 98–100

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,040,078 A | * | 8/1977 | Eckton et al. | .............. 250/551 |
| 5,177,593 A | * | 1/1993 | Abe | ............................ 257/98 |
| 5,298,768 A | * | 3/1994 | Okazaki et al. | ............... 257/81 |
| 5,475,261 A | * | 12/1995 | Tanizawa | .................... 257/693 |
| 5,744,857 A | * | 4/1998 | Yamamoto | ................. 257/622 |
| 5,905,275 A | * | 5/1999 | Nunoue et al. | .............. 257/95 |
| 6,060,729 A | * | 5/2000 | Suzuki et al. | ................. 257/99 |
| 6,459,130 B1 | * | 10/2002 | Arndt et al. | ................. 257/432 |
| 6,495,861 B1 | * | 12/2002 | Ishinaga | ...................... 257/99 |
| 6,531,328 B1 | * | 3/2003 | Chen | ............................ 438/26 |
| 6,593,598 B2 | * | 7/2003 | Ishinaga | ...................... 257/98 |
| 6,645,783 B1 | * | 11/2003 | Brunner et al. | .............. 438/26 |
| 2001/0030326 A1 | * | 10/2001 | Reeh et al. | ................... 257/98 |
| 2002/0050779 A1 | * | 5/2002 | Yu | ............................... 313/483 |
| 2002/0175621 A1 | * | 11/2002 | Song et al. | ................. 313/515 |
| 2003/0071368 A1 | * | 4/2003 | Rubinsztajn | ................. 257/793 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 52-47692 | * | 4/1977 |
| JP | 355107283 | * | 8/1980 |

* cited by examiner

*Primary Examiner*—David Λ. Zarneke

(57) **ABSTRACT**

A light source suitable for surface mounting onto a printed
circuit board. The light source includes a planar substrate
with a centrally positioned aperture. A light emitting diode
is mounted on a metallic layer covering the bottom of the
aperture, and is encapsulated by a transparent encapsulant
material. The metallic layer provides a thermal path for heat
generated by the light emitting diode.

**11 Claims, 14 Drawing Sheets**



**Exhibit 1**
**Page 20**



FIG 1

Exhibit 1
Page 21



FIG 2

Exhibit 1
Page 22



FIG 3

Exhibit 1
Page 23

Case 2:17-cv-08849-JVS-JEM   Document 129-1   Filed 08/09/23   Page 24 of 173   Page ID #:1510



FIG 4



FIG 5

**Exhibit 1**
**Page 24**

U.S. Patent          Sep. 27, 2005          Sheet 5 of 14          US 6,949,771 B2



FIG 6

Exhibit 1
Page 25



FIG 7

FIG 8

FIG 9

**Exhibit 1
Page 26**



FIG 10

**Exhibit 1**
**Page 27**



FIG 11

FIG 12

FIG 13

Exhibit 1
Page 28

U.S. Patent    Sep. 27, 2005    Sheet 9 of 14    US 6,949,771 B2



FIG 14

FIG 15

FIG 16

Exhibit 1
Page 29



FIG 17

Exhibit 1
Page 30



FIG 18



FIG 19

**Exhibit 1**
**Page 31**



FIG 20



FIG 21



FIG 22

Exhibit 1
Page 32







FIG 23

Exhibit 1
Page 33



FIG 24

Exhibit 1
Page 34

# LIGHT SOURCE

## BACKGROUND OF THE INVENTION

This invention relates to a light source. In particular, the invention relates to a high-power light source in the form of a light emitting diode (LED) package.

Light emitting diodes (LEDs) fabricated from silicon wafer are commonly used to generate light in a variety of applications ranging from simple low-power indication lights to higher-power LED traffic light clusters and LED matrix video displays. Typically, the light emitting diode die is assembled into a sealed package containing electrical connections between the die and terminal pads exposed on an outer surface of the package. Such a package enables simple connection of the diode to external circuitry and, due to the sealing properties of the package, protects the die from external damage.

Recently, there has been a drive to make smaller surface mount LED packages which allow the LED to be reliably mounted onto a printed circuit board substrate at relatively high speeds. By making individual LED packages smaller, the number of LED dies per unit area in a multiple LED package may be increased. Furthermore, when the LED is mounted onto a circuit board, the thickness of the assembled circuit board can be reduced.

Today's surface mount LED packages are available in a wide variety of configurations. FIG. 1 shows one typical surface mount LED package **100** comprising an LED die **110** mounted on a circuit board substrate **120** with a transparent material **130** encapsulating the LED **110**. The package includes a pair of conductive interconnects **140, 142** for coupling the LED to external circuitry. A first electrode on the bottom surface of the LED **110** is mounted on and electrically coupled to one of the pair of conductive interconnects **140**. A very small wire **144** is then "wire bonded" or welded at one end to a second electrode on the top surface of the LED **110**, and at the other end to the other one of the pair of conductive interconnects **142**.

A drawback with the LED package of FIG. 1 is its inefficiency in dissipating heat away from the LED die **110**. The circuit board substrate **120** and the transparent encapsulant material **130** are typically made from thermally insulating materials which "trap" heat in LED die **110**. For example, the circuit board material FR**4** has a thermal conductivity coefficient of 0.2–0.3 watts per meter kelvin, while the encapsulant material Able-Bond **826** has a thermal conductivity coefficient of approximately 2 watts per meter kelvin. Better heat conductivity is provided by the conductive interconnects **140, 142** which if made from copper would have a thermal conductivity coefficient of 400 watts per meter kelvin. However, the rate of heat dissipation from the conductive interconnects is severely limited by i) the small cross-sectional area of the interconnects, and ii) the relatively large distance of the heat path offered by the interconnects.

Demand for higher brightness surface mount LED packages is increasing in many fields such as in automotive and decorative lighting applications. Higher brightness can be achieved by increasing the current or power supplied to the LED die.

The poor heat dissipation properties of the LED package of FIG. 1 limit the ability of the package to operate at higher power and thus increased brightness. Without efficient heat dissipation, the increased power supplied to the package rapidly increases the temperature of the die resulting in poor light extraction efficiency and even permanent damage to the die.

## SUMMARY OF THE INVENTION

According to a first aspect of the present invention, there is provided a light source comprising; a substrate having opposing first and second surfaces, the substrate defining an aperture extending between the first and second surfaces, a platform covering an opening of the aperture adjacent the first surface, a light emitting diode mounted on the platform within the aperture, and a transparent encapsulant material encapsulating the light emitting diode in the aperture.

A light source in accordance with the invention has the advantage that the platform on which the light emitting diode is mounted may provide a very efficient heat dissipating thermal path directly to an external surface of the light source. This in turn allows the light source to be driven at a higher power resulting in an increased light intensity output by the light source. The aperture in the substrate allows the substrate to be made from a thermally insulating material without affecting the flow of heat from the die through the platform. Preferably, the first surface of the substrate forms a lower surface of the light source for surface mounting the light source onto a circuit board substrate. Advantageously, the encapsulant material may provide a focussing dome for focussing light emitted by the light emitting diode.

Ideally, the aperture comprises a side wall tapering outwards towards the second surface. The side wall may, for example, be conically shaped like a reflector cup. The side wall extends between the first and second surfaces of the substrate and is inclined to reflect light from the light emitting diode out of the aperture through the opening adjacent the second surface.

In a preferred embodiment, the platform extends over the first surface and over the side wall of the substrate. This has the advantage of holding the platform firmly in place on the substrate, thus preventing it from detaching easily.

Suitably, the platform is made from a thermally conductive material such as metal for conducting heat away from the light emitting diode, and is configured such that a first surface faces the aperture on which the light emitting diode is mounted, and an opposite second surface is exposed on the outside of the light source. Consequently, the thermal path is provided from the first surface of the platform to the second surface of the platform. Advantageously, the distance from the first surface to the second surface of the platform may be minimised to minimise the length of the thermal path and make it more efficient at dissipating heat.

A light source in accordance with the invention also has the advantage that by mounting the light emitting diode in the aperture of the substrate the package occupies a smaller volume.

According to a second aspect of the present invention, there is provided a method of manufacturing a light source comprising: providing a substrate with opposing first and second surfaces, plating a first surface of the substrate with a metallic layer, drilling a hole through the substrate from the second surface up to the metallic layer on the first surface such that the metallic layer provides a platform covering the opening of the aperture adjacent the first surface, mounting a light emitting diode on the platform within the aperture, and encapsulating the light emitting diode in the aperture with a transparent encapsulant material.

In a preferred embodiment, the platform and the side wall of the aperture is plated with another metallic layer after the drilling step.

### BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described, by way of example, with reference to the accompanying drawings, in which:

**Exhibit 1**
**Page 35**

US 6,949,771 B2

3

FIG. 1 is a cross-sectional side view of a known surface mount LED package; FIG. 2 is an orthogonal projection showing front, plan and side views of a surface mount LED package in accordance with the invention;

FIG. 3 is a flowchart illustrating exemplary steps employed during the manufacture of the surface mount LED package shown in FIG. 2;

FIGS. 4 to 17 are cross-sectional side views of the surface mount LED package of FIG. 2 at different stages in a manufacturing process;

FIG. 18 is a plan view showing the top of the surface mount LED package shown in FIG. 17;

FIG. 19 is a plan view showing the bottom of the surface mount LED package shown in FIG. 17;

FIGS. 20 to 22 are plan views of UV masks employed in the manufacturing process steps shown in FIGS. 6 and 10.

FIG. 23 is an alternative design for the surface mount LED package of FIG. 2 with a pyramid-like encapsulant material,

FIG. 24 is a plan view showing the top of the surface mount package of FIG. 5.

DETAILED DESCRIPTION

Referring to FIG. 2, there is shown schematically an LED package 200 which can be surface mounted onto a printed circuit board by, for example, reflow soldering or possibly manual soldering.

The surface mount LED package 200 includes a rectangular planar substrate 210, such as an epoxy or glass laminate, a polyester or polyamide board, a bismaleimide-traizine (BT) resin board, or a thermosetting polyphenylene ether board. An upper surface 212 of the substrate includes a conic-section shaped recess 220 positioned centrally on the upper surface. The recess 220 comprises a generally circular floor 222, and a curved side wall 224 tapering concentrically outwards from the floor towards a circular edge 226 on the upper surface 212.

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

In order to efficiently dissipate heat away from the LED die 230, the LED package is provided with a thermal dissipation pad 270 located on the lower surface 214 of the substrate. The pad 270 extends into the bulk of the package 200 through an aperture formed in the substrate 210. The pad 270 effectively covers the lower opening of the aperture adjacent the lower surface 214 to form the recess 220. The pad 270 actually provides the circular floor 222 of the recess, and extends as a layer over the side surface of the aperture to form the side walls 224.

The pad 270 is made from metal, preferably copper plated with nickel, and provides a platform to support the LED die

4

230 and to conduct heat from the LED die 230 to the exposed lower surface of the package 200. The distance from the bottom of the LED die to the exposed surface of the pad/platform 270 is relatively small compared to the overall dimensions of the package, and the cross-sectional area of the pad/platform 270 for heat to flow through is as large as the area of the mounting surface of the LED die 230. Thus, the pad/platform 270 provides an efficient heat path from the die to an external surface of the package. Furthermore, the exposed surface of the pad 270 is ideally located for soldering to a heat sink of a printed circuit board on which the package may be surface mounted.

A transparent or translucent encapsulant material 260 is bonded to the upper surface 212 of the substrate 210 so as to encapsulate the terminals on the upper surface 212, the gold wires 240, 242, and the LED die 230. The encapsulant material is shaped to form a focussing ellipsoidal dome over the light emitting diode. The ellipsoidal shape of the encapsulation dome optimises the surface mount LED package for use in applications such as video matrix displays.

The circular floor 222 and the side walls 224 of the recess 220 are provided by the pad/platform 270 which presents a silvered nickel surface to the LED die 230. Light emitted by the LED die is reflected by the silvered surface of the circular floor 222 and the side walls 224 in an upwards direction for focussing by the encapsulant material 260. The recess 220 provided by the aperture in the substrate thus performs the dual function of reflecting light from the LED die 230 much like a standard reflector cup, and enabling efficient heat dissipation from the LED die 230. Moreover, by mounting the LED die in the recess 220, the height of the package 200 can be considerably reduced over known packages such as the package 100 in FIG. 1.

As illustrated in FIG. 2, the major axis radius of curvature of the ellipse shown in the front view is relatively large so as to provide a wide viewing angle of approximately 120 degrees. Such a wide viewing angle would be ideally configured in the horizontal plane as is well known in the field of video displays. In contrast, the minor axis radius of curvature of the ellipse shown in the side view is relatively small so as to provide a narrow viewing angle of approximately 60 degrees. Such a narrow viewing angle would be ideally configured in the vertical plane as is well known in the field of video displays.

An alternative to the LED package 200 configuration of FIG. 2 is shown in FIG. 23. This package is more square shaped with dimensions of approximately 3.2 mm long by 2.8 mm wide by 2 mm in height. The shape of the encapsulant material 260 has been modified to form a pyramid-like dome portion over the light emitting diode, and at the base of the pyramid, a planar portion covering the whole upper surface of the substrate 210.

FIG. 3 is a flowchart illustrating, by way of example, the process steps 300 to 350 employed during the manufacture of the surface mount LED package shown in FIG. 2.

In the interests of speed and efficiency, the manufacturing process is actually designed to manufacture multiple surface mount LED packages in one batch. The starting material for the manufacturing process is a large glass-fibre laminate board which is divided into an array or grid of identical rectangular units. Such a board may, for example, be an FR4 type substrate with a glass transition phase of 180 degrees centigrade. Preferably, the board has an array of units 40 units wide by 20 units long, and has dimensions of approximately 70 millimeters by 70 millimeters by 0.5 millimeters.

Each rectangular unit on the board forms the basis of the rectangular substrate 210 of the LED package in FIG. 2. The

**Exhibit 1
Page 36**

US 6,949,771 B2

**5**

same processing steps **300**, **310**, **320**, **330**, and **340** are applied to each rectangular unit prior to physical separation of the individual units in the sawing step **350**. The processing of multiple units on a large board enables the units to be handled more accurately. In the following description, the processing steps will be explained with reference to a single rectangular unit on the board. However, it is understood that the steps will apply to all units on the board.

Board Fabrication

The first step **300** in the manufacturing process involves preparing the units of the board for the die attach step **310**. The board fabrication step **300** is illustrated sequentially in FIGS. **4** to **14**.

Referring to FIG. **4**, the bare glass-fiber board unit **400** is first plated on the upper and lower surfaces with copper **410A**, **410B** using standard plating techniques. The board unit **400** is 0.36 mm thick and each copper plating **410A**, **410B** is 0.07 mm thick such that the total board thickness is 0.5 mm.

After copper plating, each rectangular unit **400** on the board is drilled with two differently shaped drill bits **430**, **450** as illustrated in FIG. **5**. With further reference to FIG. **24**, two holes **420**, **425** on opposite sides of the rectangular unit are drilled using a first cylindrically shaped drill bit **430**. These via-like holes **420**, **425** extend between the upper and lower surfaces of the board and through the copper platings **410A** and **410B**. Additionally, a conical-section shaped recess is drilled in the upper surface of the board centrally on the rectangular unit by a second cylindrically shaped drill bit **450** having a tapered or chamfered end. The drill bit **450** drills to a depth of 0.45 mm+/−0.02 mm which is sufficient to ensure that an aperture is formed in the board **400** but is not so deep as to drill through the lower copper plating **410B**. At the maximum drilling depth of 0.47 mm, 0.03 mm of copper plating is left covering the lower opening of the aperture. At the minimum drilling depth of 0.43 mm, all 0.07 mm of the copper plating is left covering the lower opening of the aperture **440**, as shown in FIG. **5**.

The drill bits remove copper plating **410** in the drilling areas, leaving surfaces of the board exposed in the two via holes **420**, **425** and in the aperture **440**. These exposed areas are then coated with a film of graphite such that the whole surface of the unit becomes electrically conductive.

Following the graphite coating, the drilled unit is subjected to a series of photochemical etching processes which selectively deposit metallic layers in predetermined regions on the unit surface. The first photochemical etching processes is illustrated in FIG. **6**.

Referring to FIG. **6**, the photochemical etching process comprises applying a dry film **600** made from photosensitive resistive material on the upper and lower surfaces of the unit. Photomasks **610**, **612** are then applied above and below the upper and lower dry films **600** respectively. The photomasks **610**, **612**, shown respectively in plan in FIGS. **20** and **21**, are generally transparent except for opaque regions which define where a metallic layer should be deposited.

With the photomasks in position, the unit is exposed above and below to ultraviolet (UV) radiation. The regions on the dry film corresponding to the transparent areas on the photomask are selectively hardened by exposure to the UV light. These hardened areas form a chemically-resistant etch mask whilst the unexposed and unhardened regions of the dry film are dissolvable in a suitable etchant, such as chromic acid solution or ferric chloride. Consequently, upon chemically etching away the dry film, an appropriate mask **700** is formed on the upper and lower surfaces of the unit as illustrated in FIG. **7**.

**6**

FIG. **8** illustrates the result of electrolytically plating the unit with copper **800** followed by nickel **810**. Because the mask is electrically insulating, no plating occurs over the mask region. In contrast, the remainder of the unit is electrically conductive (including the holes and the recess) and so plating occurs everywhere except the mask region. At this stage, the pad/platform **270** has started to form through the bulk of the package at the bottom of the recess. The original copper plating **410B** and the later copper plating **800** are integrally joined at the lower opening of the aperture in the substrate, as illustrated by the dashed line in FIG. **8**.

Once the plating process is complete, the hardened mask region can be removed with a suitable hot organic stripper to leave the unit in the form illustrated in FIG. **9**.

A second photochemical etching process is then applied to the unit on the upper surface only. As before, a dry film **605** made of photosensitive resistive material is applied to the upper surface of the unit. A photomask **614**, shown in plan in FIG. **22**, is then applied over the dry film and the upper surface of the unit is exposed to UV light. The photomask exposes only the recessed area to UV light such that the dry film hardens over the recess, and remains in place while the obscured regions are dissolved away by means of a suitable etchant. FIG. **11** shows the result of this photomasking.

In order to provide improved connectivity to the conductive layers, a coating of flash gold **820** is applied to the unit in FIG. **11**. The flash gold only adheres to the nickel plated regions as shown in FIG. **12**. The nickel plating provides a passivation layer preventing the copper and gold layers reacting with each other. The recess region does not receive the gold plating due to the hardened dry film masking. Accordingly, the recess advantageously retains the highly reflective quality of the nickel plating. FIG. **13** shows the unit after the hardened mask region has been removed using a suitable hot organic stripper.

Using a suitable etching chemical, the unwanted copper layers exposed on the outside of the unit **400** are easily removed leaving just the nickel coated recess and the gold coated interconnects as shown in FIG. **14**.

The last stage in the board fabrication step **300** is to seal the holes **420**, **425** with a thermosetting polymer **720** such as a solder resist. The board is now ready for the die attach step.

Die Attach

The next step **310** in the manufacturing process is to mount an LED die **230** in the recess **440**. The first stage of this die attach step involves dispensing or dotting a small amount of electrically conductive silver epoxy **730** on the floor or base of the recess. The next stage involves picking and placing an LED die **230** onto the silver epoxy in the recess as shown in FIG. **15**. The final stage of the die attach step involves curing the silver epoxy together with the rest of the unit in a box oven at approximately 180 degree centigrade for a period of approximately one hour. The cured silver epoxy fixes the die in place in the recess and provides good heat conductivity from the die to the underlying nickel surface of the pad/platform **270**.

Wire Bond

A wire bonding step **320** is employed in the present embodiment to electrically couple the two sides of the semiconductor junction of the LED die to two electrically isolated terminals on the upper side of the unit board. The two terminals are provided by the gold plated layers **822**, **824** at opposite ends of the unit board.

For each of the two wires **826**, the wire bonding process creates a ball joint **828** between one end of gold wire and a

**Exhibit 1**
**Page 37**

7

8

bond pad on the LED die, and a wedge joint between the other end of the wire and the gold plated terminal on the unit board. A suitable apparatus and method for forming such a wire bond is described in U.S. Pat. No. 4,600,138. The resulting wire bonded LED die is illustrated in FIG. 16.

Transfer Mold

The batch processing of multiple units is completed in the transfer mold step 330 in which an epoxy encapsulant is molded using a known transfer molding process over the upper surface of the unit 400. The mold is of comparable length and width to the original glass fibre board and comprises an array of ellipsoidal mold cups to compliment the array of units on the board. The mold process includes a first step of clamping the mold onto the upper surface of the board such that the array of mold cups are positioned to compliment the array of units on the board. The second step is to "transfer" a molding compound into the mold cups under elevated temperature and pressure conditions. For example, the molding compound could be an MG18 epoxy, available from Dexter Hysol, USA, which is heated to approximately 155 degrees centigrade and is transferred into the mold under a pressure of 1500 kilo Pascals.

Post Mold Cure

Following the encapsulation step, the array of units undergo a post mold curing step 340 in which the units are baked in a box oven for a period of approximately 3 hours at a temperature of approximately 150 degrees centigrade. This curing step hardens the encapsulation epoxy so that it can withstand exposure to external impact and abrasion.

The cured encapsulant serves to focus light emitted from the LED die but also provides a barrier layer that prevents moisture and other materials from contacting and damaging the LED die 30. The cured encapsulated unit is shown in detail in FIG. 17. Many of the features in FIG. 2 are shown in more detail in FIG. 17 and for ease of reference the same labels have been used for equivalent features.

Sawing

Individual LED packages are produced in the final sawing step in which individual units on the board array are sawn apart. Preferably, a 0.2 millimeter dicing saw, available from Disco Abrasive Systems Inc., Mountain View, Calif., is used to separate the units. Detail views of the final surface mount LED package are shown in FIGS. 17, 18 and 19.

It is to be understood that within the scope of the appended claims the invention may be practiced otherwise than as specifically described. For example, the nickel plating on the recess which presents a silvered surface to the LED die could be replaced with silvered plating to form a silvered surface.

What is claimed is:

1. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface;

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the aperture comprises a side wall tapering outwards towards the second surface, and

wherein the platform extends over the side wall.

2. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the platform presets a reflective surface to the light emitting diode.

3. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the platform is made from thermally conductive material for conducting heat away from the light emitting diode.

4. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the platform is made of metal.

5. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the platform is made of metal and

wherein the metal platform is plated onto the substrate.

6. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening,

**Exhibit 1**
**Page 38**

US 6,949,771 B2

**9**

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the platform is made of metal,

wherein the metal platform is plated onto the substrate and

wherein the metal platform comprises layers of different metals.

**7**. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

wherein the substrate is made from an electrically and thermally insulating material.

**8**. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening, said platform being located outside of said aperture,

a light emitting diode mounted on the platform within the aperture, and

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

**10**

wherein the transperent encapsulant material is bonded to the second surface of the substrate.

**9**. A light source as claimed in claim **8**, wherein the transparent encapsulant material is molded to form a focusing dome over the light emitting diode.

**10**. A light source comprising:

a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface,

a platform covering said first opening,

a light emitting diode mounted on the platform within the aperture,

a transparent encapsulant material encapsulating the light emitting diode in the aperture,

a first electrically-conductive interconnect extending between the first and second surfaces, the first interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry, and

a second electrically-conductive interconnect extending between the first and second surfaces, the second interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry.

**11**. A light source as claimed in claim **10**, wherein the substrate defines first and second vias extending between the upper and lower surfaces, a portion of each of the first and second interconnects extending through the first and second vias respectively.

\* \* \* \* \*

Exhibit 1
Page 39

(12) **INTER PARTES REVIEW CERTIFICATE** (1683rd)

**United States Patent**

Yoganandan et al.

(10) **Number:**       US 6,949,771 K1

(45) **Certificate Issued:**       Feb. 27, 2020

(54) **LIGHT SOURCE**

(75) Inventors: **Sundar A/L Yoganandan**; **Seong Choon Lim**

(73) Assignee: **DOCUMENT SECURITY SYSTEMS, INC.**

**Trial Numbers:**

IPR2018-00265 filed Dec. 3, 2017
IPR2018-01244 filed Jun. 12, 2018

**Inter Partes Review Certificate for:**

Patent No.: **6,949,771**
Issued:       **Sep. 27, 2005**
Appl. No.: **10/128,446**
Filed:        **Apr. 23, 2002**

The results of IPR2018-00265 joined with IPR2018-01244 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**Exhibit 1**
**Page 40**

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 6,949,771 K1**
**Trial No. IPR2018-00265**
**Certificate Issued Feb. 27, 2020**

**1**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1-9** are cancelled.

\* \* \* \* \*

**2**

5

**Exhibit 1**
**Page 41**

# EXHIBIT B

**Exhibit 1**
**Page 42**

US007524087B1

## (12) United States Patent
### Aizar et al.

(10) **Patent No.:** **US 7,524,087 B1**
(45) **Date of Patent:** **Apr. 28, 2009**

(54) **OPTICAL DEVICE**

(75) Inventors: **Abdul Karim Norfidathul Aizar**, Penang (MY); **Chiau Jin Lee**, Penang (MY); **Keat Chuan Ng**, Penang (MY); **Kiam Soon Ong**, Penang (MY); **Kheng Leng Tan**, Penang (MY)

(73) Assignee: **Avago Technologies ECBU IP (Singapore) Pte. Ltd.**, Singapore (SG)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/941,406**

(22) Filed: **Nov. 16, 2007**

(51) **Int. Cl.**
**F21V 29/00** (2006.01)

(52) **U.S. Cl.** ...................... **362/267**; 362/310; 257/676; 257/684; 257/99; 257/100

(58) **Field of Classification Search** ................ 362/267, 362/310, 800; 257/678, 684, 676, 81, 82, 257/98, 99, 100
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,298,768 A * 3/1994 Okazaki et al. ............... 257/81

| | | | |
|---|---|---|---|
| 6,459,130 B1 * | 10/2002 | Arndt et al. ................. | 257/432 |
| 6,486,543 B1 * | 11/2002 | Sano et al. .................. | 257/684 |
| 6,707,069 B2 * | 3/2004 | Song et al. ..................... | 257/79 |
| 7,071,620 B2 * | 7/2006 | Devos et al. ................ | 313/512 |
| 7,282,740 B2 * | 10/2007 | Chikugawa et al. ........... | 257/79 |
| 2008/0121921 A1 * | 5/2008 | Loh et al. ..................... | 257/99 |
| 2008/0170391 A1 * | 7/2008 | Norfidathul et al. ......... | 362/227 |

* cited by examiner

*Primary Examiner*—Thomas M Sember

(57) **ABSTRACT**

An exemplary embodiment of an optical device may include a lead frame with a plurality of leads and a reflector housing formed around the lead frame. The reflector housing includes a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face. The reflector housing includes a first pocket with a pocket opening in the first end face and a second pocket with a pocket opening in the second end face. At least one LED die is mounted in the first pocket of the reflector housing, and a light transmitting encapsulant is disposed in the first pocket and encapsulating the at least one LED die.

**19 Claims, 6 Drawing Sheets**





Exhibit 1
Page 43



**FIG. 1**



**FIG. 2**

Exhibit 1
Page 44



**FIG. 3**



**FIG. 4**

Exhibit 1
Page 45



**FIG. 5**



**FIG. 6**

Exhibit 1
Page 46



*FIG. 7*

**Exhibit 1**
**Page 47**



**FIG. 8**



**FIG. 9**

**FIG. 10**

**Exhibit 1
Page 48**



**FIG. 11**

Exhibit 1
Page 49

US 7,524,087 B1

**1**

# OPTICAL DEVICE

## BACKGROUND

Large display panels such as stadium displays may consist of numerous small light emitting elements arranged in an array. A typical light emitting element consists of an LED die mounted in a plastic housing. However, many plastics used in LED housings are susceptible to moisture absorption from the environment which can cause the LED in the housing to fail.

Some displays also include a plastic plate surrounding the light emitting elements to hide printed circuit boards and other components and to improve contrast. These plastic plates may impose minimum height requirements for light emitting elements so that they are not obscured by the plastic plate. These height requirements complicate the design of plastic housings for light emitting elements, either increasing the mass which increases susceptibility to moisture, or resulting in flimsy housings that are prone to cracking or other physical failures.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of an exemplary optical device.

FIG. 2 is a bottom perspective view of an exemplary optical device.

FIG. 3 is a top view of an exemplary optical device.

FIG. 4 is a cross-sectional end view of the exemplary optical device of FIG. 3 taken along line 3-3.

FIG. 5 is a side view of the exemplary optical device of FIG. 3.

FIG. 6 is a bottom view of the exemplary optical device of FIG. 3.

FIG. 7 is an exemplary portion of a lead frame plate corresponding to a single optical device.

FIG. 8 is an exemplary lead frame plate.

FIG. 9 is an exemplary display.

FIG. 10 is a side view of an exemplary display illustrating an exemplary plate or potting material surrounding optical devices in the display.

FIG. 11 is a flowchart of an exemplary operation for forming an optical assembly.

## DESCRIPTION

The drawings and description, in general, disclose an optical device, display, and a method of forming an optical assembly. In one exemplary optical device, one or more light sources such as light emitting diodes (LEDs) are mounted in a housing and may be encapsulated if desired for protection. The optical device and assembly may be taller than previous designs to meet needs of some large displays, while minimizing the mass and the moisture absorption of a housing. Failures due to moisture absorption are thus minimized. The configuration of the housing also provides for high strength to minimize cracks or other mechanical failures.

The exemplary display may include a number of optical devices, for example, mounted in a two dimensional array on a circuit board or other mounting surface. The optical devices may be surrounded by a plastic plate that either completely or partially surrounds one or more of the optical devices in the display. Alternatively, the mounting surface with optical devices may be coated in a potting material such as silicone potting. The height of the optical devices may be tall enough to avoid obscuring light output, for example, placing the light

**2**

sources near a height of a top surface of the plastic plate, or placing the tops of the light sources high enough that a potting material leaves the tops of the light sources substantially uncovered.

Referring now to FIGS. 1 through 6, an exemplary optical device 10 will be described in more detail. In this embodiment, the optical device 10 comprises a plastic leaded chip carrier (PLCC) LED having six leads arranged along two sides of the PLCC housing. A top perspective view of the optical device 10 is shown in FIG. 1. One or more light sources such as LED dies 12, 14 and 16 are mounted in a reflector housing 20. The housing 20 has a top 22 (also referred to as a first end face) and a bottom 24 (FIG. 2) (also referred to as a second end face) with a peripheral wall 26 (also referred to as a sidewall) extending between the first end face 22 and second end face 24 and running around the sides of the housing 20. The LED dies 12, 14 and 16 are located in a first cavity 30 (also referred to as a pocket) formed in the first end face 22 of the reflector housing 20. The LED dies 12, 14 and 16 are mounted to an electrically conductive lead frame 32, to be discussed in more detail below. A second cavity 34 is formed on the second end face 24, reducing the overall mass of the housing 20 and thus reducing moisture absorption. The second cavity 34 is surrounded on four sides by the peripheral wall 26, providing rigidity and preventing cracks due to flexing.

The cavity 30 in which the LED dies 12, 14 and 16 are located may have angled walls to focus and direct light from the LED dies 12, 14 and 16 away from the first end face 22 of the optical device 10. The cavity 30 may also have a polished surface or a reflective coating placed on the walls to further reflect light incident on the walls from the LED dies 12, 14 and 16 into the desired direction away from the first end face 22 of the optical device 10.

The electrical connections for the optical device 10 are provided by the lead frame 32 which in the exemplary embodiment includes six leads 36, 40, 42, 44, 46 and 50. (Note that in FIG. 2, one lead 42 is omitted from the drawing to expose a lead receiving compartment 52 underneath the leads.) Each of the leads 36, 40, 42, 44, 46 and 50 are bent so that the exposed portion has a J shape enabling the optical device 10 to be mounted and soldered to a circuit board or other mounting surface using surface mount techniques such as reflow soldering. (Note that if the entire portion of the leads 36, 40, 42, 44, 46 and 50 is considered, including the portion extending within the housing 20 and to which the LED dies 12, 14 and 16 are connected, the leads 36, 40, 42, 44, 46 and 50 have a U shape.) The forming of the leads 36, 40, 42, 44, 46 and 50 in the lead frame 32 will be described in more detail below. In alternative embodiments, the leads 36, 40, 42, 44, 46 and 50 may be formed in other configurations as desired. For example, the number of leads may be altered to accommodate more or fewer light sources, or to combine connections as desired such as in a common cathode configuration in which each LED die 12, 14 and 16 has a cathode connected to a shared lead. The leads 36, 40, 42, 44, 46 and 50 may also be distributed around the housing 20 in other configurations as desired, such as with leads located on all four sides of a four-sided housing 20. The leads 36, 40, 42, 44, 46 and 50 may also be configured to enable other connection mechanisms, such as for through-hole connections using pins or cylindrical leads rather than surface mount connections using J shaped flat leads.

Each of the leads 36, 40, 42, 44, 46 and 50 of the exemplary embodiment is located over a cavity or lead receiving compartment (e.g., 52) formed in the exterior of the peripheral wall 26. The lead receiving compartments (e.g., 52) reduce

**Exhibit 1
Page 50**

US 7,524,087 B1

**3**

the mass of the housing **20** and limiting inward deflection of the leads **36**, **40**, **42**, **44**, **46** and **50**. In one exemplary embodiment, the combined volume of the bottom cavity **34** and lead receiving compartments is at least about 50% of the volume of the top cavity **30**. The lead receiving compartment may be J shaped to match the shape of the leads **36**, **40**, **42**, **44**, **46** and **50**, enabling the leads **36**, **40**, **42**, **44**, **46** and **50** to fit within and facilitating the bending of the leads **36**, **40**, **42**, **44**, **46** and **50** into the desired J shape. Each of the cavities (e.g., **52**) under the leads **36**, **40**, **42**, **44**, **46** and **50** is separated by ribs **54**, **56**, **60** and **62** formed in the peripheral wall **26** of the housing **20**. The ribs separate the leads **36**, **40**, **42**, **44**, **46** and **50** and prevent short circuits, increase the strength of the housing **20**, and prevent the leads **36**, **40**, **42**, **44**, **46** and **50** from twisting, particularly while the leads **36**, **40**, **42**, **44**, **46** and **50** are being bent into a J shape.

The exemplary bottom cavity **34** is surrounded on all four sides by the peripheral wall **26**, rather than just forming a slot and having the slot bounded by the peripheral wall **26** only on the two sides with leads. The fully bounded cavity **34** is stronger than a slot and prevents cracking during bending of the leads to form the J shape. The fully bounded cavity **34** also forms a stable platform for the optical device **10** so that it is less likely to tip over during the assembly and mounting process.

The cavity **30** formed in the first end face **22** of the reflector housing **20** may be filled with an encapsulant **64** (see FIG. 4) to cover and protect the LED dies **12**, **14** and **16** if desired. For example, a substantially transparent silicone material may be used as an encapsulant **64**. Any material that can be held within the cavity **30** and that substantially transmits light through itself may be used as the encapsulant **64**, and particularly materials that adhere uniformly within the cavity **30** and prevent moisture from reaching the LED dies **12**, **14** and **16**.

The type, color and number of light sources placed within the cavity **30** of the reflector housing **20** in the optical device **10** may be varied as desired. In one exemplary embodiment, a substantially white optical device **10** may be formed by including a red, a green and a blue LED die (e.g., **12**, **14** and **16**) that visually combine to form a white overall output from each individual light source. Alternatively, an overall white light may be formed in a display using multiple optical devices that do not individually produce white light. For example, an optical device having one or more red light sources may be combined with a second optical device having one or more green light sources and a third optical device having one or more blue light sources. Each optical device **20** may include a single light source, two light sources, or three light sources, etc. as desired. The placement of the light sources within the cavity **30** of the reflector housing **20** in the optical device **10** may also be varied as desired. For example, FIG. 1 illustrates an exemplary embodiment in which three LED dies **12**, **14** and **16** are substantially aligned in a straight line. In an alternative embodiment, the light sources may be placed in other configurations as desired to meet various needs, such as increasing the perceived uniformity of an overall white light. For example, the LED dies **12**, **14** and **16** may be placed in a triangle. Multiple optical devices having different configurations of light sources may also be variously arranged and combined together to increase the perceived uniformity of an overall light of a given color such as white.

The LED dies **12**, **14** and **16** or other light sources may be physically attached within the cavity **30** of the reflector housing **20** in the optical device **10** to the lead frame **32**, the reflector housing **20** itself, or to another structure that holds the light sources in the desired location. The LED dies **12**, **14** and **16** may be physically attached using an adhesive, a solder

**4**

joint, or a combination of these or other connection techniques. For example, the LED dies **12**, **14** and **16** may also be held in place either partially or fully by the encapsulant **64**. The LED dies **12**, **14** and **16** may be electrically connected to the lead frame **32** either by one, two or more wire bonds between each LED die and an appropriate lead in the lead frame **32**, or by a solder connection between a pad such as a PN junction on the LED die and a lead in the lead frame **32**, or by a combination of these or other electrical connection techniques.

Dimensions of an exemplary embodiment illustrated in FIGS. 3-6 are contained in Table 1 below. The exemplary dimensions may lie within acceptable ranges or tolerances, may be scaled or adapted as desired and are not to be viewed as limiting. The dimensions contained in Table 1 are in millimeters unless otherwise indicated.

TABLE 1

| | |
|---|---|
| 70 | 4.4 |
| 72 | 1.8 |
| 74 | 3.7 |
| 76 | 0.79 |
| 78 | 0.83 |
| 80 | 4 |
| 82 | 4.4 |
| 84 | 3.4 |
| 86 | 3.08 |
| 88 | 2.29 |
| 90 | 42° |
| 91 | 0.2 |
| 92 | 1.35 |
| 94 | 2.16 |
| 96 | 0.9 |
| 98 | 2.4 |
| 100 | 2.07 |
| 102 | 1.85 |
| 104 | 0.3 |
| 106 | 1.45 |
| 108 | 0.1 |
| 110 | 0.65 |
| 112 | 0.8 |
| 114 | 0.3 |
| 116 | 0.7 |

Referring now to FIGS. **7** and **8**, the exemplary formation of leads in an optical device **10** will be described. A lead frame **32** for a single optical device **10** may be formed in a lead frame plate **120**, simplifying the creation of lead frames for multiple optical devices. The use of a lead frame **32** and lead frame plate **120** holds the individual leads in place while the reflective housing **20** is formed around the leads by molding or other suitable processes. The exemplary lead frame **32** with six leads **122**, **124**, **126**, **130**, **132** and **134** is illustrated in FIG. **7**. The shape and length of each lead **122**, **124**, **126**, **130**, **132** and **134** may be configured as desired based on the placement of the LED dies **12**, **14** and **16**. Dimples or roughened areas **136**, **138** and **140** may be stamped or otherwise formed in the leads (e.g., **122**, **126** and **132**) to facilitate mounting and soldering the LED dies **12**, **14** and **16**. Holes (e.g., **142**) may also be formed in the leads **122**, **124**, **126**, **130**, **132** and **134** if desired so that the plastic material in the reflective housing **20** can pass through and fill the holes (e.g., **142**) during the molding process to hold the leads **122**, **124**, **126**, **130**, **132** and **134** in place within the optical device **10**.

The leads **122**, **124**, **126**, **130**, **132** and **134** are formed in the lead frame **32** by stamping or cutting an opening **144** in the lead frame plate **120**, leaving the leads **122**, **124**, **126**, **130**, **132** and **134** defined by the opening **144**. The leads **122**, **124**, **126**, **130**, **132** and **134** are still held in place by the lead frame plate **120** so that the reflective housings (e.g., **20**) can be

**Exhibit 1 Page 51**

5

molded over the leads on the lead frame plate **120**. Thus, multiple reflective housings (e.g., **20**) may be formed on a single lead frame plate **120**. The leads **122, 124, 126, 130, 132** and **134** can then later be cut away from the lead frame plate **120**, freeing each optical device (e.g., **10**) from the lead frame plate **120** and separating each lead (e.g., **122**) from the others (e.g., **124-134**). One reflective housing **20** with LED dies is shown on the lead frame plate **120** of FIG. **8** to illustrate the placement of reflective housings on the lead frame plate **120**. However, during actual fabrication, multiple reflective housings may be formed simultaneously or otherwise on the lead frame plate **120** by injection molding or other suitable processes. LED dies (e.g., **12, 14** and **16**) or other light sources may be attached in the reflective housings (e.g., **20**) either while the lead frames (e.g., **32**) remain connected to the lead frame plate **120** or after they have been cut away.

Dimensions of an exemplary embodiment of a lead frame **32** illustrated in FIG. **7** are contained in Table 2 below. Again, the exemplary dimensions may lie within acceptable ranges or tolerances, may be scaled or adapted as desired and are not to be viewed as limiting. The dimensions contained in Table 2 are in millimeters unless otherwise indicated.

TABLE 2

| | |
|---|---|
| 164 | 0.8 |
| 166 | 0.65 |
| 196 | 10.2 |

An exemplary display **200** including an array of optical devices (e.g., **10**) is illustrated in FIG. **9**. For example, large stadium displays may be formed by a two dimensional array of optical devices (e.g., **10**) as described above. Any spaces between the optical devices (e.g., **10**) may filled by a plate or potting material **202** or other suitable materials. For example, the optical devices (e.g., **10**) may be at least partially surrounded and separated by a plate **202** made of any suitable material such as plastic or metal. The plate **202** may have a dark or black coating if desired to increase the black level and apparent contrast of the display **200**. Alternatively, a potting material **202** may be used to fill the spaces between the optical devices (e.g., **10**), for example, a silicone potting material. As with the plate, the silicone potting material may have a dark or black coating if desired to increase the black level and apparent contrast of the display **200**. The plate or potting material **202** may be used to fill spaces left by the manufacturing process in which the optical devices (e.g., **10**) are connected to a mounting surface such as a circuit board, and may also act to protect the mounting surface and optical devices (e.g., **10**) from moisture or other environmental hazards. A side view of an exemplary display **200** is shown in FIG. **10**, in which optical devices (e.g., **10**) are mounted to a circuit board or other mounting surface **204** and surrounded by a plate or potting material **202**.

An exemplary method of forming an optical assembly is summarized in the flow chart of FIG. **11**. A lead frame plate is formed **250** by cutting or stamping the shape into a copper sheet or other suitable material. The lead frame plate may be coated **252** with another conductive material such as silver if desired to enhance conductivity though connections to the leads. One or more plastic housings may be formed **254** on the lead frame plate, such as by injection molding. The plastic housings may be formed using any suitable material, such as polyphthalamide. The leads are cut **256** from the lead frame plate and bent into a J shape or otherwise formed into any desired shape. Light sources such as LED dies are attached **260** to each lead frame, and wires are bonded **262** as needed

6

to the LED dies to electrically connect the LED dies to the lead frame. The LED dies may be encapsulated **264** in the housing cavities, such as with a substantially transparent silicone material, and the encapsulant may be cured **266** if needed. The optical devices **10** may be electrically tested **270**, taping **272** and any other finishing steps may be performed, and the optical devices **10** may be dried **274** for packing.

The optical device, display, and a method of forming an optical assembly described herein provides a reliable source of light while reducing the mass of the housing and the susceptibility to moisture absorption. The optical device housing may be made relatively tall if desired to meet the design specifications for a display, thus avoiding obscuring the light sources by plates or potting materials used to surround the optical devices in the display.

While illustrative embodiments have been described in detail herein, it is to be understood that the concepts disclosed herein may be otherwise variously embodied and employed, and that the appended claims are intended to be construed to include such variations, except as limited by the prior art.

What is claimed is:

**1**. An optical device comprising:

a lead frame with a plurality of leads;

a reflector housing formed around the lead frame, the reflector housing having a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face, the reflector housing having a first pocket with a pocket opening in the first end face and a second pocket with a pocket opening in the second end face;

at least one LED die mounted in the first pocket of the reflector housing;

a light transmitting encapsulant disposed in the first pocket and encapsulating the at least one LED die; and

wherein a plurality of lead receiving compartments are formed in the peripheral sidewall of the reflector housing.

**2**. The optical device of claim **1**, wherein the combined volume of the second pocket and the lead receiving compartments is at least 50% of the volume of the first pocket.

**3**. The optical device of claim **2**, said plurality of leads being J-shaped.

**4**. The optical device of claim **2**, said plurality of leads comprising six leads in two rows.

**5**. The optical device of claim **2**, said plurality of lead receiving compartments being J-shaped.

**6**. The optical device of claim **1**, wherein the plurality of lead receiving compartments define a plurality of ribs disposed between the plurality of lead receiving compartments.

**7**. The optical device of claim **1**, said at least one LED die comprising three LED dies.

**8**. The optical device of claim **7**, said three LED dies comprising at least two colors.

**9**. A display comprising a plurality of plastic leaded chip carrier LEDs, the plastic leaded chip carrier LEDs each comprising:

a lead frame with a plurality of leads;

a reflector housing formed around the lead frame, the reflector housing having a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face, the reflector housing having a cavity in the first end face, said peripheral sidewall having a plurality of lead receiving compartments formed therein;

at least one LED die mounted in the cavity of the reflector housing; and

**Exhibit 1
Page 52**

US 7,524,087 B1

7

a light transmitting encapsulant disposed in the cavity and encapsulating the at least one LED die.

**10**. The display of claim **9**, said reflector housing further comprising a second cavity in the second end face.

**11**. The display of claim **10**, wherein the plurality of lead receiving compartments define a plurality of ribs disposed between the plurality of lead receiving compartments.

**12**. The display of claim **11**, said plurality of leads being J-shaped.

**13**. The display of claim **9**, wherein said lead receiving compartments limit inward deflection of said plurality of leads.

**14**. The display of claim **9**, wherein said display comprises a stadium display.

**15**. An illumination system, comprising:

a reflector housing molded on a lead frame having a plurality of electrically conductive leads, the reflector housing having a first cavity and a second cavity on opposite sides of the reflector housing;

at least one LED die mounted in said first cavity and electrically connected to said plurality of electrically conductive leads; and

8

said reflector housing further having a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face, the reflector housing having a cavity in the first end face, said peripheral sidewall having a plurality of lead receiving compartments formed therein.

**16**. The illumination system of claim **15**, wherein said plurality of electrically conductive leads have a J-shape.

**17**. The illumination system of claim **15**, further comprising an encapsulant filling said first cavity around said at least one LED die.

**18**. The illumination system of claim **15**, further comprising a plurality of other reflector housings each having at least one LED die mounted, said reflector housing and said plurality of other reflector housings arranged in an array in a display.

**19**. The illumination system of claim **18**, said display comprising a stadium display.

*     *     *     *     *

Exhibit 1
Page 53

**Disclaimer**

**7,524,087 B1 -** Abdul Karim Norfidathul Aizar, Penang (MY); Chiau Jin Lee, Penang (MY); Keat Chuan Ng, Penang (MY); Kiam Soon Ong, Penang (MY); Kheng Leng Tan, Penang (MY).  OPTICAL DEVICE. Patent date April 28, 2009. Disclaimer filed June 23, 2022, by the assignee, Document Security Systems, Inc.

I hereby disclaim the following complete claims 16-19 of said patent.

*(Official Gazette February 21, 2023)*

**Exhibit 1**
**Page 54**

## Disclaimer

**7,524,087 B1 -** Abdule Karim Norfidathul Aizar; Chiau Jin Lee; Keat Chuan Ng; Siam Soon Ong; Kheng Leng Tan, All of Penang (MY). OPTICAL DEVICE. Patent dated April 28 2009. Disclaimer filed June 23, 2022, by the assignee, Document Security Systems, Inc.

I hereby disclaim the following complete claims 16-19 of said patent.

*(Official Gazette, March 14, 2023)*

**Exhibit 1 Page 55**

(12) **INTER PARTES REVIEW CERTIFICATE** (2768th)

**United States Patent**
Aizar et al.

(10) Number:   **US 7,524,087 K1**
(45) Certificate Issued:   **Aug. 3, 2022**

(54) **OPTICAL DEVICE**

(75) Inventors: **Abdul Karim Norfidathul Aizar;
Chiau Jin Lee; Keat Chuan Ng;
Kiam Soon Ong; Kheng Leng Tan**

(73) Assignee: **DOCUMENT SECURITY
SYSTEMS, INC.**

**Trial Number:**

IPR2018-00522 filed Jan. 25, 2018

**Inter Partes Review Certificate for:**

Patent No.:   **7,524,087**
Issued:   **Apr. 28, 2009**
Appl. No.:   **11/941,406**
Filed:   **Nov. 16, 2007**

The results of IPR2018-00522 are reflected in this inter
partes review certificate under 35 U.S.C. 318(b).

**Exhibit 1
Page 56**

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 7,524,087 K1**
**Trial No. IPR2018-00522**
**Certificate Issued Aug. 3, 2022**

**1**

**2**

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **6-8**, **15** and **17** are cancelled.

\* \* \* \* \*

**Exhibit 1**
**Page 57**

(12) **INTER PARTES REVIEW CERTIFICATE** (3042nd)

# United States Patent

Aizar et al.

(10) **Number:**       US 7,524,087 K2

(45) **Certificate Issued:**      Mar. 20, 2023

(54) **OPTICAL DEVICE**

(75) Inventors: **Abdul Karim Norfidathul Aizar;**
**Chiau Jin Lee; Keat Chuan Ng;**
**Kiam Soon Ong; Kheng Leng Tan**

(73) Assignee: **DOCUMENT SECURITY**
**SYSTEMS, INC.**

**Trial Number:**

IPR2018-01165 filed May 25, 2018

**Inter Partes Review Certificate for:**

Patent No.:   **7,524,087**
Issued:        **Apr. 28, 2009**
Appl. No.:    **11/941,406**
Filed:          **Nov. 16, 2007**

The results of IPR2018-01165 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

Exhibit 1
Page 58

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 7,524,087 K2**
**Trial No. IPR2018-01165**
**Certificate Issued Mar. 20, 2023**

**1**                                                     **2**

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claims **2-5** and **9-14** are found patentable.

Claims **16-19** are disclaimed.

\*   \*   \*   \*   \*

**Exhibit 1**
**Page 59**

# EXHIBIT C

**Exhibit 1**
**Page 60**

US007256486B2

(12) **United States Patent**　　　　(10) **Patent No.:　US 7,256,486 B2**
Lee et al.　　　　　　　　　　　　　(45) **Date of Patent:　　Aug. 14, 2007**

(54) **PACKAGING DEVICE FOR SEMICONDUCTOR DIE, SEMICONDUCTOR DEVICE INCORPORATING SAME AND METHOD OF MAKING SAME**

(75) Inventors: **Kong Weng Lee**, Penang (MY); **Kee Yean Ng**, Penang (MY); **Yew Cheong Kuan**, Penang (MY); **Gin Ghee Tan**, Penang (MY); **Cheng Why Tan**, Penang (MY)

(73) Assignee: **Avago Technologies ECBU IP (Singapore) Pte. Ltd.**, Singapore (SG)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/608,605**

(22) Filed: **Jun. 27, 2003**

(65) **Prior Publication Data**

US 2004/0262738 A1　　Dec. 30, 2004

(51) **Int. Cl.**
*H01L 29/22*　　　(2006.01)

(52) **U.S. Cl.** ....................... **257/690**; 257/784; 257/690,
(58) **Field of Classification Search** ............... 257/690,
257/784, 700, 689, 774, 783, 99, 100; 361/707,
361/718, 719, 706, 717, 720
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,907,925 | A | | 10/1959 | Parsons |
| 5,006,673 | A | | 4/1991 | Freyman et al. |
| 5,177,593 | A | * | 1/1993 | Abe ............................. 257/98 |
| 5,298,687 | A | | 3/1994 | Rapoport et al. |
| 5,440,075 | A | | 8/1995 | Kawakita et al. |
| 5,640,048 | A | * | 6/1997 | Selna .......................... 257/738 |
| 5,670,797 | A | | 9/1997 | Okazaki |
| 5,986,885 | A | * | 11/1999 | Wyland ....................... 361/704 |
| 6,084,295 | A | * | 7/2000 | Horiuchi et al. ............ 257/690 |

| | | | | |
|---|---|---|---|---|
| 6,191,477 | B1 | * | 2/2001 | Hashemi ...................... 257/706 |
| 6,268,654 | B1 | * | 7/2001 | Glenn et al. ................. 257/704 |
| 6,362,525 | B1 | | 3/2002 | Rahim |
| 6,383,835 | B1 | | 5/2002 | Hata et al. |
| 6,620,720 | B1 | * | 9/2003 | Moyer et al. ............... 438/612 |
| 6,707,247 | B2 | | 3/2004 | Murano |
| 6,828,510 | B1 | | 12/2004 | Asai et al. |
| 7,098,593 | B2 | * | 8/2006 | Teng ........................... 313/581 |
| 2002/0139990 | A1 | * | 10/2002 | Suehiro et al. ............... 257/99 |

(Continued)

OTHER PUBLICATIONS

Syd R. Wilson, Clarence J. Tracy, and John L. Freeman, Jr., "Handbook of Multilevel Metallization for Integrated Circuits," N oyes Publ., Westwood, New Jersey (1993), pp. 868-872.*

(Continued)

*Primary Examiner*—Sara Crane

(57) **ABSTRACT**

The packaging device includes a substrate, a mounting pad, a connecting pad and an interconnecting element. The substrate is substantially planar and has opposed major surfaces. The mounting pad is conductive and is located on one of the major surfaces. The connecting pad is conductive and is located on the other of the major surfaces. The conductive interconnecting element extends through the substrate and electrically interconnects the mounting pad and the connecting pad. The packaging device has a volume that is only a few times that of the semiconductor die and can be fabricated from materials that can withstand high-temperature die attach processes. The packaging device can be configured as the only packaging device used in the semiconductor device or as a submount for a semiconductor die that requires a high-temperature die attach process.

**6 Claims, 8 Drawing Sheets**



Exhibit 1
Page 61

**US 7,256,486 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0179335 A1 | 12/2002 | Curcio et al. |
| 2003/0017645 A1 | 1/2003 | Kabayashi et al. |
| 2003/0020126 A1 | 1/2003 | Sakamoto et al. |
| 2003/0040138 A1 | 2/2003 | Kobayashi et al. |
| 2003/0168256 A1 | 9/2003 | Chien |

## OTHER PUBLICATIONS

Electronic Packaging and Production, "Innovative PCB Reinforcement," (Feb. 1997), p. 1.*

Johannes Adam, "New Correlations Between Electrical Current and Temperature Rise in PCB Traces," Proc. 20th IEEE Semi-Therm Symp., (Mar. 2004), pp. 1-8.*

* cited by examiner

**Exhibit 1
Page 62**

U.S. Patent          Aug. 14, 2007          Sheet 1 of 8          US 7,256,486 B2



FIG.1A



FIG.2A

Exhibit 1
Page 63



FIG.1B



FIG.1C



FIG.1D



FIG.1F                    FIG.1E

Exhibit 1
Page 64



FIG.2B

FIG.2C

FIG.2D

FIG.2F

FIG.2E

Exhibit 1
Page 65



FIG.3A



FIG.4A

Exhibit 1
Page 66



**FIG.3B**



**FIG.3C**



**FIG.3D**



**FIG.3F**

**FIG.3E**

Exhibit 1
Page 67



FIG.4B



FIG.4C



FIG.4D



FIG.4F

FIG.4E

Exhibit 1
Page 68



FIG.5A



FIG.5B



FIG.5C



FIG.5D

Exhibit 1
Page 69



**FIG.6A**



**FIG.6B**



**FIG.6C**



**FIG.6D**

Exhibit 1
Page 70

US 7,256,486 B2

1

## PACKAGING DEVICE FOR SEMICONDUCTOR DIE, SEMICONDUCTOR DEVICE INCORPORATING SAME AND METHOD OF MAKING SAME

### RELATED APPLICATION

This application is related to a simultaneously-filed U.S. patent application Ser. No. 10/608,606 entitled Method for Fabricating a Packaging Device for Semiconductor Die and Semiconductor Device Incorporating Same of inventors Kong Weng Lee, Kee Yean Ng, Yew Cheong Kuan, Cheng Why Tan and Gin Ghee Tan.

### BACKGROUND OF THE INVENTION

Many types of conventional semiconductor device are composed of a semiconductor die mounted in a packaging device. One type of packaging device widely used in the industry includes a metal lead frame. A metallization layer of aluminum located on the bottom surface of the semiconductor die is bonded to a conductive surface that forms part of the lead frame to attach and electrically connect the die to the lead frame. Additionally, electrical connections are made between bonding pads on the top surface of the die and other leads of the lead frame to provide additional electrical connections to the die. The lead frame and semiconductor die are then encapsulated to complete the semiconductor device. The packaging device protects the semiconductor die and provides electrical and mechanical connections to the the die that are compatible with conventional printed circuit board assembly processes.

In such conventional semiconductor devices, the bottom surface of the die is typically bonded to the conductive surface of the lead frame using a silver epoxy adhesive that cures at a relatively low temperature, typically about 120° C. The curing temperature of the silver epoxy adhesive is compatible with the other materials of the packaging device.

The volume of the packaging device used in such conventional semiconductor devices, i.e., the lead frame and the encapsulant, is typically many times that the semiconductor die. This makes such conventional semiconductor devices unsuitable for use in applications in which a high packing density is required. A high packing density allows miniaturization and other benefits. Therefore, what is needed is a semiconductor packaging device that is comparable in volume with the semiconductor die and that is compatible with conventional printed circuit board assembly processes.

Recently, semiconductor die having a substrate surface metallization layer of a gold-tin alloy (80% Au:20% Sn approximately) have been introduced in light-emitting devices. Such semiconductor die typically have a substrate of sapphire, silicon carbide or a Group III–V semiconductor material, such as gallium arsenide. Semiconductor devices having substrates of the first two substrate materials have layers of Group III–V semiconductor materials, such as gallium nitride, deposited on their substrates. The die attach process for such semiconductor die uses a gold-tin eutectic, which has a melting point of about 280° C. Temperatures as high as about 350° C. can be encountered in the die attach process for such die. Such high temperatures are incompatible with the materials of many conventional packaging devices. Thus, what is also needed is a packaging device for semiconductor die that use a high-temperature die attach process.

Many printed circuit assembly processes and assembly equipment require the use of standard semiconductor device

2

packages. Modifying such processes to use a new semiconductor device package can be expensive and can interrupt production. Therefore, what is additionally needed is a way to mount a semiconductor die that requires a high-temperature die attach process in a conventional packaging device.

### SUMMARY OF THE INVENTION

The invention provides a packaging device for a semiconductor die. The packaging device includes a substrate, a mounting pad, a connecting pad and an interconnecting element. The substrate is substantially planar and has opposed major surfaces. The mounting pad is conductive and is located on one of the major surfaces. The connecting pad is conductive and is located on the other of the major surfaces. The conductive interconnecting element extends through the substrate and electrically interconnects the mounting pad and the connecting pad.

The packaging device has a volume that is only a few times that of the semiconductor die and can be fabricated from materials that can withstand a high-temperature die attach process. The packaging device can be configured as the only packaging device of the semiconductor device. The packaging device can alternatively be configured as a submount for a semiconductor die that requires a high-temperature die attach process. The submount with attached semiconductor die can be handled as a conventional, albeit slightly larger, semiconductor die that is then mounted in a conventional packaging device, such as a lead frame based packaging device, using a conventional semiconductor device assembly process, including conventional temperatures.

The invention also provides a semiconductor device that includes a substrate, a mounting pad, a connecting pad, an interconnecting element and a semiconductor die. The substrate is substantially planar and has opposed major surfaces. The mounting pad is conductive and is located on one of the major surfaces. The connecting pad is conductive and is located on the other of the major surfaces. The conductive interconnecting element extends through the substrate and electrically interconnects the mounting pad and the connecting pad. The semiconductor die is affixed to the mounting pad.

The semiconductor device as just described can be mounted in a conventional packaging device as described above. Alternatively, the semiconductor device may additionally include a bonding pad, an additional connecting pad, an additional interconnecting element and a bonding wire. The bonding pad is conductive and is located on the one of the major surfaces. The additional connecting pad is conductive and is located on the other of the major surfaces. The additional interconnecting element is conductive and extends through the substrate and electrically interconnects the bonding pad and the additional connecting pad. The bonding wire extends between the semiconductor die and the bonding pad. Such a semiconductor device constitutes a stand-alone semiconductor device that has a low profile and that can be used in high packing density applications. The semiconductor device may additionally include an encapsulant that encapsulates the semiconductor die and at least a portion of the major surface of the substrate on which the mounting pad is located.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A, 1B, 1C, 1D, 1E and 1F are respectively an isometric view, a side view, a front view, a top view, a

**Exhibit 1
Page 71**

US 7,256,486 B2

**3**

bottom view and a cross-sectional view of a first embodiment of a packaging device in accordance with the invention. The cross-sectional view of FIG. 1F is along the section line 1F—1F in FIG. 1D.

FIGS. 2A, 2B, 2C, 2D, 2E and 2F are respectively an isometric view, a side view, a front view, a top view, a bottom view and a cross-sectional view of a first embodiment of a semiconductor device in accordance with the invention. The cross-sectional view of FIG. 2F is along the section line 2F—2F in FIG. 2D.

FIGS. 3A, 3B, 3C, 3D, 3E and 3F are respectively an isometric view, a side view, a front view, a top view, a bottom view and a cross-sectional view of a second embodiment of a packaging device in accordance with the invention. The cross-sectional view of FIG. 3F is along the section line 3F—3F in FIG. 3D.

FIGS. 4A, 4B, 4C, 4D, 4E and 4F are respectively an isometric view, a side view, a front view, a top view, a bottom view and a cross-sectional view of a second embodiment of a semiconductor device in accordance with the invention. The cross-sectional view of FIG. 4F is along the section line 4F—4F in FIG. 4D.

FIGS. 5A–5C are side views illustrating a method in accordance with the invention for fabricating a packaging device for a semiconductor die.

FIG. 5D is a side view illustrating an optional additional process that may be included in the method illustrated in FIGS. 5A–5C.

FIGS. 6A–6D are side views illustrating a method in accordance with the invention for fabricating a semiconductor device.

### DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1A–1F are schematic diagrams illustrating a first exemplary embodiment 100 of a packaging device for a semiconductor die in accordance with the invention. Packaging device 100 is composed of a substrate 110, interconnecting elements 120 and 122, a mounting pad 130, a bonding pad 132 and connecting pads 140 and 142 (FIG. 1E).

Substrate 110 is substantially planar, has opposed major surfaces 112 and 114 and defines through holes 116 and 118 that extend through the substrate between major surfaces 112 and 114. Interconnecting element 120 is electrically conductive and is located in through hole 116. Interconnecting element 122 is electrically conductive and is located in through hole 118. Mounting pad 130 and bonding pad 132 are electrically conductive, are separate from one another and are located on the portions of the major surface 112 of substrate 110 in which through holes 116 and 118 are respectively located. Connecting pads 140 and 142 are electrically conductive, are separate from one another and are located on the portions of the major surface 114 of substrate 110 in which through holes 116 and 118 are respectively located.

Mounting pad 130 and connecting pad 140 are electrically connected to opposite ends of interconnecting element 120. Thus, interconnecting element 120 extending through substrate 110 in through hole 116 electrically connects mounting pad 130 to connecting pad 140. Bonding pad 132 and connecting pad 142 are electrically connected to opposite ends of interconnecting element 122. Thus, interconnecting element 122 extending through substrate 110 in through hole 118 electrically connects bonding pad 132 to connecting pad 142.

**4**

The material of substrate 110 is a thermally-conductive ceramic such as alumina or beryllia. In an embodiment, the material of the substrate was Kyocera® Type A440 ceramic sold by Kyocera Corp., of Kyoto, Japan. Typical dimensions of the substrate are in the range from about 0.5 mm square to about 2 mm square. Rectangular configurations are also possible. Alternative substrate materials include semiconductors, such as silicon, and epoxy laminates, such as those used in printed-circuit boards. Other materials that have a high thermal conductivity and a low electrical conductivity can be used instead of those exemplified above. The coefficient of thermal expansion of the substrate material relative to that of the semiconductor die to be mounted on packaging device 100 should also be considered in choosing the substrate material.

As will be described in more detail below, substrate 110 is part of a wafer (not shown) from which typically several hundred packaging devices 100 are fabricated by batch processing. After fabrication of the packaging devices, the wafer is singulated into individual packaging devices. Alternatively, the packaging devices may be left in wafer form after fabrication. In this case, singulation is not performed until after at least a die attach process has been performed to attach a semiconductor die to each mounting pad 130 on the wafer. In some embodiments, wafer-scale wire bonding, encapsulation and testing are also performed prior to singulation. Full electrical testing, including light output testing, may be performed on the wafer.

The material of interconnecting elements 120, 122 is metal or another electrically-conductive material. In an embodiment, the material of the interconnecting elements is tungsten, but any electrically-conductive material capable of forming a low-resistance electrical connection with the pads, i.e., mounting pad 130, bonding pad 132 and connecting pads 140, 142, and capable of withstanding the temperature of the die-attach process may be used. As noted above, packaging device 100 may be subject to a temperature as high as about 350° C. when a gold-tin eutectic is used to attach a semiconductor die to the mounting pad 130 of the packaging device. Interconnecting elements 120, 122 may be located relative to mounting pad 130 and bonding pad 132, respectively, elsewhere than the centers shown. Moreover, more than one interconnecting element may be located within either or both of the mounting pad and the bonding pad.

The material of pads 130, 132, 140, 142 is metal or another electrically-conductive material. Important considerations in selecting the material of the pads are adhesion to substrate 110, an ability to form a durable, low-resistance electrical connection with interconnecting elements 120 and 122 and an ability to withstand the temperature of the die attach process. In an embodiment, the structure of the pads is a seed layer of tungsten covered with layer of nickel about 1.2 μm to about 8.9 μm thick that is in turn covered with a layer of gold about 0.75 μm thick. Other metals, alloys, conductive materials and multi-layer structures of such materials can be used.

Packaging device 100 is used to package a semiconductor die. A semiconductor device in which a semiconductor die is packaged using packaging device 100 described above will be described next.

FIGS. 2A–2F are schematic diagrams illustrating an exemplary embodiment 200 of a semiconductor device in accordance with the invention. Semiconductor device 200 incorporates packaging device 100 in accordance with the invention. Elements of semiconductor device 200 that correspond to elements of packaging device 100 described

**Exhibit 1
Page 72**

US 7,256,486 B2

5

above with reference to FIGS. 1A–1F are indicated using the same reference numerals and will not be described again in detail.

Semiconductor device **200** is composed of packaging device **100** described above with reference to FIGS. 1A–1F, a semiconductor die **250**, encapsulant **252** and a bonding wire **254**. In the example shown, semiconductor die **250** embodies a light-emitting diode and has anode and cathode electrodes (not shown) covering at least parts of its opposed major surfaces. Semiconductor die **250** is mounted on packaging device **100** with the metallization on its bottom major surface attached to mounting pad **130**. Encapsulant **252** covers the semiconductor die and the part of the major surface **112** of substrate **100** where mounting pad **130** and bonding pad **132** are located. Bonding wire **254** extends between a bonding pad located on the top major surface of semiconductor die **250** and bonding pad **132**.

The bonding pad on the top major surface of semiconductor die **250** is typically part of or connected to the anode electrode of the light-emitting diode. The metallization on the bottom major surface of semiconductor die **250** typically constitutes the cathode electrode of the light-emitting diode. Thus, the anode electrode of semiconductor die **250** is electrically connected to connecting pad **142** by bonding wire **254**, bonding pad **132** and interconnecting element **122**, and the cathode electrode of semiconductor die **250** is electrically connected to connecting pad **140** by mounting pad **130** and interconnecting element **120**.

Encapsulant **252** has a thickness greater than the maximum height of bonding wire **254** above major surface **112**. In the example shown, the encapsulant is transparent to enable semiconductor device **200** to emit the light generated by semiconductor die **250**.

Semiconductor die **250** is composed of one or more layers (not shown) of any semiconductor material composed of elements from Groups II, III, IV, V and VI of the periodic table in binary, ternary, quaternary or other form. Semiconductor die **250** may additionally include a non-semiconductor substrate material, such as sapphire, metal electrode materials and dielectric insulating materials, as is known in the art.

In an embodiment of the above-described example in which semiconductor die **250** embodies a light-emitting diode, semiconductor die **250** is composed of a substrate of silicon carbide that supports one or more layers of (indium) gallium nitride. Such a light-emitting diode generates light in a wavelength range extending from ultra-violet to green. The bottom major surface (not shown) of the substrate remote from the layers of (indium) gallium nitride is coated with a metallization layer of a gold-tin alloy. A gold-tin eutectic attaches the semiconductor die to mounting pad **130**, as described above, to provide a mechanical and electrical connection between the semiconductor die and the mounting pad.

The material of bonding wire **254** is gold. A process known in the art as low-loop wire bonding is used to connect the bonding wire between the anode electrode of semiconductor die **250** and bonding pad **132**. Using low-loop wire bonding minimizes the maximum height of the bonding wire above substrate **110**, and, therefore, reduces the overall height of semiconductor device **200**. Other processes for providing an electrical connection between a bonding pad on a semiconductor die and a bonding pad on a packaging device are known in the art and may be used instead, especially in applications in which device height is a less important consideration.

6

The material of encapsulant **252** is clear epoxy. Alternative encapsulant materials include silicone. Embodiments of semiconductor device **200** that neither emit nor detect light can use an opaque encapsulant.

In the example of semiconductor device **200** described above, semiconductor die **250** is embodied as a light-emitting diode. Semiconductor die **250** may alternatively embody another type of diode without modification to packaging device **100**. Versions of packaging device **100** may be used to package semiconductor die other than those that embody such electrical components as diodes that have only two electrodes. Versions of packaging device **100** may be used to package semiconductor die that embody such electronic circuit elements as transistors and integrated circuits that have more than two electrodes. Such versions of packaging device **100** have a number of bonding pads, interconnecting elements and connecting pads corresponding to the number of bonding pads located on the top major surface of the semiconductor die. For example, a version of packaging device **100** for packaging a semiconductor die that embodies a transistor having collector, base and emitter electrodes, and in which the substrate metallization provides the collector electrode, has two bonding pads, two interconnecting elements and two connecting pads. Wire bonds connect the emitter bonding pad on the semiconductor die to one of the bonding pads on the packaging device and the base bonding pad on the semiconductor die to the other of the bonding pads on the packaging device.

The connecting pads, e.g., connecting pads **140** and **142**, of embodiments of packaging device **100** having multiple connecting pads may be arranged to conform with an industry standard pad layout to facilitate printed circuit layout. In such embodiments, the interconnecting elements may be offset from the centers of the respective mounting pads, bonding pads and connecting pads to allow the connecting pad layout to conform with such a standard pad layout. In some embodiments, one or more of the mounting pad, bonding pads and connecting pads may have a shape that differs from the regular shapes illustrated. Some irregular shapes include two main regions electrically connected by a narrow track. For example, an irregularly-shaped bonding pad includes a region to which the bonding wire is attached, a region connected to the interconnecting element and a narrow track interconnecting the two regions.

Some versions of packaging device may accommodate two or more semiconductor die. In such versions, mounting pad **130** is sized large enough to accommodate the two or more semiconductor die. Additionally, such versions include sufficient bonding pads, interconnecting elements and connecting pads to make the required number of electrical connections to the semiconductor die. Alternatively, the packaging device may include two or more mounting pads. The mounting pads may be electrically connected to one another and thence to a common interconnecting element and connecting pad. Alternatively, each mounting pad may be electrically connected to a corresponding connecting pad by a respective interconnecting element.

Semiconductor device **200** is used by mounting it on a printed circuit board or other substrate using conventional surface-mount techniques or other techniques known in the art. Semiconductor device **200** is placed on a surface of the printed circuit board with connecting pads **140** and **142** aligned with respective pads on the printed circuit board. The printed circuit board is then passed across a solder wave to form a solder joint between connecting pads **140** and **142** and the respective pads on the printed circuit board. Alternatively, semiconductor device **200** may be affixed to a

**Exhibit 1
Page 73**

US 7,256,486 B2

7

printed circuit board by a process known as infra-red reflow soldering in which a pattern of solder is applied to the printed circuit board using a stencil, semiconductor device 200 and, optionally, other components are loaded onto the printed circuit board and the printed circuit board assembly is irradiated with infra-red light to heat and reflow the solder. Other processes for attaching electronic components to printed circuit boards are known in the art and may alternatively be used. Packaging device 100 and semiconductor device 200 may additionally include adhesive regions on the major surface 114 of substrate 110 external to connecting pads 140 and 142 to hold the semiconductor device in place on the printed circuit board during soldering.

In semiconductor device 200, packaging device 100 and encapsulant 252 collectively have a volume that is only about 15 times the volume of semiconductor die 250. Thus, packaging device 100 is well suited for use in high packing density applications. Moreover, packaging device 100 is fabricated from materials capable of withstanding the high temperatures involved in a die attach process that uses a gold-tin eutectic. Accordingly, packaging device 100 is well suited for packaging semiconductor die, such as the die of certain light-emitting devices, that require a die attach process that uses a gold-tin eutectic.

As noted above, many printed circuit board assembly processes are designed to use standard device packages, but many standard device packages are incapable of withstanding the high temperatures involved in a die attach process that uses a gold-tin eutectic. FIGS. 3A–3F are schematic drawings showing a second embodiment 300 of a packaging device in accordance with the invention. Packaging device 300 takes the form of a submount that enables semiconductor die that are mounted using a gold-tin eutectic or other high-temperature die attach process to be mounted in conventional semiconductor device packages that are incapable of withstanding such high temperatures. Moreover, packaging device 300 with a semiconductor die mounted thereon can be mounted in a conventional semiconductor device package as if it were a conventional semiconductor die. This allows conventional die attach, wire bond and encapsulation processes to be used to assemble the final semiconductor device that incorporates the submount.

FIGS. 3A–3F are schematic diagrams illustrating a second exemplary embodiment 300 of a packaging device for a semiconductor die in accordance with the invention. Packaging device 300 takes the form of a submount for a semiconductor die. Packaging device 300 is composed of a substrate 310, an interconnecting element 320, a mounting pad 330 and a connecting pad 340 (FIG. 3E).

Substrate 310 is substantially planar, has opposed major surfaces 312 and 314 and defines a through hole 316 that extends through the substrate between major surfaces 312 and 314. Interconnecting element 320 is electrically conductive and is located in through hole 316. Mounting pad 330 is electrically conductive and is located on a portion of the major surface 312 of substrate 310 in which through hole 316 is located. Alternatively, mounting pad 330 may cover major surface 312. Connecting pad 340 is electrically conductive and is located on a portion of the major surface 314 of the substrate in which through hole 316 is located. Alternatively, connecting pad 340 may cover major surface 314.

Mounting pad 330 and connecting pad 340 are electrically connected to opposite ends of interconnecting element 320. Thus, interconnecting element 320 extending through the substrate in through hole 316 electrically connects mounting pad 330 to connecting pad 340.

8

Materials and other details of substrate 310, interconnecting element 320, mounting pad 330 and connecting pad 340 are the same as those of substrate 110, interconnecting element 120, mounting pad 130 and connecting pad 140, respectively, of packaging device 100 described above with reference to FIGS. 1A–1F and will therefore not be described again here.

A semiconductor device in which a semiconductor die is packaged using packaging device 300 described above will be described next.

FIGS. 4A–4F are schematic diagrams illustrating an exemplary embodiment 400 of a semiconductor device in accordance with the invention. Semiconductor device 400 incorporates packaging device 300 in accordance with the invention. Elements of semiconductor device 400 that correspond to elements of semiconductor device 200 described above with reference to FIGS. 2A–2F and of packaging device 300 described above with reference to FIGS. 3A–3F are indicated using the same reference numerals and will not be described again in detail.

Semiconductor device 400 is composed of a semiconductor die 250 mounted on packaging device 300 described above with reference to FIGS. 3A–3F. In the example shown, semiconductor die 250 embodies a light-emitting diode and has anode and cathode electrodes (not shown) covering at least parts of its opposed major surfaces. Specifically, semiconductor die 250 is mounted on packaging device 300 with the metallization on its bottom major surface attached to mounting pad 330. The metallization on the bottom major surface of semiconductor die 250 typically constitutes the cathode electrode of the light-emitting diode. Thus, the cathode electrode of semiconductor die 250 is electrically connected to connecting pad 340 by mounting pad 330 and interconnecting element 320. The top major surface of semiconductor die 250 typically includes a bonding pad that is typically part of or connected to the anode electrode of the light-emitting diode. This bonding pad remains exposed for later connection to the conventional semiconductor packaging device in which semiconductor device 400 will later be mounted.

Semiconductor device 400 is used by mounting it on a conventional semiconductor packaging device (not shown), such as the lead frame of a plastic package. Specifically, semiconductor device 400 is mounted on the lead frame with connecting pad 340 attached to a conductive mounting surface of the lead frame. Connecting pad 340 is attached to the mounting surface of the lead frame using a low-temperature die attach process, such as one that uses silver epoxy. Thus, semiconductor device 400 is compatible with conventional semiconductor device assembly processes. One or more bonding wires (not shown) are connected between bonding pads on the exposed major surface of semiconductor die 250 and the bonding pads of the lead frame. The lead frame with semiconductor device 400 mounted thereon is then encapsulated to complete the fabrication of the semiconductor device. Semiconductor device 400 may be mounted on or in conventional semiconductor packaging devices other that the lead frame based packaging device just exemplified.

Semiconductor device 400 is also suitable for attaching directly to a printed circuit board. A conventional die attach process can be used to attach connecting pad 340 directly to a suitably-sized pad on the printed circuit board. Such a die attach process does not subject the printed circuit board to the high temperatures that were used to attach semiconductor die 250 to the mounting pad 330 of packaging device 300.

Exhibit 1
Page 74

US 7,256,486 B2

9

A fabrication method in accordance with the invention will now be described. The fabrication method can be used to fabricate the packaging devices described above with reference to FIGS. 1A–1F and 3A–3F. In the method, a substrate is provided. The substrate is substantially planar, has opposed major surfaces, and includes a through hole extending between the major surfaces. The through hole is filled with a conductive interconnecting element. A conductive mounting pad and a conductive connecting pad are formed on different ones of the major surfaces in electrical contact with the conductive interconnecting element.

The fabrication method will now be described in further detail with reference to FIGS. 5A–5C, which show a highly simplified example of the method in which two packaging devices similar to packaging device 100 described above with reference to FIGS. 1A–1F are fabricated in a wafer. As noted above, hundreds of packaging devices are typically fabricated simultaneously in a single wafer of substrate material.

FIG. 5A shows a wafer 510 of substrate material. A portion of the wafer constitutes the substrate of each of the packaging devices that will be fabricated in the wafer. Wafer 510 has opposed major surfaces 512 and 514. Portions of major surfaces 512 and 514 constitute the major surfaces of each of the packaging devices that will be fabricated in the wafer. The material of wafer 510 is one of the substrate materials described above.

Defined in wafer 510 is at least one through hole for each of the packaging devices that will be fabricated in the wafer. A packaging device similar to packaging device 300 described above with reference to FIGS. 3A–3F has one through hole per packaging device. In the example shown in FIG. 5A, each packaging device is similar to packaging device 100 described above with reference to FIGS. 1A–1F and has two through holes per packaging device. Through holes 516 and 518 of one of the packaging devices and through holes 517 and 519 of the other of the packaging devices are shown.

In an embodiment, through holes 516–519 are formed by punching. The through holes may alternatively be formed by drilling or laser ablation. Many other ways suitable for forming holes having a diameter in a range from about 100 μm to about 2 mm are known in the art and may be used instead.

FIG. 5B shows interconnecting elements 520–523 being introduced into through holes 516–519, respectively, to fill the through holes. Interconnecting elements 520–523 are slugs of conductive material having a diameter smaller than the diameter of the through holes and a length larger than the thickness of wafer 510. In an embodiment, the material of the interconnecting elements is tungsten. A squeezing process is used to fill the through holes with the interconnecting elements. The squeezing process introduces the interconnecting elements into the through holes and then reduces the length and increases the diameter of the interconnecting elements. The squeezing process leaves the ends of the interconnecting elements approximately flush with respective major surfaces 512 and 514, and the interconnecting elements retained in the through holes by friction. An adhesive may additionally or alternatively be used to retain the interconnecting elements in the through holes.

The through hole may be filled with the interconnecting element in other ways. For example, through-hole plating may be used. In other alternatives, screen printing or metal deposition are used. A through hole will be regarded as

10

having been filled with an interconnecting element even when the interconnecting element occupies only part of the volume of the through hole.

FIG. 5C shows mounting pad 530 and connecting pad 540 formed on major surfaces 512 and 514, respectively, of wafer 510 in electrical contact with the opposite ends of interconnecting element 520. FIG. 5C additionally shows mounting pad 531 and connecting pad 541 formed on major surfaces 512 and 514, respectively, in electrical contact with interconnecting element 521, bonding pad 532 and connecting pad 542 formed on major surfaces 512 and 514, respectively, in electrical contact with interconnecting element 522, and bonding pad 533 and connecting pad 543 formed on major surfaces 512 and 514, respectively, in electrical contact with interconnecting element 523.

Conductive pads 530–533 and 540–543 are formed on wafer 510 by electro less plating using a screen printed mask. A photo mask may alternatively be used. Examples of other selective processes that may be used to form pads 530–533 and 540–543 are electroplating, screen printing and metal deposition. In another embodiment, major surfaces 512 and 514 are each initially covered with a layer of metal using a cladding process. The layer of metal may take the form a metal foil pressed into contact with the respective major surface to cause the foil to adhere to the wafer. An adhesive may be used to increase adhesion. Portions of the layer of metal are then selectively removed to define pads 530–533 and 540–543. A mask and etch process may be used to perform the selective removal.

Packaging devices in accordance with the invention are typically supplied to users in the wafer state shown in FIG. 5C so that they can be used in wafer-scale assembly processes. However, the packaging devices can alternatively be supplied singly. FIG. 5D shows an optional additional element of the above-described fabrication method in which wafer 510 is singulated into individual packaging devices 100 and 101. Singulation may be performed by sawing, scribing and breaking or by another singulation process.

In a practical embodiment of the above-described method, through holes 516–519 are formed in wafer 510 (FIG. 5A), the through holes are filled with interconnecting elements 520–523 (FIG. 5B) and regions of tungsten, each of which constitutes a seed layer for one of the conductive pads 530–533 and 540–543, are screen printed on the wafer with the wafer in its "green", i.e., unfired state. The wafer is then fired. After the wafer has been fired, an electroless plating process is performed to deposit one or more additional layers of metal to complete the formation of conductive pads 530–533 and 540–543 (FIG. 5C).

A method in accordance with the invention for fabricating a semiconductor device using the wafer-scale device packages shown in FIG. 5C will now be described. The method can be used to fabricate the semiconductor devices described above with reference to FIGS. 2A–2F. Portions of the method can be used to fabricate the semiconductor devices illustrated in FIGS. 4A–4F. In the method, a semiconductor die is mounted on the mounting pad of the packaging device, a bonding wire is connected between the semiconductor die and the bonding pad of the packaging device, and the semiconductor die and at least a portion of the major surface of the packaging device on which the mounting pad is located are encapsulated.

The fabrication method will now be described in further detail with reference FIGS. 6A–6D, which show a highly simplified example in which two semiconductor devices similar to semiconductor device 200 described above with reference to FIGS. 2A–2F are fabricated. As noted above,

**Exhibit 1
Page 75**

US 7,256,486 B2

**11**

hundreds of semiconductor devices are typically fabricated simultaneously on a single wafer.

FIG. 6A shows a wafer-scale array **600** of packaging devices supplied in wafer-scale form on wafer **510**. Semiconductor device **250** is mounted on mounting pad **530** and a semiconductor device **251** is mounted on mounting pad **531**. In an embodiment, a semiconductor die having a gold-tin metallization on its bottom major surface is placed on each mounting pad **530**, **531** on wafer **510**. The wafer is then heated to a temperature in the range from about 280° C. to about 350° C. for a time in the range from about one second to about 60 seconds. The gold-tin eutectic that forms attaches the semiconductor die to the respective mounting pad when the wafer is allowed to cool.

Other die attach processes, including die attach processes that require substantially lower peak temperatures, are known in the art and may be used instead of the die attach process just described. Not all die attach processes are suitable for use with all die metallizations, however.

FIG. 6B shows a bonding wire **254** connected between a bonding pad (not shown) on the exposed major surface of semiconductor die **250** and bonding pad **532** and a bonding wire **255** connected between a bonding pad (not shown) on the exposed major surface of semiconductor die **251** and bonding pad **533**.

In an embodiment, low loop wire bonding is used to connect bonding wires **254**, **255** between semiconductor die **250**, **251** and bonding pads **532**, **533**. Other ways to electrically connect a bonding pad located on the exposed surface of a semiconductor die to a bonding pad similar to bonding pads **532**, **533** are known the art and can alternatively be used.

FIG. 6C shows semiconductor die **250** and a portion of major surface **512** on which mounting pad **530** is located encapsulated by encapsulation **252**, and semiconductor die **251** and a portion of major surface **512** on which mounting pad **531** is located encapsulated by encapsulation **253**.

In an embodiment, the encapsulant is clear epoxy. Silicone is another suitable encapsulant. Other encapsulants are known in the art and may be used where appropriate. In an embodiment, the encapsulant was applied by transfer molding. Other application processes are known in the art and may be used where appropriate. Examples of other suitable application processes include injection molding, casting and dam and fill.

FIG. 6D shows wafer **510** after it has been singulated into individual semiconductor devices **200** and **201**. Singulation may be performed by sawing, scribing and breaking or by another suitable singulation process. The semiconductor devices fabricated on wafer **510** may be electrically tested before the wafer is singulated. The ability to test the semiconductor devices at the wafer scale level substantially reduces the cost of testing.

The processes illustrated in FIGS. 6B and 6C are omitted when the method illustrated in FIGS. 6A–6D is used to fabricate a submount semiconductor device similar to that described above with reference to FIGS. 4A–4F.

**12**

This disclosure describes the invention in detail using illustrative embodiments. However, it is to be understood that the invention defined by the appended claims is not limited to the precise embodiments described.

We claim:

1. A semiconductor device, comprising:
   a substantially planar substrate having opposed major surfaces;
   an electrically conductive mounting pad located on one of the major surfaces of the substrate;
   a light emitting diode (LED) having a metallized bottom major surface that is mounted on the electrically conductive mounting pad, the metallized bottom major surface comprising one of an anode and a cathode of the LED;
   a first electrically conductive connecting pad located on the other of the major surfaces of the substrate; and
   a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad.

2. The semiconductor device of claim 1, further comprising:
   an electrically conductive bonding pad located on the one of the major surfaces of the substrate;
   a bonding wire extending between a metallized top major surface of the LED and the electrically conductive bonding pad;
   a second electrically conductive connecting pad located on the other of the major surfaces of the substrate; and
   a second electrically conductive interconnecting element extending through the substrate and electrically interconnecting the bonding pad and the second connecting pad.

3. The semiconductor device of claim 2 wherein the metallized top major surface comprises a first electrode of the LED and the metallized bottom major surface comprises a second electrode of the LED.

4. The semiconductor device of claim 1 wherein the first electrically conductive interconnecting element is selected to withstand an operating temperature when the LED is mounted on the electrically conductive mounting pad and to provide a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad.

5. The semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises tungsten.

6. The semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises a slug of electrically conductive material, the slug having a diameter selected to press-fit the slug into a through hole located in the substrate between the mounting pad and the first electrically conductive connecting pad.

\* \* \* \* \*

**Exhibit 1
Page 76**

(12) **INTER PARTES REVIEW CERTIFICATE** (2927th)

**United States Patent**
Lee et al.

(10) Number:     **US 7,256,486 K1**
(45) Certificate Issued:    **Dec. 14, 2022**

(54) **PACKAGING DEVICE FOR SEMICONDUCTOR DIE, SEMICONDUCTOR DEVICE INCORPORATING SAME AND METHOD OF MAKING SAME**

(75) Inventors: **Kong Weng Lee; Kee Yean Ng; Yew Cheong Kuan; Gin Ghee Tan; Cheng Why Tan**

(73) Assignee: **DOCUMENT SECURITY SYSTEMS, INC.**

**Trial Numbers:**

IPR2018-00333 filed Dec. 21, 2017
IPR2018-01205 filed Jun. 6, 2018
IPR2018-01166 filed May 30, 2018
IPR2019-00506 filed Dec. 28, 2018

**Inter Partes Review Certificate for:**

Patent No.:   **7,256,486**
Issued:      **Aug. 14, 2007**
Appl. No.:   **10/608,605**
Filed:       **Jun. 27, 2003**

The results of IPR2018-00333 joined with IPR2018-01205; IPR2018-01166 joined with IPR2019-00506 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

Exhibit 1
Page 77

# INTER PARTES REVIEW CERTIFICATE
## U.S. Patent 7,256,486 K1
## Trial No. IPR2018-00333
## Certificate Issued Dec. 14, 2022

**1**

**2**

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claim **6** is found patentable.

Claims **1-5** are cancelled.

\* \* \* \* \*

**Exhibit 1**
**Page 78**

# EXHIBIT D

**Exhibit 1**
**Page 79**

## Nichia's Infringement of U.S. Patent No. 6,949,771 ("'771 Patent")

**Accused Products**

Nichia products, including without limitation the NVSU333A and all predecessor and successor models, all products containing the same or similar features as those identified in the accompanying charts, all products including or incorporating any of these products as components such as luminaires, lighting fixtures, bulbs, or any other consumer product ("Accused Products"), infringe Claim 10 of the '771 Patent.

**Claim 10**

| Claim 10 | Accused Products |
|---|---|
| [10pre] A light source comprising: | To the extent the preamble is limiting, each Accused Product includes a light source.<br><br>For example, the Nichia NVSU333A is a light source that emits visible and ultraviolet (UV) light with a light emitting diode (LED).<br><br>*See, e.g.:*<br><br><br><br>Photograph of the Nichia NVSU33A showing the side with a LED light source. |

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 80**

|  | • This product also emits visible light. If the LEDs are used as a light source in applications such as sensors, etc. take into consideration the emission that is in the visible light spectrum. <br><br> Source: Specifications for UV LED NVSU333A(T), http://archive.fairchip.com/pdf/Nichia/NVSU333A.pdf, Page 20 of 22. <br><br> • The products are UV light LEDs, and radiate intense UV light during operation. Since UV light can be harmful to eyes, do NOT look directly into the UV light, even through an optical instrument. In case of the light reflection, UV protective glasses are required to use in order to avoid damage by the light. <br><br> Source: Specifications for UV LED NVSU333A(T), http://archive.fairchip.com/pdf/Nichia/NVSU333A.pdf, Page 22 of 22. |
|---|---|
| [10a] a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface, | Each Accused Product comprises a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface. <br><br> *See, e.g.*: <br><br>  <br><br> Optical cross section image of the Nichia NVSU333A showing a substrate having opposing first and second surfaces. |

U.S. Patent No. 6,949,771

Exhibit 1
Page 81



Side-view X-ray of the Nichia NVSU333A showing an aperture (shaded green region) extending from the first surface to the second surface with a first and second opening.

U.S. Patent No. 6,949,771

Exhibit 1
Page 82



Photograph of a first surface of a substrate of the Nichia NVSU333A.

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 83**



Photograph of a second surface of a substrate of the Nichia NVSU333A showing a second opening.

| [10b] a platform covering said first opening, | Each Accused Product comprises a platform covering said first opening.<br><br>*See, e.g.:* |

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 84**



Side-view X-ray of the Nichia NVSU333A showing a platform covering a first opening of a first surface.

Optical cross section image showing a platform of the Nichia NVSU333A.

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 85**

| [10c] a light emitting diode mounted on the platform within the aperture, | Each Accused Product comprises a light emitting diode mounted on the platform within the aperture.<br><br>*See, e.g.:*<br><br><br><br>Side-view X-ray of the Nichia NVSU333A showing a light emitting diode mounted on a platform within the aperture. |
|---|---|

U.S. Patent No. 6,949,771

Exhibit 1
Page 86



Optical cross section image showing a light emitting diode mounted on a platform of the Nichia NVSU333A.

U.S. Patent No. 6,949,771

Exhibit 1
Page 87



Photograph of a light emitting diode on the Nichia NVSU333A.

- The products are UV light LEDs, and radiate intense UV light during operation. Since UV light can be harmful to eyes, do NOT look directly into the UV light, even through an optical instrument. In case of the light reflection, UV protective glasses are required to use in order to avoid damage by the light.

Source: Specifications for UV LED NVSU333A(T), http://archive.fairchip.com/pdf/Nichia/NVSU333A.pdf, Page 22 of 22.

| [10d] a transparent encapsulant material encapsulating the light emitting diode in the aperture, | Each Accused Product comprises a transparent encapsulant material encapsulating the light emitting diode in the aperture. |
| | |
| | *See, e.g.:* |

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 88**

Side-view photograph of the Nichia NVSU333A showing the transparent encapsulant.

| | |
|---|---|
| [10e] a first electrically-conductive interconnect extending between the first and second surfaces, the first interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry, and | Each Accused Product comprises a first electrically-conductive interconnect extending between the first and second surfaces, the first interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry.<br><br>*See, e.g.:*<br><br><br><br>Side-view X-ray of the Nichia NVSU333A showing a first electrically-conductive interconnect between the first and second surfaces. |

U.S. Patent No. 6,949,771

Exhibit 1
Page 89



Photograph of a second surface of the Nichia NVSU333A showing a terminal on the second surface coupled to the light emitting diode.

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 90**



Exposed pad

Photograph of the first surface of the Nichia NVSU333A showing the exposed pad of a first electrically-conductive interconnect.

U.S. Patent No. 6,949,771

**Exhibit 1
Page 91**



| 項目 Item | 内容 Description |
|---|---|
| パッケージ材質<br>Package Materials | セラミックス<br>Ceramics |
| ガラス窓材質<br>Glass Materials | 硬質ガラス<br>Hard Glass |
| 接着剤材質<br>Adhesive Materials | シリコーン<br>Silicone Adhesive |
| 電極材質<br>Electrodes Materials | 金メッキ<br>Au-plated |
| ダイヒートシンク材質<br>Die Heat Sink<br>Materials | 金メッキ<br>Au-plated |
| 質量<br>Weight | 0.26g(TYP) |

Diagram showing an exposed pad (labelled anode) of a first electrically-conductive interconnect of the Nichia NVSU333A.  Source: Specifications for UV LED NVSU333A(T),
http://archive.fairchip.com/pdf/Nichia/NVSU333A.pdf, Page 3 of 22.

13

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 92**



Scanning electron microscope cross section image of the Nichia NVSU333A showing a first electrically-conductive interconnect.

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 93**



Base(6)

| Line | Wt.% | Error |
|------|------|-------|
| N K | 3.44 | 0.12 |
| O K | 2.85 | 0.18 |
| Al K | 0.07 | 0.03 |
| Si K | 4.15 | 0.63 |
| W L | 89.48 | 0.83 |

Scanning electron microscope image illustrating electron dispersive X-ray spectroscopy measurements of the composition of points 3 and 4 on a first electrically-conductive interconnect of the Nichia NVSU333A. The composition by weight includes primarily tungsten (W), which indicates a first interconnect is electrically conductive.

| | |
|---|---|
| [10f] a second electrically-conductive interconnect extending between the first and second surfaces, the second interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry. | Each Accused Product comprises a second electrically-conductive interconnect extending between the first and second surfaces, the second interconnect having a terminal on the second surface coupled to the light emitting diode and an exposed pad on the first surface for coupling to external circuitry.<br><br>*See, e.g.*: |

15

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 94**



Side-view X-ray of the Nichia NVSU333A showing a second electrically-conductive interconnect between the first and second surfaces.

16

U.S. Patent No. 6,949,771

Exhibit 1
Page 95



Photograph of a second surface of the Nichia NVSU333A showing a terminal on the second surface coupled to the light emitting diode.

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 96**



Photograph of a first surface of the Nichia NVSU333A showing the exposed pad of the second electrically-conductive interconnect.

U.S. Patent No. 6,949,771

**Exhibit 1
Page 97**



| 項目 Item | 内容 Description |
|---|---|
| パッケージ材質 Package Materials | セラミックス Ceramics |
| ガラス窓材質 Glass Materials | 硬質ガラス Hard Glass |
| 接着剤材質 Adhesive Materials | シリコーン Silicone Adhesive |
| 電極材質 Electrodes Materials | 金メッキ Au-plated |
| ダイヒートシンク材質 Die Heat Sink Materials | 金メッキ Au-plated |
| 質量 Weight | 0.26g(TYP) |

Diagram showing an exposed pad (labelled cathode) of a second electrically-conductive interconnect of the Nichia NVSU333A.  Source: Specifications for UV LED NVSU333A(T), http://archive.fairchip.com/pdf/Nichia/NVSU333A.pdf, Page 3 of 22.

19

U.S. Patent No. 6,949,771

**Exhibit 1**
**Page 98**

# EXHIBIT E

**Exhibit 1**
**Page 99**

## Nichia's Infringement of U.S. Patent No. 7,256,486 ("'486 Patent")

**Accused Products**

Nichia products, including without limitation the NCSWE17AT, and all predecessor and successor models, all products containing the same or similar features as those identified in the accompanying charts, all products including or incorporating any of these products as components (such as luminaires, lighting fixtures, bulbs, or any other consumer product) ("Accused Products"), infringe at least Claims 1, 4, and 6 of the '486 Patent.

**Claim 1**

| Claim 1 | Accused Products |
|---------|------------------|
| [1pre] A semiconductor device, comprising: | To the extent the preamble is limiting, each Accused Product includes a semiconductor device.<br><br>For example, the Nichia NCSWE17AT includes a light emitting diode (LED), which is a semiconductor device.<br><br>*See, e.g.*:<br><br>Light emitting diode<br><br><br><br>Optical cross section image of the Nichia NCSWE17AT showing a light emitting diode. |

U.S. Patent No. 7,256,486

**Exhibit 1 Page 100**



Photograph of the packaging of the Nichia NCSWE17AT.

 

Photographs of the Nichia NCSWE17AT showing the front side emitting light (left) and opposite side (right).

2



Diagram from the specifications of the Nichia NCSWE17AT illustrating that it includes a light emitting diode (LED). Source: https://led-ld.nichia.co.jp/api/data/spec/led/NCSWE17AT-E(3687K)R70%20R8000%20R9050%20R9080.pdf, page 9 of 35.

| [1a] a substantially planar substrate having opposed major surfaces; | Each Accused Product comprises a substantially planar substrate having opposed major surfaces. *See, e.g.*: |

U.S. Patent No. 7,256,486

Exhibit 1
Page 102



Optical cross section image of the Nichia NCSWE17AT showing a substantially planar substrate having opposed major surfaces.

4

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 103**

| | |
|---|---|
| | <br>Photograph of a substantially planar major surface of a substrate of the Nichia NCSWE17AT corresponding to the lower major surface of the cross section image above. |
| [1b] an electrically conductive mounting pad located on one of the major surfaces of the substrate; | Each Accused Product comprises an electrically conductive mounting pad located on one of the major surfaces of the substrate. |

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 104**

|  | *See, e.g.*:  Optical cross section image of the Nichia NCSWE17AT showing an electrically conductive mounting pad located on an upper major surface of the substrate. |
| --- | --- |
| [1c] a light emitting diode (LED) having a metallized bottom major surface that is mounted on the electrically conductive mounting pad, the metallized bottom major surface comprising one of an anode and a cathode of the LED; | Each Accused Product comprises a light emitting diode (LED) having a metallized bottom major surface that is mounted on the electrically conductive mounting pad, the metallized bottom major surface comprising one of an anode and a cathode of the LED. *See, e.g.*: |

U.S. Patent No. 7,256,486

**Exhibit 1 Page 105**



Optical cross section image of the Nichia NCSWE17AT showing a light emitting diode having a metallized bottom major surface with an anode and cathode that is mounted on the electrically conductive mounting pad.

| [1d] a first electrically conductive connecting pad located on the other of the major surfaces of the substrate; and | Each Accused Product comprises a first electrically conductive connecting pad located on the other of the major surfaces of the substrate. *See, e.g.*: |
|---|---|

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 106**

Optical cross section image of the Nichia NCSWE17AT showing a first electrically conductive connecting pad located on the other of the major surfaces of the substrate.



First connecting pad

Substrate

Photograph of the Nichia NCSWE17AT showing a first electrically conductive connecting pad located on the other of the major surfaces of the substrate.

8

U.S. Patent No. 7,256,486

Exhibit 1
Page 107



| 項目 Item | 内容 Description |
|---|---|
| パッケージ材質<br>Package Materials | シリコーン樹脂<br>Silicone Resin |
| 蛍光体層材質<br>Phosphor sheet<br>Materials | シリコーン樹脂<br>(拡散剤+蛍光体入り)<br>Silicone Resin<br>(with diffuser and phosphor) |
| 電極材質<br>Electrodes Materials | 金メッキ<br>Au-plated |
| 質量<br>Weight | 0.0017g(TYP) |



\* 本図は演色性ランクR70に対応しています。
The figure above show the outline dimensions for R70 LEDs of this product.

Diagram from the specifications of the Nichia NCSWE17AT illustrating that it includes a gold plated first connecting pad among its electrodes.  Source: https://led-ld.nichia.co.jp/api/data/spec/led/NCSWE17AT-E(3687K)R70%20R8000%20R9050%20R9080.pdf, page 9 of 35.

For example, the composition of the first electrically conductive connecting pad of the Nichia NCSWE17AT was measured with electron dispersive X-ray spectroscopy (EDS).  The first electrically conductive connecting pad consists of a thin layer of gold, an electrically conductive material.

9

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 108**

| | *See, e.g.*: |
|---|---|
| |  |
| | Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy (EDS) measurements of the composition of the first electrically conductive connecting pad. The average composition by weight of points 1, 2, and 3 (right table) shows gold (Au), an electrically conductive material. Since the electron beam used for EDS penetrates through the thin gold layer, the composition shows a large component of copper corresponding to the first electrically conductive interconnecting element underneath. *See infra* claim element [1e]. |
| [1e] a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad. | Each Accused Product comprises a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad.<br><br>*See, e.g.*: |

U.S. Patent No. 7,256,486

Exhibit 1
Page 109



Optical cross section image of the Nichia NCSWE17AT showing a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad.

For example, the composition of the first electrically conductive interconnecting element of the Nichia NCSWE17AT was measured with electron dispersive X-ray spectroscopy (EDS). The first interconnecting element primarily consists of copper, an electrically conductive material.

*See, e.g.*:

11

U.S. Patent No. 7,256,486

Exhibit 1
Page 110



Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy measurements of the composition of the first electrically conductive interconnecting element. The average composition by weight of points 1 and 2 (right table) shows primarily copper (Cu), an electrically conductive material.

**Claim 4**

| Claim 4 | Accused Products |
|---|---|
| [4] The semiconductor device of claim 1 wherein the first electrically conductive interconnecting element is selected to withstand an operating temperature when | Each Accused Product comprises the semiconductor device of claim 1 wherein the first electrically conductive interconnecting element is selected to withstand an operating temperature when the LED is mounted on the electrically conductive mounting pad and to provide a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad. |

U.S. Patent No. 7,256,486

**Exhibit 1 Page 111**

| the LED is mounted on the electrically conductive mounting pad and to provide a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad. | For example, the composition of the first electrically conductive interconnecting element of the Nichia NCSWE17AT was measured with electron dispersive X-ray spectroscopy (EDS). The first electrically conductive interconnecting element primarily consists of copper, a material that withstands an operating temperature when the LED is mounted on the electrically conductive mounting pad and provides a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad.<br><br>*See, e.g.:*<br><br><br><br>Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy measurements of the composition of the first electrically conductive interconnecting element. The average composition by weight of points 1 and 2 (right table) shows primarily copper (Cu), which is a material that can withstand the operating temperature of the LED and has low resistance for a connection between the mounting pad and the first electrically conductive connecting pad. |

| Line | Wt.% | Error |
|---|---|---|
| Al K | 0.03 | 0.02 |
| Cu K | 95.31 | 0.74 |
| N K | 1.98 | 0.18 |
| O K | 2.28 | 0.14 |
| Si K | 0.02 | 0.02 |
| W L | 0.38 | 0.27 |

U.S. Patent No. 7,256,486

**Exhibit 1
Page 112**

**Claim 6**

| Claim 6 | Accused Products |
|---|---|
| [6] The semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises a slug of electrically conductive material, the slug having a diameter selected to press-fit the slug into a through hole located in the substrate between the mounting pad and the first electrically conductive connecting pad. | Each Accused Product comprises the semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises a slug of electrically conductive material, the slug having a diameter selected to press-fit the slug into a through hole located in the substrate between the mounting pad and the first electrically conductive connecting pad. *See, e.g.*:  Optical cross section image of the Nichia NCSWE17AT showing that the first electrically conductive interconnecting element comprises a slug, and the slug has a diameter selected to press-fit the slug into a through hole located in the substrate. |

U.S. Patent No. 7,256,486

**Exhibit 1
Page 113**



Photograph of a bottom major surface of the Nichia NCSWE17AT showing the slug has a diameter selected to press-fit the slug into a through hole located in the substrate.

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 114**

# EXHIBIT F

**Exhibit 1**
**Page 115**

## Nichia's Infringement of U.S. Patent No. 7,256,486 ("'486 Patent")

**Accused Products**

Nichia products, including without limitation the NCSWE21AT, and all predecessor and successor models, all products containing the same or similar features as those identified in the accompanying charts, all products including or incorporating any of these products as components such as luminaires, lighting fixtures, bulbs, or any other consumer product ("Accused Products"), infringe at least Claims 1, 4, and 6 of the '486 Patent.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| [1pre] A semiconductor device, comprising: | To the extent the preamble is limiting, each Accused Product includes a semiconductor device.<br><br>For example, the Nichia NCSWE21AT includes a light emitting diode, which is a semiconductor device.<br><br>*See, e.g.*:<br><br><br><br>Optical cross section image of the Nichia NCSWE21AT showing a light emitting diode (LED). |

U.S. Patent No. 7,256,486

**Exhibit 1
Page 116**



Photograph of the packaging of the Nichia NCSWE21AT.

 

Photographs of the Nichia NCSWE21AT showing the front side emitting light (left) and opposite side (right).

U.S. Patent No. 7,256,486

**Exhibit 1
Page 117**



Diagram from the specifications of the Nichia NCSWE21AT illustrating that it includes a light emitting diode (LED).  Source: https://led-ld.nichia.co.jp/api/data/spec/led/NVSWE21AT-E(3822I)R70%20R8000%20R9050%20R9080.pdf, page 9 of 35.

| [1a] a substantially planar substrate having opposed major surfaces; | Each Accused Product comprises a substantially planar substrate having opposed major surfaces. |
|---|---|

*See, e.g.*:



Optical cross section image of the Nichia NCSWE21AT showing a substantially planar substrate having opposed major surfaces.

4

<table>
<tr><td></td><td>

Photograph of a substantially planar major surface of a substrate of the Nichia NCSWE21AT corresponding to the lower major surface of the cross section image above.</td></tr>
<tr><td>[1b] an electrically conductive mounting pad located on one of the major surfaces of the substrate;</td><td>Each Accused Product comprises an electrically conductive mounting pad located on one of the major surfaces of the substrate.</td></tr>
</table>

5

U.S. Patent No. 7,256,486

**Exhibit 1 Page 120**

| | |
|---|---|
| | *See, e.g.*:<br><br>Optical cross section image of the Nichia NCSWE21AT showing an electrically conductive mounting pad located on an upper major surface of the substrate. |
| [1c] a light emitting diode (LED) having a metallized bottom major surface that is mounted on the electrically conductive mounting pad, the metallized bottom major surface comprising one of an anode and a cathode of the LED; | Each Accused Product comprises a light emitting diode (LED) having a metallized bottom major surface that is mounted on the electrically conductive mounting pad, the metallized bottom major surface comprising one of an anode and a cathode of the LED. |

6

U.S. Patent No. 7,256,486

Exhibit 1
Page 121

| | |
|---|---|
| | *See, e.g.:* |
| |  |
| | Optical cross section image of the Nichia NCSWE21AT showing a light emitting diode having a metallized bottom major surface with an anode and cathode that is mounted on the electrically conductive mounting pad. |
| [1d] a first electrically conductive connecting pad located on the other of the major surfaces of the substrate; and | Each Accused Product comprises a first electrically conductive connecting pad located on the other of the major surfaces of the substrate.<br><br>*See, e.g.:* |

7

U.S. Patent No. 7,256,486

Exhibit 1
Page 122



Optical cross section image of the Nichia NCSWE21AT showing a first electrically conductive connecting pad located on the other of the major surfaces of the substrate.

U.S. Patent No. 7,256,486

Exhibit 1
Page 123



Photograph of the Nichia NCSWE21AT showing a first electrically conductive connecting pad located on the other of the major surfaces of the substrate.

U.S. Patent No. 7,256,486

**Exhibit 1
Page 124**



| 項目 Item | 内容 Description |
|---|---|
| パッケージ材質<br>Package Materials | シリコーン樹脂<br>Silicone Resin |
| 蛍光体層材質<br>Phosphor sheet<br>Materials | シリコーン樹脂<br>（拡散剤+蛍光体入り）<br>Silicone Resin<br>(with diffuser and phosphor) |
| 電極材質<br>Electrodes Materials | 金メッキ<br>Au-plated |
| 質量<br>Weight | 0.0029g(TYP) |



\* 本図は演色性ランクR70に対応しています。
The figure above show the outline dimensions for R70 LEDs of this product.

Diagram from the specifications of the Nichia NCSWE21AT illustrating that it includes a gold plated first connecting pad among its electrodes. Source: https://led-ld.nichia.co.jp/api/data/spec/led/NVSWE21AT-E(3822I)R70%20R8000%20R9050%20R9080.pdf, page 9 of 35.

For example, the composition of the first electrically conductive connecting pad of the Nichia NCSWE21AT was measured with electron dispersive X-ray spectroscopy (EDS). The first electrically conductive connecting pad consists of a thin layer of gold, an electrically conductive material.

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 125**

| | |
|---|---|
| | *See, e.g.*:<br><br><br><br>Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy (EDS) measurements of the composition of the first electrically conductive connecting pad. The average composition by weight of points 1, 2, and 3 (right table) shows gold (Au), an electrically conductive material. Since the electron beam used for EDS penetrates through the thin gold layer, the composition shows a large component of copper corresponding to the first electrically conductive interconnecting element underneath. *See infra* claim element [1e]. |
| [1e] a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad. | Each Accused Product comprises a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad.<br><br>*See, e.g.*: |

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 126**



Optical cross section image of the Nichia NCSWE21AT showing a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conductive connecting pad.

For example, the composition of the first electrically conductive interconnecting element of the Nichia NCSWE21AT was measured with electron dispersive X-ray spectroscopy (EDS). The first interconnecting element primarily consists of copper, an electrically conductive material.

*See, e.g.*:

12

U.S. Patent No. 7,256,486

**Exhibit 1
Page 127**



Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy measurements of the composition of the first electrically conductive interconnecting element. The average composition by weight of points 1 and 2 (right table) shows primarily copper (Cu), an electrically conductive material.

**Claim 4**

| Claim 4 | Accused Products |
|---|---|
| [4] The semiconductor device of claim 1 wherein the first electrically conductive interconnecting element is selected to withstand an operating temperature when | Each Accused Product comprises the semiconductor device of claim 1 wherein the first electrically conductive interconnecting element is selected to withstand an operating temperature when the LED is mounted on the electrically conductive mounting pad and to provide a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad. |

13

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 128**

| the LED is mounted on the electrically conductive mounting pad and to provide a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad. | For example, the composition of the first electrically conductive interconnecting element of the Nichia NCSWE21AT was measured with electron dispersive X-ray spectroscopy (EDS). The first electrically conductive interconnecting element primarily consists of copper, a material that withstands an operating temperature when the LED is mounted on the electrically conductive mounting pad and provides a low-resistance electrical connection between the mounting pad and the first electrically conductive connecting pad. |

*See, e.g.:*



| Line | Wt.% | Error |
|------|------|-------|
| Al K | 0.04 | 0.03 |
| Cu K | 92.01 | 0.88 |
| N K | 1.04 | 0.17 |
| O K | 1.3 | 0.13 |
| Os L | 4.91 | 2.94 |
| W L | 0.7 | 0.54 |

Scanning electron microscope image (left) illustrating electron dispersive X-ray spectroscopy measurements of the composition of the first electrically conductive interconnecting element. The average composition by weight of points 1 and 2 (right table) shows primarily copper (Cu), which is a material that can withstand the operating temperature of the LED and has low resistance for a connection between the mounting pad and the first electrically conductive connecting pad.

U.S. Patent No. 7,256,486

**Exhibit 1**
**Page 129**

**Claim 6**

| Claim 6 | Accused Products |
|---|---|
| [6] The semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises a slug of electrically conductive material, the slug having a diameter selected to press-fit the slug into a through hole located in the substrate between the mounting pad and the first electrically conductive connecting pad. | Each Accused Product comprises the semiconductor device of claim 4, wherein the first electrically conductive interconnecting element comprises a slug of electrically conductive material, the slug having a diameter selected to press-fit the slug into a through hole located in the substrate between the mounting pad and the first electrically conductive connecting pad. *See, e.g.*:  Optical cross section image of the Nichia NCSWE21AT showing that the first electrically conductive interconnecting element comprises a slug, and the slug has a diameter selected to press-fit the slug into a through hole located in the substrate. |

U.S. Patent No. 7,256,486

**Exhibit 1 Page 130**



Photograph of a bottom major surface of the Nichia NCSWE21AT showing the slug has a diameter selected to press-fit the slug into a through hole located in the substrate.

U.S. Patent No. 7,256,486

Exhibit 1
Page 131

# EXHIBIT 2

**Exhibit 2**
**Page 132**

Case 2:17-cv-08849-JVS-JEM Document 1 Filed 12/07/17 Page 1 of 28 Page ID #:28

CHRISTOPHER B. MEAD (*pro hac vice*)
  cmead@schertlerlaw.com
TARA N. TIGHE (*pro hac vice*)
  ttighe@schertlerlaw.com
SCHERTLER ONORATO MEAD & SEARS
555 13th Street NW Suite 500 West
Washington, DC 20004
Telephone: 202.628.4199
Fax: 202.628.4177

KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
DSS, Inc.

RUSS AUGUST & KABAT
Brian Ledahl (CA SB No. 186579)
Neil A. Rubin (CA SB No. 250761)
Jacob Buczko (CA SB No. 269408)
Timothy T. Hsieh (CA SB No. 255953)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: bledahl@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: jbuczko@raklaw.com
E-mail: thsieh@raklaw.com

*Attorneys for Plaintiff Document Security Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Mitchell
Silberberg &
Knupp LLP

15690990.1

Exhibit 2
Page 133

Case 2:17-cv-0884 9-JVS-JEM Docume nt 1 Filed 12/07/17 Page 3 of 28 Page ID #:28

~~DOCUMENT SECURITY SYSTEMS, INC~~DSS, INC.,

Plaintiff,

v.

NICHIA CORPORATION; and
NICHIA AMERICA CORPORATION,

Defendant~~s~~.

CASE NO. 2:17-cv-08849-JVS (JEMx)

Hon. James V. Selna

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

~~Civil Action No. 2:17-cv-08849~~

~~COMPLAINT FOR PATENT INFRINGEMENT~~

~~JURY TRIAL DEMANDED~~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

Mitchell Silberberg & Knupp LLP
15690990.1

2

**Exhibit 2
Page 134**

Case 2:17-cv-08849-JVS-JEM Document 1 Filed 12/07/17 Page 3 of 28 Page ID #:28

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq*. in which Document Security Systems, Inc. ("DSS" or "Plaintiff") makes the following allegations against Defendants NICHIA CORPORATION ("Nichia") and NICHIA AMERICA CORPORATION ("Nichia America") (collectively "Defendants").

## **PARTIES**

1.   ~~1.~~   ~~Document Security Systems~~DSS, Inc. is a publicly-traded New York corporation.  Founded in 1984, DSS is a global leader in brand protection, digital security solutions and anti-counterfeiting technologies.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

Mitchell Silberberg & Knupp LLP

15690990.1

**Exhibit 2**
**Page 135**

2. In November 2016, DSS acquired a portfolio of patents covering technologies used in Light-Emitting Diode ("LED") lighting products, including the patents-in-suit. The patents in this portfolio were originally assigned to Agilent Technologies, Inc. and/or the successors of its LED business. Since its recent acquisition of these patents, DSS has worked to expand its business efforts regarding LED technology. DSS is pursuing both licensing and commercialization of this technology acquisition.

3. On information and belief, Nichia Corporation ("Nichia") is a foreign corporation under the laws of Japan with a principal place of business located at 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima 774-8601, Japan. Upon information and belief, Nichia manufactures light-emitting diode ("LED") products and, through its subsidiaries, Defendant Nichia America Corporation ("Nichia America"), has sales offices in the United States. On information and belief, Nichia may be served via officer or director at the above address.

4. On information and belief, Nichia America is a Michigan corporation, having its principal place of business at 48561 Alpha Drive, Ste. 100, Wixom, MI 48393 and a sales office at 3625 Del Amo Blvd. Suite 325, Torrance, CA 90503. Upon information and belief, Nichia America is a subsidiary of Nichia and sells and/or offers for sale in the United States LED products manufactured by it and/or Nichia, including in the State of California and in this judicial district.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendants in this action because, among other reasons, Defendants have committed acts within the Central District of California giving rise to this action and have established minimum contacts with the forum state of California. Defendants directly and/or through subsidiaries or

**Exhibit 2**
**Page 136**

intermediaries COMPLAINT FOR PATENT INFRINGEMENT 2
Case No. 2:17-cv-08849

Exhibit 2
Page 137

6. intermediaries (including distributors, retailers, and others), have committed and continue to commit acts of infringement in this District by, among other things, making, using, importing, offering for sale, and/or selling products and/or services that infringe the patents-in-suit. Defendants have, both jointly and individually, placed infringing products into the stream of commerce, leading to substantial sales of infringing products in California in this judicial District and the State of California. Thus, Defendants have purposefully availed themselves of the benefits of doing business in the State of California and the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice.

7. 7. Venue is proper in this District under 28 U.S.C. §§ 1391 (b)-(c) and 1400(b) because Defendants have a regular and established place of business in this District and have committed acts of patent infringement in this District. Defendants, for example, have a regular and established place of business in this District at 3625 Del Amo Blvd. Suite 325, Torrance, CA 90503.

## **BACKGROUND**

8. 8. DSS is the owner by assignment of United States Patent No. 6,949,771 ("the'771 Patent") entitled "Light Source." The '771 Patent was duly and legally issued by the United States Patent and Trademark Office on September 27, 2005. A true and correct copy of the '771 Patent is included as Exhibit A.

9. The '771 Patent was the subject of seven *Inter Parte* Reviews ("IPRs"). The outcome of the IPRs was that claims 1-9 of the '771 Patent were found to be invalid while claims 10-11 were not found to be invalid.

9. 10. 9. DSS is the owner by assignment of United States Patent No. 7,524,087 ("the'087 Patent") entitled "Optical Device." The '087 Patent was duly and legally issued by the United States Patent and Trademark Office on April 28, 2009. A true and correct copy of the '087 Patent is included as Exhibit B.

**Exhibit 2**
**Page 138**

11.     The '087 Patent was the subject of four IPRs.  The outcome of the IPRs was that claims 1, 6-8, and 15-19 of the '087 Patent were found to be invalid while claims 2-5 and 9-14 were not found to be invalid.

10.12.10.     DSS is the owner by assignment of United States Patent No. 7,256,486 ("the '486 Patent") entitled "Packing Device for Semiconductor Die, Semiconductor Device Incorporating Same and Method of Making Same."  The '486 Patent was duly and legally issued by the United States Patent and Trademark Office on August 14, 2007.  A true and correct copy of the '486 Patent is included as Exhibit C.

13.     The '486 Patent was the subject of six IPRs.  The outcome of the IPRs was that claims 1-5 of the '486 Patent were found to be invalid while claim 6 was not found to be invalid.

**Exhibit 2**
**Page 139**

111. DSS is the owner by assignment of United States Patent No. 7,652,297 ("the '297 Patent") entitled "Light Emitting Device." The '297 Patent was duly and legally issued by the United States Patent and Trademark Office on January 26, 2010. A true and correct copy of the '297 Patent is included as Exhibit D

12. DSS is the owner by assignment of United States Patent No. 7,919,787 ("the '787 Patent") entitled "Semiconductor Device with a Light Emitting Semiconductor Die." The '787 Patent was duly and legally issued by the United States Patent and Trademark Office on April 5, 2011. A true and correct copy of the '787 Patent is included as Exhibit E.

11.14.  13.  DSS owns all rights, title, and interest in and to the '771, '087, 'and '486, '297 and '787 Patents (collectively, "asserted patents" or "patents-in-suit"), including all rights to sue and recover for past and future infringement.

12.15.  14.  DSS has obtained sample specimens of the Accused Instrumentalities described herein and has confirmed infringement as alleged. DSS has sought to purchase additional representative product samples, but cannot reasonably obtain these products because Defendants and their distributors impose minimum ordering quantities of many thousand products. Upon information and belief, Defendants' current, previous and future LED product line offerings include additional products that infringe on more patent-in-suit, as described below.

## COUNT ICOUNT I

## INFRINGEMENT OF THE '771 PATENT

13.16.  15.  DSS references and incorporates by reference paragraphs 1 through 145 of this Complaint.

16.  Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe various claims of the '771 Patent, and continues to do so.   By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of their NF2W385AR-V2, NEVSLU064333A, NHSL064, NESA064,

Exhibit 2
Page 140

14.17.    NHSB064-ND, NSSB064A-N2, NSSB064A-N3, NSSB064A-NA, NESB064A-NA, NESB064-N2, NESB064-N3, NHSB064-N3, NHSB064-NA, NSSB063A-N3, NHSB146A-ND, NESB146A-ND, NSSL088A, and NSSB129-N3. Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product.  Defendants' infringing products are collectively referred to hereinafter as "'771 Accused Instrumentalities."

15.18.    17.    Defendants have directly infringed and continue to directly infringe the'771 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '771 Accused Instrumentalities.  Such products and/or services are covered by one or more claims of the '771 Patent's including at least claims 10 to 8and 11 because they contain each element of those claims.

16.19.    18.    As an illustrative example, Defendants import, sell and offer to sell their NVSSBU06333A-N 3 products.  Defendant's NVSSBU06333A-N 3 infringes, for example, Cclaim 310 of the '771 pPatent because it is a light source comprising a substrate having opposing first and second surfaces, the substrate defining an aperture extending from the first surface to the second surface, said aperture having a first opening in the first surface and second opening in said second surface:as detailed in the Claim Chart attached as Exhibit D.





Exhibit 2
Page 141

19.    Defendants' NSSB063A-N3 also includes a platform covering said first opening, said platform being located outside said aperture:

 

20.    Defendants' NSSB063A-N3 also includes a light emitting diode mounted on the platform within the aperture, and a transparent encapsulant material encapsulating the light emitting diode in the aperture. For example, the NSSB063A-N3 includes "Encapsulating Resin Materials" that do not include a diffuser. *See* http://www.nichia.co.jp/specification/products/led_spec/NSSB063AT-N3-E(4320).pdf:

| 項目 Item | 内容 Description |
| --- | --- |
| パッケージ材質<br>Package Materials | 耐熱性ポリマー<br>Heat-Resistant Polymer |
| 封止樹脂材質<br>Encapsulating Resin<br>Materials | シリコーン樹脂(蛍光体入り)<br>Silicone Resin(with phosphor) |
| 電極材質<br>Electrodes Materials | 銀合金＋銅メッキ<br>Ag-plated Copper Alloy |
| 質量<br>Weight | 0.037g(TYP) |

21.    Defendants' NSSB063A-N3's "platform" is made from thermally conductive material for conducting heat away from the light emitting diode because the "platform" comprises a metal lead frame that conducts heat away from the light emitting diode.

Exhibit 2
Page 142

17.20.22.    By making, using, offering for sale, selling, and/or importing the '771 Accused Instrumentalities infringing the '771 Patent, Defendants have injured DSS and are liable to DSS for infringement of the '771 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

23.    In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities and related products, to directly infringe each and every claim limitation, including without limitation claims 10 to 8and 11 of the '771 Patent, in violation of 35 U.S.C. § 271(b). Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claims 10 to 8and 11 of the '771 Patent.  Defendants have had actual knowledge of the '771 Patent at least as of service of thisthe original Complaint. Defendants are knowingly inducing their customers and/or end users to directly infringe the '771 Patent, with the specific intent to encourage such infringement, and knowing that the induced acts constitute patent infringement.  Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the'771 Patent. The '771 Accused Instrumentalities are designed in such a way that when they are used for their intended purpose, the user infringes the '771 Patent. Defendants know and intend that customers that purchase the '771 Accused Instrumentalities will use those products for their intended purpose.  Defendants also specifically intend its customers infringe the ''771 Patent through use of the ''771 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides.  For example, Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use ''771 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing products in the

18.21.United States in order to serve and develop the United States market for Defendants' infringing products.

19.22.24.    Defendants have been aware of the '771 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent

**Exhibit 2**
**Page 143**

Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)....." This letter informed Defendants of the existence of the '771 Patent and described that Defendants may infringe the '771 Patent. Since that date, Defendants have failed to investigate and remedy their infringement of the '771 Patent and thus willfully and egregiously continue to infringe the '771 Patent. On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '771 patent. Defendants, at the very least, have been egregiously and willfully blind to infringement of the '771 Patent. Further evidence of Defendants' egregious and willful infringement are the acts of active inducement described in this Complaint. Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '771 Accused Instrumentalities with knowledge that these acts constitute infringement of the '771 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' productsDefendants' LED products and consumer devices that include Defendants' products.

20.23.25.    AsAs a result of Defendants' infringement of the '771 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT IICOUNT II

## INFRINGEMENT OF THE '087 PATENT

26.    DSS references and incorporates by reference paragraphs 1 through 253 of this Complaint. On information and belief, Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe and/or induce others to infringe various claims of the '087 Patent, and

**Exhibit 2**
**Page 144**

21.24. continues to do so. By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of their NSSM032A, NESM026D, and NSSMV01A packages. Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product. Defendants' infringing products are collectively referred to hereinafter as "'087 Accused Instrumentalities."

22.25.27. On information and belief, Defendants have directly and/or indirectly infringed and continue to directly and/or indirectly infringe the'087 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '087 Accused Instrumentalities. Such products and/or services are covered by one or more claims of the '087 Patent's including at least claim 19 because they contain each element of that claim.

23.26.28. As an illustrative example, Defendants import, sell and offer to sell its NSSM032A products. Defendants' NSSM032A induces purchasers to infringes , for example, Claim 19 of the '087 patent because it is an optical device comprising a lead frame with a plurality of leadsthe device is intended for use in a display:



https://www.nichia.co.jp/specification/newsroom/press/2012_061501-E.pdf



**Exhibit 2**
**Page 145**

24.27.29.   Defendants' NSSM032A also includes a reflector housing formed around

 the lead frame, the reflector housing having a first end face and a second end face and a peripheral sidewall extending between the first end face and the second end face, the reflector housing having a first pocket with a pocket openingcavity in the first end face and a second pocket opening in the second end face, said peripheral sidewall having a plurality of lead receiving compartments formed therein:

**Exhibit 2**
**Page 146**

 

25.28.30.    Defendants' NSSM032A also includes at least one LED die mounted in the first pocketcavity of the reflector housing and a light transmitting encapsulant disposed in the first pocketcavity and encapsulating the at least one LED die:

31.    Defendants' NSSM032A includes a plurality of lead receiving compartments formed in the peripheral sidewall of the reflector housing:



Exhibit 2
Page 147

26.29. 32. By making, using, offering for sale, selling, and/or importing the '087 Accused Instrumentalities infringing the '087 Patent, Defendants have injured DSS and are liable to DSS for infringement of the '087 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

33. In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities, services based thereupon, and related products and/or processes, to directly infringe each and every claim limitation, including without limitation claim 1 of the '087 Patent, in violation of 35 U.S.C. § 271(b). Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claim 19 of the '087 Patent. Defendants have had actual knowledge of the '087 Patent at least as of service of this Complaint. Defendants are knowingly inducing their customers and/or end users to directly infringe the '087 Patent, with the specific intent to encourage such infringement, and knowing that the induced acts constitute patent infringement. Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the '087 Patent. The '087 Accused Instrumentalities are designed in such a way that when they are used for their intended purpose, the user infringes the '087 Patent. Defendants know and intend that customers that purchase the '087 Accused Instrumentalities will use those products for their intended purpose. Defendants also specifically intend its customers infringe the '087 Patent through use of the '087 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides. For example, Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '087 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing

**Exhibit 2
Page 148**

27.30.  products in the United States in order to serve and develop the United States market for Defendants' infringing products.  Defendants also give customers specific instruction to infringe e.g., claim 9 of the '087 patent, by assembling products into an infringing display.  *See, e.g.*,

http://www.nichia.co.jp/specification/products/led_spec/NSSM032AT-E(3207B)WxGxR8.pdf, "Directions for Use" and

http://www.nichia.co.jp/en/product/led.html, describing LED "Application" is a display.

28.31.  34.  Defendants have been aware of the 087 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)…."  This letter informed Defendants of the existence of the '087 Patent and described that Defendants may infringe the '087 Patent. Since that date, Defendants have failed to investigate and remedy their infringement of the '087 Patent and thus willfully and egregiously continue to infringe the '087 Patent.  On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '087 patent  Defendants, at the very least, have been egregiously and willfully blind to infringement of the '087 Patent. Further evidence of Defendants' egregious and willful infringement are the acts of active inducement described in this Complaint.  Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '087 Accused Instrumentalities with knowledge that these acts constitute infringement of the '087 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

35.  As a result of Defendants' infringement of the '087 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants'

29.32.  infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT IIICOUNT III

### INFRINGEMENT OF THE '486 PATENT

30.33.  36.  DSS references and incorporates by reference paragraphs 1 through 352 of this Complaint.

31.34.  37.  On information and belief, Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe various claims of the '486 Patent, and continues to do so.  By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of NVSxx19C, NVSW3x9A, NWSx229A, NVx144Ax, 385, NVSU119C, NVSU233A-D1 Series packages as well as the following models: NV4W144AR, NV4W144AM, NVSW229A, NVSW309A, NVSW319A, NVSW119C, NVSW219C, NVSW119CT, NVSL119C, NVSW219C, NVSL219C, NVSW119B-V1, NVSW219B-V1, NVSL219B-V1, NCSW219B-V1, NCSL219B-V1, NVSA219B-V1, NCSC219B-V1, NCSB219B-V1, NCSE219B-V1, NCSG219B-V1, NCSA219B-V1, NCSW119B-V1, NCSL119B-V1, NVSA119B-V1, NCSC119B-V1, NCSB119B-V1, NCSE119B-V1, NCSG119B-V1, NCSA119B-V1, NVSW119B-V1D1, NVSL119B-V1D1, NVSW219B-V1D1, NVSL219B-V1D1, NVSW309A, NVSW319A, NWSW229A, NWSL229A, NV4W144AR, NV4L144AR, NV4W144AM, NV4L144AM, NCSR119B-V1, NCSR219B-V1, NJ2W270A-Y7, NCSU276at least NCSWE17AT and NCSWE21AT, Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product. Defendants' infringing products are collectively referred to hereinafter as "'486 Accused Instrumentalities."

38.  On information and belief, Defendants have directly infringed and

**Exhibit 2**
**Page 150**

continues to directly infringe the '486 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '486 Accused Instrumentalities. On

**Exhibit 2**
**Page 151**

32.35.   information and belief, such products are covered by one or more claims
of the '486 Patent including at least claim 16 because they contain each element of that
claim.

39.   As an illustrative example, Defendants import, sell and offer to sell its
NVx144Ax Series products. Defendants' NVx144Ax infringes, for example, Claim 1
of the '486 patent because it is a semiconductor device comprising a substantially
planar substrate having opposed major surfaces:





40.   Defendants' NVx144Ax also includes an electrically
conductive mounting pad located on one of the major surfaces of the
substrate:

41.   Defendants' NVx144Ax also includes an LED having a metallized
bottom major surface that is mounted on the electrically conductive mounting pad, the
metallized bottom major surface comprising one of an anode and a cathode of the
LED:

Exhibit 2
Page 152

1

COMPLAINT FOR PATENT INFRINGEMENT     14     Case No. 2:17-cv-08849

Exhibit 2
Page 153



Exhibit 2
Page 154

42.     Defendants' NVx144Ax also includes a first electrically conductive connecting pad located on the other of the major surfaces of the substrate:



Exhibit 2
Page 155



Exhibit 2
Page 156

43. Defendants' NVx144Ax also includes a first electrically conductive interconnecting element extending through the substrate and electrically interconnecting the mounting pad and the first electrically conducive connecting pad:

33.36.  As an illustrative example, Defendants import, sell and offer to sell its NCSWE17AT and NCSWE21AT products. Defendants' NCSWE17AT and NCSWE21AT products infringes, for example, claim 6 of the '486 patent as detailed in the Claim Charts attached as Exhibits E and F, respectively.

34.37. 44. By making, using, offering for sale, selling, and/or importing the '486 Accused Instrumentalities infringing the '486 Patent, Defendants have injured DSS and is liable to DSS for infringement of the '486 Patent pursuant to 35 U.S.C. § 271(a) directly and/or under the doctrine of equivalents.

45. In addition, Defendants are actively inducing others, such as their customers and end users of Accused Instrumentalities, services based thereupon, and related products and/or processes, to directly infringe each and every claim limitation, including without limitation claim 16 of the '486 Patent, in violation of 35 U.S.C. § 271(b). Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claim 16 of the '486 Patent. Defendants have had actual knowledge of the '486 Patent at least as of service of this Complaint. Defendants are knowingly inducing their customers and/or end users to directly infringe the '486 Patent, with the specific intent to encourage such infringement, and knowing that the induced acts constitute patent infringement. Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the '486 Patent. The '486 Accused Instrumentalities are

**Exhibit 2**
**Page 157**

35.38.  designed in such a way that when they are used for their intended purpose, the user infringes the '486 Patent.  Defendants know and intend that customers that purchase the '486 Accused Instrumentalities will use those products for their intended purpose. Defendants also specifically intend its customers infringe the '486 Patent through use of the '486 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides.  For example, Defendant's website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '486 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing products in the United States in order to serve and develop the United States market for Defendants' infringing products.

39.     Defendants have been aware of the '486 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)…"  This letter informed Defendants of the existence of the '486 Patent and described that Defendants may infringe the '486 Patent.  On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '486 patent.  Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '486 Accused Instrumentalities with knowledge that these acts constitute infringement of the '486 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

40.     As a result of Defendants' infringement of the '486 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants'

Exhibit 2
Page 158

infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

### PRAYER FOR RELIEF

46.     Defendants have been aware of the '486 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)..." This letter informed Defendants of the existence of the '486 Patent and described that Defendants may infringe the '486 Patent. Since that date, Defendants have failed to investigate and remedy their infringement of the '486 Patent and thus willfully and egregiously continue to infringe the '486 Patent. On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '486 patent. Defendants, at the very least, have been egregiously and willfully blind to infringement of the '486 Patent. Further evidence of Defendants' egregious and willful infringement are the acts of active inducement described in this Complaint. Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '486 Accused Instrumentalities with knowledge that these acts constitute infringement of the '486 Patent, with the purpose of, *inter alia,*

**Exhibit 2**
**Page 159**

developing and serving the United States market for Defendants' LED products and
consumer devices that include Defendants' products.

47.     As a result of Defendants' infringement of the '486 Patent, DSS has
suffered monetary damages in an amount adequate to compensate for Defendants'
infringement, but in no event less than a reasonable royalty for the use made of the
invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT IV

## INFRINGEMENT OF THE '297 PATENT

48.     DSS references and incorporates by reference paragraphs 1 through 47
of this Complaint.

49.     On information and belief, Defendants make, use, offer for sale, sell,
and/or import in the United States products and/or services that infringe various
claims of the '297 Patent, and continues to do so. By way of illustrative example,
Defendants' infringing products include without limitation, all versions and
variations, including predecessor and successor models, of their Nxxx063x series,
Nxxx064x series, Nxxx183x series, Nxxx124x series, NSSB063A-N3, NSSW063A,
NSSW064A, NESW064A, NHSW064, NSSB064, NESB064, NHSB064, NESG064,
NHSG064, NSSW064, NHSB064H-N3, NHSB064H-NA, NESL064A, NHSL064,
NESA064, NHSB064-ND, NSSB064A-N2, NSSB064A-N3, NSSB064A-NA,
NESB064A-NA, NESB064-N2, NESB064-N3, NHSB064-N3, and NHSB064-NA
products. Defendants' infringing products also include products, e.g., light bulbs,
displays and fixtures that contain at least one infringing LED product. Defendants'
infringing products are collectively referred to hereinafter as "'297 Accused
Instrumentalities."

50.     On information and belief, Defendants have directly infringed and
continues to directly infringe the '297 Patent by, among other things, making, using,
offering for sale, selling, and/or importing the '297 Accused Instrumentalities. On

COMPLAINT FOR PATENT INFRINGEMENT          18          Case No. 2:17-cv-08849

information and belief, such products are covered by one or more claims of the '297
Patent including at least claim 1 because they contain each element of that claim.

51.     As an illustrative example, Defendants import, sell and offer to sell its
Nxxx063x series of products. Defendants' Nxxx063x series infringes, for example,
Claim 1 of the '297 patent because it is a light-emitting device comprising a s

**Exhibit 2**
**Page 160**

and a reflector extending from said substrate, said reflector forming a cavity in
conjunction with said substrate, with a light emitter located in said cavity:

 

52.     Defendants' Nxxx063x series also includes at least one first notch located
in said reflector, said at least one first notch extending substantially axially around said
reflector, said at least one first notch being formed by a first wall and a second wall
wherein said first wall and said second wall extend substantially perpendicular to said
substrate:



53.     By making, using, offering for sale, selling, and/or importing the '297
Accused Instrumentalities infringing the '297 Patent, Defendants have injured DSS and is
liable to DSS for infringement of the '297 Patent pursuant to 35 U.S.C. § 271(a) directly
and/or under the doctrine of equivalents.

54.     In addition, Defendants are actively inducing others, such as their customers
and end users of Accused Instrumentalities, services based thereupon, and related products

**Exhibit 2**
**Page 161**

and/or processes, to directly infringe each and every claim limitation, including without limitation claim 1 of the '297 Patent, in violation of 35 U.S.C. § 271(b). Defendants' customers and/or end users have directly infringed and are directly infringing each and every claim limitation, including without limitation claim 1 of the '297 Patent. Defendants have had actual knowledge of the '297 Patent at least as of service of this Complaint. Defendants are knowingly inducing their customers and/or end users to directly infringe the '297 Patent, with the specific intent to encourage such infringement, and knowing that the induced acts constitute patent infringement. Defendants' inducement includes, for example, providing technical guides, product data sheets, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end users to directly infringe the '297 Patent. The '297 Accused Instrumentalities are designed in such a way that when they are used for their intended purpose, the user infringes the '297 Patent. Defendants know and intend that customers that purchase the '297 Accused Instrumentalities will use those products for their intended purpose. Defendants also specifically intend its customers infringe the '297 Patent through use of the '297 Accused Instrumentalities through trade show presentations, customer visits, direct customer contacts and application guides. For example, Defendants' website: http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '297 Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use and sell infringing

COMPLAINT FOR PATENT INFRINGEMENT — 20 — Case No. 2:17-cv-08849

Exhibit 2
Page 162

products in the United States in order to serve and develop the United States market for Defendants' infringing products.

55. Defendants have been aware of the '297 Patent and of its infringement as of at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent Defendants a letter informing Defendants that "several of Nichia's products utilize elements covered by DSS patent(s)..." This letter informed Defendants of the existence of the '297 Patent and described that Defendants may infringe the '297 Patent. Since that date, Defendants have failed to investigate and remedy their infringement of the '297 Patent and thus willfully and egregiously continue to infringe the '297 Patent. On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '297 patent. Defendants, at the very least, have been egregiously and willfully blind to infringement of the '297 Patent. Further evidence of Defendants' egregious and willful infringement are the acts of active inducement described in this Complaint. Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '297 Accused Instrumentalities with knowledge that these acts constitute infringement of the '297 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

56. As a result of Defendants' infringement of the '297 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

## COUNT V

## INFRINGEMENT OF THE '787 PATENT

57. DSS references and incorporates by reference paragraphs 1 through 56 of this Complaint.

COMPLAINT FOR PATENT INFRINGEMENT            21                    Case No. 2:17-cv-08849

58. On information and belief, Defendants make, use, offer for sale, sell, and/or import in the United States products and/or services that infringe various claims of the '787 Patent, and continues to do so. By way of illustrative example, Defendants' infringing products include without limitation, all versions and variations, including predecessor and successor models, of NVSxx19C, NVS

**Exhibit 2**
**Page 163**

NWSx229A, NVx144Ax, 385, NVSU233A-D1 Series packages as well as the following models: NV4W144AR, NV4W144AM, NVSW229A, NVSW309A, NVSW319A, NVSW119C, NVSW219C, NVSW119CT, NVSL119C, NVSW219C, NVSL219C, NVSW119B-V1, NVSW219B-V1, NVSL219B-V1, NCSW219B-V1, NCSL219B-V1, NVSA219B-V1, NCSC219B-V1, NCSB219B-V1, NCSE219B-V1, NCSG219B-V1, NCSA219B-V1, NCSW119B-V1, NCSL119B-V1, NVSA119B-V1, NCSC119B-V1, NCSB119B-V1, NCSE119B-V1, NCSG119B-V1, NCSA119B-V1, NVSW119B-V1D1, NVSL119B-V1D1, NVSW219B-V1D1, NVSL219B-V1D1, NVSW309A, NVSW319A, NWSW229A, NWSL229A, NV4W144AR, NV4L144AR, NV4W144AM, NV4L144AM, and NJ2W270A-Y7. Defendants' infringing products also include products, e.g., light bulbs, displays and fixtures that contain at least one infringing LED product. Defendants' infringing products are collectively referred to hereinafter as "'787 Accused Instrumentalities."

59.    On information and belief, Defendants have directly infringed and continue to directly infringe the '787 Patent by, among other things, making, using, offering for sale, selling, and/or importing the '787 Accused Instrumentalities. On information and belief, such products and/or services are covered by one or more claims of the '787 Patent's including at least claim 7 because they contain each element of that claim.

Exhibit 2
Page 164

60.    As an illustrative example, Defendants import, sell and offer to sell their NVx144Ax series. Defendants' NVx144Ax infringes, for example, Claim 7 of the '787 patent because it is a semiconductor device comprising a substantially planar substrate having first and second major surfaces, the first and second major surfaces being opposed surfaces:

 

61.    Defendants' NVx144Ax series also includes first and second electrically conductive bonding pads located on the first major surface:



Exhibit 2
Page 165

COMPLAINT FOR PATENT INFRINGEMENT 23 Case No. 2:17-cv-08849

Exhibit 2
Page 166

62.     Defendants' NVx144Ax series also includes a light emitting semiconductor die comprising a top major light emitting surface and an oppositely-disposed bottom major surface, the light emitting semiconductor die having an anode and a cathode on the bottom major surface of the light emitting semiconductor die, the semiconductor light emitting die being mounted on the first and second electrically conductive bonding pads such that the anode of the light emitting semiconductor die is electrically connected to the first electrically conductive bonding pad and the cathode of the light emitting semiconductor die is electrically connected to the second electrically conductive bonding pad:

 

63.     Defendants' NVx144Ax series also includes first and second electrically conductive connecting pads located on the second major surface.

 

COMPLAINT FOR PATENT

Exhibit 2
Page 167

Exhibit 2
Page 168

64.    Defendants' NVx144Ax series also includes a first electrically conductive interconnecting element electrically connected to the first electrically conductive bonding pad and the first electrically conductive connecting pad; and a second electrically conductive interconnecting element electrically connected to the second electrically conductive bonding pad and the second electrically conductive connecting pad:



65.    The bottom major surface of the light emitting semiconductor die in Defendants' NVx144Ax series is a bottom surface of a substrate of the die, each of the anode and cathode comprises a metallization layer formed on the bottom major surface of the light emitting semiconductor die:





Exhibit 2
Page 169

66.     By making, using, offering for sale, selling, and/or importing the '787
Accused Instrumentalities infringing the '787 Patent, Defendants have injured DSS and
are liable to DSS for infringement of the '787 Patent pursuant to 35 U.S.C. § 271(a)
directly and/or under the doctrine of equivalents.

67.     In addition, Defendants are actively inducing others, such as their customers
and end users of Accused Instrumentalities, services based thereupon, and related products
and/or processes, to directly infringe each and every claim limitation, including without
limitation claim 1 of the '787 Patent, in violation of 35 U.S.C. § 271(b). Defendants'
customers and/or end users have directly infringed and are directly infringing each and
every claim limitation, including without limitation claim 1 of the '787 Patent. Defendants
have had actual knowledge of the '787 Patent at least as of service of this Complaint.
Defendants are knowingly inducing their customers and/or end users to directly infringe the
'787 Patent, with the specific intent to encourage such infringement, and knowing that the
induced acts constitute patent infringement. Defendants' inducement includes, for example,
providing technical guides, product data sheets, demonstrations, software and hardware
specifications, installation guides, and other forms of support that induce their customers
and/or end users to directly infringe the '787 Patent. The '787 Accused Instrumentalities
are designed in such a way that when they are used for their intended purpose, the user
infringes the '787 Patent. Defendants know and intend that customers that purchase the
'787 Accused Instrumentalities will use those products for their intended purpose.
Defendants also specifically intend its customers infringe the '787 Patent through use of the
'787 Accused Instrumentalities through trade show presentations, customer visits, direct
customer contacts and application guides. For example, Defendants' website:
http://www.nichia.co.jp/en/about_nichia/index.html, instructs customers to use '787
Accused Instrumentalities in numerous "Applications." In addition, Defendants specifically
intend that their customers, such as United States distributors, retailers and consumer
product companies, will import, use and sell infringing products in the United States in
order to serve and develop the United States market for Defendants' infringing products.

68.     Defendants have been aware of the '787 Patent and of its infringement as of
at least May 22, 2017, when, on behalf of DSS, North Forty Consulting, LLC sent

Defendants a letter informing Defendants that "several of Nichia's products utilize
elements covered by DSS patent(s)..." This letter informed Defendants of the existence

**Exhibit 2
Page 170**

'787 Patent and described that Defendants may infringe the '787 Patent. Since that date, Defendants have failed to investigate and remedy their infringement of the '787 Patent and thus willfully and egregiously continue to infringe the '787 Patent. On information and belief, Defendants continued to offer infringing products without having modified or altered those products in a manner that would not infringe the '787 patent. Defendants, at the very least, have been egregiously and willfully blind to infringement of the '787 Patent. Further evidence of Defendants' egregious and willful infringement are the acts of active inducement described in this Complaint. Defendants actively induce and encourage customers to make, use, sell, offer to sell and/or import the '787 Accused Instrumentalities with knowledge that these acts constitute infringement of the '787 Patent, with the purpose of, *inter alia*, developing and serving the United States market for Defendants' LED products and consumer devices that include Defendants' products.

69.     As a result of Defendants' infringement of the '787 Patent, DSS has suffered monetary damages in an amount adequate to compensate for Defendants' infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

### **PRAYER FOR RELIEF**

Plaintiff respectfully requests the following relief from this Court:

A.     A judgment that Defendants have infringed one or more claims of the '771, '087, 'and '486, '297 and '787 Patents;

B.     A judgment and order requiring Defendants to pay DSS its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

C.     A judgment and order requiring Defendants to provide accountings and to pay supplemental damages to DSS, including, without limitation, prejudgment and

**Exhibit 2**
**Page 171**

post-judgment interest;

D.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DSS its reasonable attorneys' fees against Defendants; and

E.     Any and all other relief to which DSS may show itself to be entitled.

DATED: AUGUST 9, 2023                    SCHERTLER ONORATO MEAD & SEARS
                                         Christopher B. Mead
                                         Tara N. Tighe

                                         MITCHELL SILBERBERG & KNUPP LLP
                                         Karin G. Pagnanelli


                          By:     _____
                                  Christopher B. Mead (*pro hac vice*)
                                  Attorneys for Plaintiff
                                  DSS, Inc.

## JURY TRIAL DEMANDED

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, DSS requests a trial by jury of any issues so triable by right.


Dated: December 7, 2017          By: */s/ Brian Ledahl*
                                     RUSS AUGUST & KABAT
DATED: AUGUST 9, 2023            SCHERTLER ONORATO MEAD & SEARS
                                Christopher B. Mead
                                Tara N. Tighe
                                   Brian Ledahl (CA SB No. 186579)
                                   Neil A. Rubin (CA SB No. 250761)
                                   Jacob Buczko (CA SB No. 269408)
                                   Timothy T. Hsieh (CA SB No. 255953)

RUSS AUGUST & KABAT
                                MITCHELL SILBERBERG & KNUPP LLP

Exhibit 2
Page 172

Karin G. Pagnanelli

By: _____
Christopher B. Mead (*pro hac vice*)
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: bledahl@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: jbuczko@raklaw.com
E-mail: thsieh@raklaw.com
Attorneys for Plaintiff, *Document Security Systems*DSS, Inc.

Exhibit 2
Page 173