# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHIA CORPORATION; and NICHIA AMERICA CORPORATION,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-08849-JVS (*JEMx*)<br><br>Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND COMPLAINT**<br><br>Time:　　　September 18, 2023<br>Date:　　　1:30 pm<br>Location:　Dept 10C |

Mitchell Silberberg & Knupp LLP

15684895.1

**[PROPOSED] ORDER**

# ORDER

The Court has read and considered all documents filed in support of and in opposition to Plaintiff's Motion For Reconsideration And For Leave To Amend Complaint. The Motion is GRANTED.

The Court hereby orders:

1. Plaintiff may file the [Proposed] First Amended Complaint within five (5) days of the date of this Order.
2. Defendant thereafter shall have ten (10) days to file its response.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable James V. Selna
United States District Judge