William S. O'Hare, Jr. (SBN 082562)
Elizabeth M. Weldon (SBN 223452)
SNELL & WILMER LLP
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: 714.427.7000
Fax: 714.427.7799
Email: wohare@swlaw.com
eweldon@swlaw.com

Thomas R. Makin (*pro hac vice*)
Eric S. Lucas (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4000
Email: thomas.makin@shearman.com
eric.lucas@shearman.com

*Attorneys for defendants Nichia Corporation and Nichia America Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849- JVS (JEMx) <br><br> Hon. James V. Selna <br> Mag. Judge: John E. McDermott <br><br> **DECLARATION OF AARON VAN DAMME IN SUPPORT OF NICHIA'S OPPOSITION TO DSS'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND COMPLAINT** <br><br> **DATE:** September 18, 2023 <br> **TIME:** 1:30 p.m. <br> **LOCATION:** Courtroom 10C |

DECLARATION OF AARON VAN LAMME
CASE NO. 2:17-CV-08849-JVS(JEMx)

I, Aaron Van Damme, declare as follows,

1. I am Vice President at Nichia America Corporation. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Nichia's opposition to DSS's Motion for Reconsideration and for Leave to Amend Complaint (Dkt. 129) in the above-captioned litigation.

2. I have been a member of the Nichia America sales team since December 2007, mainly servicing the General Lighting industry.

3. I have been asked to ascertain the earliest sale of three LED model numbers: NVSU333A, NCSWE17AT, and NCSWE21AT. Due to my years of experience, I recognized that Nichia does not sell a product called "NCSWE21AT," and therefore I assumed that what was meant was "NVSWE21AT."

4. On August 21, 2023, I accessed Nichia America's sales database, Pegasus (Nexus), and searched for the following three model numbers to determine the date on which each was first sold in the United States: NVSU333A, NCSWE17AT, and NVSWE21AT.

5. The Pegasus (Nexus) system indicates that the first sale in the United States of the NVSU333A occurred at least as early as an April 27, 2015 sale made from Nichia America Corporation to 3M Company.

6. The Pegasus (Nexus) system indicates that the first sale in the United States of the NCSWE17AT occurred at least as early as a January 8, 2016 sale made from Nichia America Corporation to Cooper Lighting.

7. The Pegasus (Nexus) system indicates that the first sale in the United States of the NVSWE21AT occurred at least as early as a January 12, 2016 sale made from Nichia America Corporation to Cooper Lighting.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of August 2023, in Duluth, GA, USA.

_____
Aaron Van Damme
Vice President
Nichia America Corporation