William S. O'Hare, Jr. (SBN 082562)
Elizabeth M. Weldon (SBN 223452)
SNELL & WILMER LLP
600 Anton Boulevard
Costa Mesa, CA 92626
Telephone: 714.427.7000
Fax: 714.427.7799
Email: wohare@swlaw.com
eweldon@swlaw.com

Thomas R. Makin (*pro hac vice*)
Eric S. Lucas (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.848.4000
Fax: 646.848.4000
Email: thomas.makin@shearman.com
eric.lucas@shearman.com

*Attorneys for defendants Nichia Corporation and Nichia America Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION; AND NICHIA AMERICA CORPORATION, <br><br> Defendants. | No. 2:17-CV-08849- JVS (JEMx) <br><br> Hon. James V. Selna <br> Mag. Judge: John E. McDermott <br><br> **DECLARATION OF ERIC S. LUCAS IN SUPPORT OF NICHIA'S OPPOSITION TO DSS'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND COMPLAINT** <br><br> **DATE:** September 18, 2023 <br> **TIME:** 1:30 p.m. <br> **LOCATION:** Courtroom 10C |

1  I, Eric S. Lucas, declare as follows,

2  1. I am an attorney at the law firm of SHEARMAN & STERLING LLP, and am counsel for defendants Nichia America Corp. and Nichia Corp. ("Nichia") in the above-named matter. I am a member in good standing of the Bar of the State of New York. I have been admitted *pro hac vice* to this Court in connection with this matter. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Nichia's opposition to DSS's Motion for Reconsideration and for Leave to Amend Complaint (Dkt. 129).

2. Attached hereto as Exhibit A is a true and correct copy of the file history for U.S. Patent Application No. 10/128,446, that DSS produced in this litigation as part of its initial disclosures, bearing Bates numbers DSS-NICHIA00000342–649.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,645,783, which I downloaded from the USPTO's Patent Center website on August 21, 2023.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of August 2023, in Minneapolis, MN.

Eric S. Lucas

DECLARATION OF ERIC S. LUCAS
CASE NO. 2:17-CV-08849-JVS(JEMx)