UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, Inc. <br><br> v. <br><br> Nichia Corporation et al <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:17-cv-08849-JVS-JEMx <br><br> ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 8/30/2023 | 131 | Request for Approval of Substitution or Withdrawal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Filer shall consult the Notice of Deficiency and correct all deficiencies prior to re-filing.

Dated: 9/5/2023

By: /s/ James V. Selna
U.S. District Judge / U.S. Magistrate Judge