**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS, Inc., <br>                                      Plaintiff(s) <br> v. <br> Nichia Corporation; and Nichia America Corporation <br>                                      Defendant(s) | CASE NUMBER <br><br> Case No. 2:17-cv-08849-JVS-JEMx <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Document Security Systems, Inc.     ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute Karin G. Pagnanelli, Mitchell Silberberg & Knupp LLP who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

2049 Century Park East, 18th Floor, Los Angeles, CA 90067
*Street Address*

Los Angeles, CA 90067                kgp@msk.com
*City, State, Zip*                                   *E-Mail Address*

310 312-3746                                         174763
*Telephone Number*                 *Fax Number*                *State Bar Number*

as attorney of record instead of Brian D. Ledahl, Neil A. Rubin, Jacob R. Buczko,
*List **all** attorneys from same firm or agency who are withdrawing.*
Paul A. Kroeger and Minna Chan

**is hereby**     ☐ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                        _____
                                                     U. S. District Judge/U.S. Magistrate Judge