**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS, Inc.,<br>Plaintiff(s)<br>v.<br>Nichia Corporation; and Nichia America Corporation<br>Defendant(s) | **CASE NUMBER**<br>Case No. 2:17-cv-08849-JVS-JEMx<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [135]** |

The Court hereby orders that the request of:

Document Security Systems, Inc.   ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute Karin G. Pagnanelli, Mitchell Silberberg & Knupp LLP   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2049 Century Park East, 18th Floor, Los Angeles, CA 90067
*Street Address*

Los Angeles, CA 90067                                   kgp@msk.com
*City, State, Zip*                                        *E-Mail Address*

310 312-3746                                            174763
*Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record instead of Brian D. Ledahl, Neil A. Rubin, Jacob R. Buczko,
*List all attorneys from same firm or agency who are withdrawing.*
Paul A. Kroeger and Minna Chan

is hereby   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   September 7, 2023

*/s/ James V. Selna*
U. S. District Judge